ATTACHMENT 1

DEFENDANTS AND THEIR PLACE OF BUSINESS

D & D Metal Work Inc, 6217 14th Ave, Brooklyn, NY 11219-5338;
D & F Development Group, 100 Schoolhouse Road,, Levittown, NY 11756;
D & J Concrete Corp, 5 Schuman Rd # 1, Millwood, NY 10546-1136;
D & S Restoration Inc, 20 California Ave, Paterson, NJ 07503-2503;
D & W Central Station, 4818 Van Dam St # 2a, Long Island City, NY 11101-3108;
D A Collins Construction Co., Inc, 269 Ballard Rd Wilton, NY 12831;
D And D Elevator Maintenance, Inc., 38 Hayes St, Elmsford, NY 10523;
D Exposito & Partners, 875 Avenue Of The Americas #25, New York, NY 10001-3585;
D Glimmers D, 36 W 37th St # 401, New York, NY 10018-7440;
D H Griffin Construction Co, 132 E 43rd St, New York, NY 10017-4019;
D R Management Svc Inc, 6010 Bay Pkwy # 601, Brooklyn, NY 11204-6080;
D Reis Furniture Mfg Corp, 327 Sagamore Ave # 3, Mineola, NY 11501-1945;
D Rosen Co Inc, 350 Meserole St, Brooklyn, NY 11206-1733;
D S Wolf Group, 100 Park Ave # 1600, New York, NY 10017-5538;
D.R.E. Drywall Corp, 4206 Snyder Ave Brooklyn, NY 11203;
Dab-O-Matic Corp., 896 S Columbus Ave, Mount Vernon, NY 10550;
Daedalus Technology Group Inc, 130 W 25th St # 900, New York, NY 10001-7472;
Dagher Engineering, 29 Broadway, New York, NY 10006-3201;
Dagny Enterprises LLC, 200 East End Ave Apt. 12e, New York, NY 10128;
Dai & Assoc, 1500 Broadway # 2200, New York, NY 10036-4052;
Daikin Applied, 43-24 21st St,Long Island City,NY,11101;
Dallas County Comm Clg / Eastfield Clg, 1000 Northern Blvd, Roslyn, NY 11576;
Dal-Tile Corporation, 5840 55th Dr, Maspeth, NY 11378;
Dalton Greiner Hartman Maher And Co LLC, 565 5th Ave, Rm 2101, New York, NY 10017;
Damato Lynch, 225 Liberty St # 29, New York, NY 10281-1049;
Damcosoft Inc, 112 W 34th St # 18, New York, NY 10120-0001;
Damian Family Care Ctr, 13750 Jamaica Ave, Jamaica, NY 11435-3610;
Dan Endara, Po Box 7021, New York, NY 10116-7021;
Dan Klores Assoc Inc, 261 5th Ave # 2, New York, NY 10016-7601;
Dana Farber Cancer Institute, 310 E 67th St, New York, NY 10065-6275;
Danadams, Usa, 140 Benchley Pl, Apt 4c, Bronx, NY 10475;
Danbro Distributors, 3700 S 26th St, Philadelphia, Pa 19145-5207;
Daniel Gale Real Estate Inc, 364 Plandome Rd, Manhasset, NY 11030;
Dannell Maguire, 106 E 85th St # 6n, New York, NY 10028-0982;
Dannon Company, 100 Hillside Ave, Fl 3, White Plains, NY 10603;
D'annunzio & Sons Inc, 3730 Park Ave, Clark, NJ 07080-1142;
Danny And Nicole, 49 W 37th St, Fl 10, New York, NY 10018;
Dantona Industries, 3051 Burns Ave, Wantagh, NY 11793-3203;
Dap, 155 Avenue Of The Americas # 2, New York, NY 10013-1512;
D'arcambal Ousley-Cuyler Burk, 40 Fulton St # 1005, New York, NY 10038-5089;
Darcon Construction Corp, 360 Meacham Ave, Elmont, NY 11003-3220;
Darger Errante Yavitz-Blau Llp, 116 E 27th St # 12, New York, NY 10016-8942;
Dasilva Architects P C, 104 W 29th St # 10, New York, NY 10001-5310;

Data Art, 475 Park Ave S # 1501, New York, NY 10016-6904;
Data Industries Ltd, 1370 Broadway # 5, New York, NY 10018-7350;
Datacom Technology Group Inc., 350 5th Ave, Fl 59, New York, NY 10118;
Dataforms, 1 E 42nd St, New York, NY 10017-6904;
Dataiku Inc, 902 Broadway # 8, New York, NY 10010-6037;
Datalot Inc, 41 Union Sq W # 625, New York, NY 10003-3231;
Dattner Architects D.P.C., 1385 Broadway Fl 15, New York, NY 10018-6015;
Daughters Of Jacob, 2282 Atlantic Ave, Brooklyn, NY 11233;
Dave Heiner Associates, 3799 Route 46, Parsippany, NJ 07054-1055;
Dave Restoration, 8730 116th St, Jamaica, NY 11418-2426;
Davellino Cons. Inc., 62 Court St, Freehold, NJ 07728-1710;
David Abram Law Offices, 305 Broadway # 601, New York, NY 10007-1189;
David Chipperfield Architects, 1 Surrey Street, London, London, Uk Wc2r 2nd;
David Geller Assoc, 110 W 40th St # 1604, New York, NY 10018-8513;
David H Koch Theater, 20 Lincoln Center Plz # 2, New York, NY 10023-6988;
David I Pankin Pc, 49 W 37th St # 7, New York, NY 10018-0182;
David Kleinberg Design Assoc, 330 E 59th St # 5, New York, NY 10022-1537;
David Kucera Inc, 39 Steves Ln, Gardiner, NY 12525-5322;
David L Ferstendig Law Offices, 280 Madison Ave # 300, New York, NY 10016-0810;
David Monn LLC, 135 W 27th St # 2, New York, NY 10001-6226;
David Rosen Bakery Supply, 5921 Queens Midtown Expy, Maspeth, NY 11378;
David Shuldiner Inc, 35 Irving Ave, Brooklyn, NY 11237-2387;
David V Farrell Co, 228 Harrison Ave, Mineola, NY 11501-3906;
David Webb, 942 Madison Ave, New York, NY 10021-2606;
David Werner Real Estate Investment, 780 3rd Ave Fl 25, New York, NY 10017-2024;
David York Agency Ltd, 1416 Avenue M # 301, Brooklyn, NY 11230-5275;
Davidson Dawson & Clark Llp, 60 E 42nd St # 38, New York, NY 10165-3802;
Davidson Kempner Capital Management Lp, 65 E 55th St, Fl 19, New York, NY 10022;
Davidson Pipe Company Inc., 5002 2nd Ave, Brooklyn, NY 11232;
Davie's Ward Phillips Vineberg, 900 3rd Ave # 24, New York, NY 10022-4771;
Davis & Gilbert, 1740 Broadway # 3, New York, NY 10019-4379;
Davis Brody Bond Llp, 1 New York Plz # 4200, New York, NY 10004-1958;
Davis Polk And Wardwell Llp, 450 Lexington Ave, Fl 10, New York, NY 10017;
Davis Wright Tremaine, 1251 Avenue Of The Americas, Fl 21, New York, NY 10020;
Day Elevator & Lift, 50 Hempstead Gardens Dr, West Hempstead, NY 11552-2642;
Daybreak Independent Services, 4234 Vireo Ave, Bronx, NY 10470;
Dayton Industries Inc, 1350 Garrison Ave, Bronx, NY 10474;
Dbi Construction Consultants, 1261 Broadway # 9, New York, NY 10001-3525;
Dca Construction Ltd, 64 Glegerich Ave Staten Island, NY 10307;
Dcbe Inc, 2 Elm St, Ardsley, NY 10502-2137;
Ddb Worldwide Partners Inc., 437 Madison Ave, Bsmt 2, New York, NY 10022;
Ddc Ac/Ex Air, 375 North St Ste S,Teterboro,NJ,07608;
Ddk & Co, 50 Jericho Quadrangle # 220, Jericho, NY 11753-2726;
Dds, 2010 126th St, College Point, NY 11356;
Dds Mechanical Corp., 4142 Ditmars Blvd Astoria, NY 11105;
De Nardis Engineering, LLC, 239 Central Avenue Suite 200, White Plains, NY 10606;
De Simone Consulting, 140 Broadway # 25, New York, NY 10005-1142;

Dealertrack Holdings , Inc., 1111 Marcus Ave, Ste M04, New Hyde Park, NY 11042;
Dealogic LLC, 1345 Avenue Of The America #49, New York, NY 10105-0030;
Dean Energy Solutions Cor, 1332 Clinton Street,Hoboken,NJ,07030;
Deangelo Brothers, Inc., 100 North Conahan Drive, Hazelton, Pa 18201;
Debevoise And Plimpton Llp, 919 3rd Ave, Lbby 2, New York, NY 10022;
Deboe Construction Corp., 325 Westbury Ave, Carle Place, NY 11514-1606;
Deborah A. Nilson And Assoc PLLC, 10 E 40th St, Rm 3310, New York, NY 10016;
Deborah Berke & Partners, 220 5th Ave # 7, New York, NY 10001-7708;
Deborah Bradley Construction & Management Service, 481 Manhattan Ave, New York, NY 10027-5237;
Dechert Llp, 1095 Avenue Of The Americas, Fl 27, New York, NY 10036;
Deco Associates, 1997 Route 17m, Ste 10, Goshen, NY 10924;
Decristofaro Law, 260 W 26th St # 7q, New York, NY 10001-0134;
Deep Clean Maid Svc, 877 Grand St, Brooklyn, NY 11211-5001;
Deer Head Chemical Industries, 348 W 14th St # 2, New York, NY 10014-5069;
Deerfield Management, 780 Third Avenue, New York, NY 10017;
Defender Security Svc Inc, 11011 72nd Ave # 1f, Forest Hills, NY 11375-4911;
Defoe Corporation, 800 S Columbus Ave, Mount Vernon, NY 10550-5019;
Deg Construction, 382 Ardsley Rd, Scarsdale, NY 10583-2435;
Deheng Chen, 233 Broadway # 2200, New York, NY 10279-2202;
Dejana Industries, 165 Cantiague Rock Rd, Westbury, NY 11590;
Dekalb Senior Residence, 1251 Dekalb Ave, Brooklyn, NY 11221-3264;
Delaney Associates Lp, 12508 26th Ave, Flushing, NY 11354-1110;
Delaney Books Inc, 212 Michael Dr, Syosset, NY 11791-5379;
Delbello Donnellan-Weingarten, 1 N Lexington Ave # 1102, White Plains, NY 10601-1742;
Delcopainting Corp, 257 Ilyssa Way, Staten Island, NY 10312-1383;
Delivery.Com, 4609 28th Ave, Astoria, NY 11103-1114;
Dell & Dean PLLC, 1225 Franklin Ave # 450, Garden City, NY 11530-1693;
Della Femina, 902 Broadway # 15, New York, NY 10010-6031;
Dell-Tech Enterprise Inc, 1 Pinnacle Ct, Huntington Station, NY 11746-5445;
Delmar International, 1 Cross Island Plz, Ste 227, Rosedale, NY 11422;
Delmar Of NY, 228 Delaware Ave Delmar, NY 12054;
Deloitte Llp, 30 Rockefeller Plz, Fl 34, New York, NY 10112;
Delphi Plumbing & Heating Inc, 1602 W 6th St, Brooklyn, NY 11223-1320;
Delric Construction Co Inc, 845 Belmont Ave, North Haledon, NJ 07508-2358;
Delta, 29 Moore St, Apt 22g, Brooklyn, NY 11206;
Delta Contractors Inc, 1306 E 14th St, Brooklyn, NY 11230-5912;
Delta Enterprise Corp, 114 W 26th St # 11, New York, NY 10001-6812;
Delta Sheet Metal Corp, 3915 Skillman Ave, Sunnyside, NY 11104-4207;
Delta Signs & Flags Corp, 6524 Myrtle Ave, Glendale, NY 11385-6250;
Delta Testing Inc, 23 S Macquesten Pkwy, Mt Vernon, NY 10550-1703;
Deltek, 2291 Wood Oak Dr, Herndon, Va 20171-6006;
Delux Transportation Services, 62 Main St, # B, Prt Washingtn, NY 11050;
Deluxe Post Production, 218 W 18th St # 12, New York, NY 10011-4544;
Demar Plumbing Corp, 147 Attorney St, New York, NY 10002-1812;
Dematteis Construction Corp, 820 Elmont Rd, Elmont, NY 11003-4026;
Demicco Bros Inc., 16 Webster Ave, New Rochelle, NY 10801-6912;

Democracy Builders, 207 W 133rd St, New York, NY 10030-3201;
Denal Construction Corp, 65 W 55th St # 4d, New York, NY 10019-4951;
Dencityworks Architecture, 55 Washington St Suite 713, Brooklyn, NY 11201;
Denihan Construction Co LLC, 500 W 37th St # 6, New York, NY 10018-1118;
Deno's Wonder Wheel, 3059 W 12th St, Brooklyn, NY 11224-2802;
Dentons Us Llp, 1221 Avenue Of The Americas, Fl C1, New York, NY 10020;
Dentsu America, Inc., 32 Avenue Of The Americas, Bldg 1, New York, NY 10013;
Denville Line Pating, Inc, 2 Green Pond Rd Rockaway, NJ 07866;
Department Head & Neck Surgery, 10 Union Sq E # 4j, New York, NY 10003-3314;
Department Of Citywide Administrative Services, 1 Centre St Rm 2053s, New York, NY 10007-1602;
Department Of Educatiion, 8315 Glenwood Rd, Brooklyn, NY 11236;
Department Of Environmental Protection, 5917 Junction Blvd, Ste 1, Flushing, NY 11373;
Department Of Family Medicine, 3544 Jerome Ave # B, Bronx, NY 10467-1005;
Department Of Gastroenterology, 1275 York Ave, New York, NY 10065-6007;
Department Of Occupational Res, 50 Clinton St, Ste 400, Hempstead, NY 11550;
Department Of Veterans Affairs, 6150 Oak Tree Blvd, Suite 300, Independence, Oh 44131;
Departure Films, 240 W 37th St # 501, New York, NY 10018-5787;
Dependable Transport-Messenger, 410 8th Ave # 3, New York, NY 10001-1831;
Dependable Windows Co Inc, 409 N Main St, Freeport, NY 11520-1250;
Dept-Pub Safety County Police, 1 Saw Mill River Pkwy, Hawthorne, NY 10532-1027;
Derek T Smith Law Group Pc, 1 Penn Plz # 4905, New York, NY 10119-0038;
Derive Technologies LLC, 40 Wall St # 20, New York, NY 10005-1374;
Dermatologic Associates Of NY, 530 1st Ave # 7r, New York, NY 10016-6402;
Design & Urbanism Architectura, 2 W 67th St, New York, NY 10023-6241;
Design Construction Division Inc, 19 Livermore Ave, Staten Island, NY 10302-2535;
Design Etc Inc, Po Box 540, Poughquag, NY 12570-0540;
Design Expressions, 389 Atlantic Ave, Oceanside, NY 11572-2728;
Design Strategy Corp, 805 3rd Ave # 1100, New York, NY 10022-7566;
Designs Vatche, 6 E 45th St # 1206, New York, NY 10017-2439;
Desimone Consulting Engineers, 140 Broadway, 25th Floor,, New York, NY 10005;
Desman Associates, 3 W 35th St # 3, New York, NY 10001-2237;
Deutsch Family Wine And Spirits, 709 Westchester Ave, Ste 300, White Plains, NY 10604;
Deutsche Bank, 60 Wall St, Bsmt, New York, NY 10005;
Development Counselors Intl, 215 Park Ave S # 1403, New York, NY 10003-1628;
Devere Usa Inc., 767 3rd Ave, Rm 6a, New York, NY 10017;
Devito Verdi, 330 Hudson St # 16, New York, NY 10013-1046;
Devries Public Relations, Ltd., 30 E 60th St, Ste 1000, New York, NY 10022;
Dewberry & Goodkind Inc, 15 E 26th St, 7th Floor, New York, NY 10010-1523;
Dewey Pegno & Kramarsky Llp, 777 3rd Ave # 37a, New York, NY 10017-1419;
Dewitt Stern Group, Inc., 420 Lexington Ave, Rm 2700, New York, NY 10170;
Dexter House, 345 W 86th St, New York, NY 10024-3113;
Dexterity Inc, 165 E 87th St # 3re, New York, NY 10128-2719;
Dfta, 3404 24th St, Apt 1c, Astoria, NY 11106;
Dgcc, 202 28th St Brooklyn, NY 11232;
Dgital Media, 232 Madison Ave # 1300, New York, NY 10016-2922;
Dgj Contracting, 42-20 24th Street Suite 20g Long Island City, NY 11101;

Dh Property Holdings LLC, 392 Felter Avenue, Hewlett, NY 11557;
Dhi Group, Inc., 1450 Broadway, Fl 29, New York, NY 10018;
Dhs Ice, 201 Varick St, Rm 1127, New York, NY 10014;
Di Giovanna Family Care Ctr, 1061 N Broadway # 2, Massapequa, NY 11758-1853;
Di Salvo Contracting Co Inc, 4214 3rd Ave, Brooklyn, NY 11232-3602;
Dia General Construction Inc, 1360 Clifton Ave, Suite 218 Clifton, NJ 07012;
Diabetes & Endocrine Ctr, 755 N Broadway # 400, Sleepy Hollow, NY 10591-1076;
Diageo, 16 Pell Pl, New Rochelle, NY 10804;
Diagnostic Holter Monitoring, 2270 Kimball St, Brooklyn, NY 11234-5139;
Dialoguedirect Inc, 3 E 28th St, New York, NY 10016-7408;
Dialysis, 170 William St, New York, NY 10038-2612;
Dialyze Direct Ct LLC, 1575 50th St, Brooklyn, NY 11219-3769;
Diamond Personnel, 252 W 37th St # 1202, New York, NY 10018-6680;
Diamond Properties, 333 N Bedford Rd, Ste 145, Mount Kisco, NY 10549;
Diamond Schmitt Architecture, 1776 Broadway Ste 2200, New York, NY 10019-2002;
Diana Naturals, 707 Executive Blvd, Ste E, Vly Cottage, NY 10989;
Diaspora Community, 921 E New York Ave, Brooklyn, NY 11203-1393;
Diaz Electric Of New York Inc., 247 Prospect Ave,Brooklyn,NY;
Dick Young Productions Ltd, 118 Riverside Dr # 9a, New York, NY 10024-3708;
Diehl And Sons Inc, 12901 Atlantic Ave, Richmond Hill, NY 11418;
Die-Matic Products Inc, 130 Express St, Plainview, NY 11803-2477;
Dierks Heating Incorporated, 43-32 33rd Street Long Island City, NY 11106;
Dietwatch, 205 Lexington Ave, New York, NY 10016-6022;
Difama Concrete Inc, 131 Imlay St # 1, Brooklyn, NY 11231-1369;
Difama Concrete Inc, 131 Imlay St, Ste 2, Brooklyn, NY 11231;
Difazio Industries Inc, 480 84th St Brooklyn, NY 11209;
Dig Ennaro Communications, 18 W 21st St # 6, New York, NY 10010-6925;
Digestive Disease-Nutri Ctr, 2 Westchester Park Dr # L-1, White Plains, NY 10604-3432;
Digiscribe, 150 Clearbrook Rd # 125, Elmsford, NY 10523-1147;
Digital Currency Group, 250 Park Ave S # 5, New York, NY 10003-1402;
Digital First Media, LLC, 5 Hanover Sq, Fl 25, New York, NY 10004;
Digital Force Ltd, 248 W 35th St # 1400, New York, NY 10001-2505;
Digital Matrix Corporation, 92 Madison Ave, Hempstead, NY 11550;
Digital Ocean, Inc., 101 Avenue Of The Americas, Fl 10, New York, NY 10013;
Digital Pulp Inc, 220 E 23rd St # 900, New York, NY 10010-4647;
Digitas, Inc., 345 Hudson St, Rm 1600, New York, NY 10014;
Digitask Consultants Inc, 225 Broadway # 2605, New York, NY 10007-3092;
Digizuite Usa, 115 W 18th St, New York, NY 10011-4113;
Diller & Scofidio, 601 W 26th St # 1815, New York, NY 10001-1152;
Dimaio Millwork Corp, 12 Bright Pl, Yonkers, NY 10705-1342;
Dimensional Stone-Tile Designs, 521 Waverly Ave, Mamaroneck, NY 10543-2235;
Dionics Inc, 65 Rushmore St, Westbury, NY 11590;
Direct Agents, 740 Broadway # 701, New York, NY 10003-9574;
Directors Chair, 603 Greenwich St # 2, New York, NY 10014-7073;
Discover General Contracting, 506 S 9th Ave, Mt Vernon, NY 10550-4319;
Disney, 47 W 66th St, New York, NY 10023-6201;
Divatex Home Fashions Inc, 261 5th Ave # 501, New York, NY 10016-0036;

Diversified Heat Transfer Inc, 6937 76th St, Middle Village, NY 11379-2828;
Diversified Processors Inc, Po Box 887, Westbury, NY 11590-0887;
Dj's Unlimited Productions, 130 Jericho Tpke, Floral Park, NY 11001-2000;
Dkms Americas, 100 Broadway, Fl 6, New York, NY 10005;
Dla Piper Llp (Us), 1251 Avenue Of The Americas, Ste C2-75, New York, NY 10020;
Dlandstudio, 137 Clinton St, Brooklyn, NY 11201-4616;
Dls Inc, 401 Broadway # 510, New York, NY 10013-3030;
Dmar.Remodeling.LLC Sashmasters Nyc, 77 Vermilyea Ave Apt B53, New York, NY 10034-4419;
D-Mark Construction Corp, 471 Port Richmond Ave, Staten Island, NY 10302-1717;
Dmd Contracting, 1 Geoffrey Way, Wayne, NJ 07470-2035;
Dms & Assoc, 121 W 27th St # 1001, New York, NY 10001-6261;
Dnk, 261 Norman Ave, Brooklyn, NY 11222-3634;
Dnp Builders LLC, 133 W 25th St # 6, New York, NY 10001-7285;
Do Rite Mechanical Corp., 9714 3rd Avenue Brooklyn, NY 11209;
Do Something Inc, 19 W 21st St # 8, New York, NY 10010-6853;
Doar Rieck Kaley & Mack, 217 Broadway # 707, New York, NY 10007-2911;
Dobco Inc, 1 Geoffrey Way, Wayne, NJ 07470-2035;
Dobrish Michaels Gross Llp, 757 3rd Ave # 1500, New York, NY 10017-2054;
Docs, 55 E 34th St # 7, New York, NY 10016-4337;
Docs Physicians, 202 W 23rd St, New York, NY 10011-2301;
Doctors Clinics, 440 White Plains Rd, Eastchester, NY 10709-2827;
Doctor's Immediate Care Ctr, 4900 Hempstead Tpke, Farmingdale, NY 11735-2028;
Doctors Without Borders, 40 Rector St, Fl 16, New York, NY 10006;
Documentary Group, 114 W 26th St # 7, New York, NY 10001-6812;
Documentary Reprodctn Svc, 210 W 18th St, New York, NY 10011-4501;
Doddi Information Tech Inc, 24 Picture Ln, Hicksville, NY 11801-6425;
Dodger Properties, 311 W 43rd St, Ste 602, New York, NY 10036;
Doe Fund Inc, 232 E 84th St, New York, NY 10028-2915;
Doghouse, 524 W 59th St, New York, NY 10019-1007;
Doh & Mental Hygiene Gotham Center, 4209 28th St, Long Island City, NY 11101-4130;
Dolce Arrowwood, 975 Anderson Hill Rd, Rye Brook, NY 10573;
Dollar Airport Parking, 2261 94th St, East Elmhurst, NY 11369-1105;
Dolphin Construction Corp, 5 Westchester Plz Ste 137,Elmsford,NY,10523;
Dom & Tom, 2 Wall St # 4, New York, NY 10005-2016;
Doma Inc, 1845 Highland Ave, New Hyde Park, NY 11040-4049;
Domain Companies, 11 Park Pl Rm 1705, New York, NY 10007-2813;
Dometic, 42 E Broadway, New York, NY 10002;
Dominican College, 470 Western Hwy, Orangeburg, NY 10962;
Dominican Sisters Of Hope, 299 N Highland Ave, Ossining, NY 10562;
Dominion Products Inc, 882 3rd Ave # 7, Brooklyn, NY 11232-1902;
Domino A LLC/Domino B LLC, 45 Main St 12th Fl, Brooklyn, NY 11201-1000;
Domovoy LLC, 192 Moreland St, Staten Island, NY 10306-5147;
Don Buchwald & Assoc Inc, 10 E 44th St # 1, New York, NY 10017-3654;
Don Joe Auto Body, 247 E Shore Rd, Great Neck, NY 11023-2420;
Donald Marck Mcgeachy Inc, 957 Park Ave,New York,NY,10028;
Donald W Brown Home Imprvmt, 402 Warburton Ave, Hastings On Hdsn, NY 10706-2869;
Donjon Marine Co Inc, 2170 River Road Coeymans, NY 12045;

Donjon Recycling, 2453 Arthur Kill Rd, Staten Island, NY 10309;
Donnelly Mechanical Corp, 9659 222nd St # 2, Jamaica, NY 11429-1343;
D'onofrio General Contractors Corp., 202 28th St, Brooklyn, NY 11232-1604;
Donovan Hatem Llp, 112 W 34th St # 18, New York, NY 10120-0001;
Dooley Electric, 4554 37th St # 1, Long Island City, NY 11101-1802;
Door 3, 22 Cortlandt St # 1101, New York, NY 10007-3134;
Door Automation Corp, 1800 Access Road,Oceanside,NY,11572;
Dore Partnership, 461 5th Ave, Fl 21, New York, NY 10017;
Doremus And Company, 200 Varick St, Fl 2, New York, NY 10014;
Dorfey & Whitney, 51 W 52nd St # 9, New York, NY 10019-7734;
Dorian Drake Intl Inc, 2 Westchester Park Dr # 400, West Harrison, NY 10604-3432;
Dorion Norton Electrical, 116-52 252 St Jamaica, NY 11411;
Doshi Diagnostic Imaging, 2475 Ralph Ave, Brooklyn, NY 11234-5521;
Dotdash, 1500 Broadway, Fl 6, New York, NY 10036;
Dotmailer, 333 7th Ave # 1802, New York, NY 10001-5086;
Dotworks, 30 Harbor Park Dr, Port Washington, NY 11050-4602;
Double D Contractors, 45 Woodbury Rd, Hicksville, NY 11801-3041;
Double U Real Estate, 56 North 9th Street #3g, Brooklyn, NY 11249;
Doubleclick Inc., 111 8th Ave, Fl 10, New York, NY 10011;
Dougherty Ryan Giuffra Zambito, 250 Park Ave # 7, New York, NY 10177-0799;
Douglas Elliman Captl Impvment Corp., 71 Forest Ave, Locust Valley, NY 11560;
Douglaston Development, 7 Penn Plaza Suite 600, New York, NY 10001;
Dow Jones And Company, Inc., 1211 Avenue Of The Americas, Lowr C32, New York, NY 10036;
Dow Petroleum, 1878 Hempstead Tpke, East Meadow, NY 11554-1712;
Downing & Peck Pc, 17 Battery Pl # 709, New York, NY 10004-1124;
Downstate Medical Center, 450 Clarkson Ave, Brooklyn, NY 11203;
Downtown Design Partnership, 7 Hanover Sq # 18, New York, NY 10004-4027;
Downtown Express, 515 Canal St # 1, New York, NY 10013-1330;
Downtown Medical Assoc, 170 William St # 7, New York, NY 10038-2612;
Downtown Music Publishing, 155 Avenue Of The Americas #15, New York, NY 10013-1514;
Downtown United Soccer Club, 332 Bleecker St, New York, NY 10014-2980;
Downtown Women, 568 Broadway, Rm 304, New York, NY 10012;
Doyle Baldante Inc, 535 Broad Holla Rd Melville, NY 11741;
Dqp Digital Quick Print, 1513 Jericho Tpke, New Hyde Park, NY 11040-4712;
Dr Aaron David & Dr Larissa, 980 N Broadway, Massapequa, NY 11758-2355;
Dr Betty Shabazz Health, 999 Blake Ave, Brooklyn, NY 11208-3535;
Dr Briones Med Weight Loss Ctr, 344 E Main St # 303, Mt Kisco, NY 10549-3036;
Dr Howard Goldin, 535 E 75th St, New York, NY 10021;
Dr Penny Dodson, 808 Columbus Ave, Apt 25c, New York, NY 10025;
Dr Pichardo Pediatric Ctr, 1623 Weirfield St, Ridgewood, NY 11385-5349;
Dr Robinson M. D., 20102 Linden Blvd, Saint Albans, NY 11412;
Draftfcb, 100 W 33rd St, New York, NY 10001-2900;
Dragados, 810 7th Ave # 9, New York, NY 10019-9003;
Dragon Search, 12 W 23rd St # 3, New York, NY 10010-5206;
Dragonetti Brothers Landscaping, 129 Louisiana Ave Brooklyn, NY 11207;
Drain Kleen Sewer Svc Inc, 2290 2nd Ave, New York, NY 10035-4811;
Dramatists Play Svc Inc, 440 Park Ave S # 11r, New York, NY 10016-8050;

Draper Associates Inc, Po Box 393, New York, NY 10014-0393;
Drchrono.Com Inc, 30 E 23rd St # 5, New York, NY 10010-4442;
Dreamgo Liu Xue Zhong Jie Mei, 450 7th Venue, New York, NY 10123;
Dreamland Construction, 169 Minna St, Brooklyn, NY 11218-2014;
Dreamville Remodeling, 231 2nd Ave, New York, NY 10003-2710;
Drexel Estimating, Po Box 2163, New York, NY 10163-2163;
Drexel Hamilton Infrastructure, 77 Water St # 201, New York, NY 10005-4420;
Dri Mark Products Inc, 999 S Oyster Bay Rd # 312, Bethpage, NY 11714-1042;
Drillco National Group, 2432 44th St, Long Island City, NY 11103-2002;
Drive In Hotel Corp, 75 Macombs Pl, New York, NY 10039-1820;
Drive Medical Design And Manufacturing, 99 Seaview Blvd, Ste 210, Prt Washingtn, NY 11050;
Driver Media, 115 W 27th St # 1201, New York, NY 10001-6270;
Droit Financial Tech LLC, 75 Murray St, New York, NY 10007-2294;
Drsa Technology Inc?, 353 West 48th St New York, NY 10036;
Drug Policy Alliance, 131 W 33rd St, Fl 15, New York, NY 10001;
Drury Design Dynamics, 275 7th Ave # 20, New York, NY 10001-6708;
Dry Harbor Nursing Home, 6135 Dry Harbor Rd, Middle Vlg, NY 11379;
Dsl Commercial Construction Inc., 133 Evelyn Rd Mineola, NY 11501;
Dsm Design Group, 15813 72nd Ave Ste 2d, Flushing, NY 11365-4138;
Dtcc, 55 Water St, Fl 22, New York, NY 10041;
Dti, 64 W 48th St, Fl 6, New York, NY 10036;
Dtm Elevator Consulting Inc, 12002 14th Rd, College Point, NY 11356-1613;
Du Art Film Laboratory Inc, 245 W 55th St # 2, New York, NY 10019-5285;
Duane Morris Llp, 1540 Broadway, Fl 12, New York, NY 10036;
Duc Duc, 524 Broadway # 206, New York, NY 10012-4408;
Duffy & Duffy PLLC, 1370 Rxr Plz # W, Uniondale, NY 11556-1370;
Dufour Pastry Kitchens, 251 Locust Ave, Bronx, NY 10454-2004;
Duggal Corp Headquarters, 10 W 24th St, New York, NY 10010-3201;
Duggal Visual Solutions, 63 Flushing Ave # 122, Brooklyn, NY 11205-1069;
Duke On 42nd Street Theatre, 229 W 42nd St, New York, NY 10036-7205;
Dunn Development Corp, 316 Douglass St, Brooklyn, NY 11217-3114;
Dunnington Bartholow-Miller, 230 Park Ave # 21, New York, NY 10169-2403;
Dun-Rite Aplnc Repr Inc, 541 Vine Rd, Yorktown Heights, NY 10598-6120;
Dunwell Elevator Maint, 879 Grand St, Brooklyn, NY 11211-5001;
Durafford Construction, 8508 Astoria Blvd # 2f, East Elmhurst, NY 11370-1656;
Durkin & Durkin, 80 Broad St # 5, New York, NY 10004-2257;
Durr Mechanical Construction, 80 8th Ave # 17, New York, NY 10011-7153;
Durst Organization, 1 Bryant Park, Fl 49, New York, NY 10036;
Duval & Stachenfeld Llp, 300 E 42nd St # 3, New York, NY 10017-5972;
Dvl Consulting Engineers, Inc., 375 Main St, Hackensack, NJ 07601-5882;
Dweck Law Firm, 10 Rockefeller Plz # 1015, New York, NY 10020-1903;
Dwell Magazine, 8 W 36th St # 5, New York, NY 10018-9776;
Dxa Studio, 707 Washington St, New York, NY 10014-2318;
Dy, 24 Vestry St, New York, NY 10013;
Dy Consultants Inc, 40 Wall St # 500, New York, NY 10005-1488;
Dylan Hotel, 52 E 41st St, New York, NY 10017-6211;
Dyna Tabs LLC, 1600 Ocean Pkwy # 1f, Brooklyn, NY 11230-7037;

Dyna-Empire Inc, 1075 Stewart Ave, Garden City, NY 11530-4871;
Dynamic Construction Company, 1149 E 34th St,2nd Floor,Brooklyn,NY,11210;
Dynamic Mechanical Contractors Inc, 2900 Westchester Ave Suite 207 Purchase, NY 10577;
Dynamic Services Intl, 57 W 38th St # 1200, New York, NY 10018-1463;
Dynamic Sports Construction, 301 Sonny Dr Leander, Tx 78641;
Dynamo Electrical Corp, 149-88 255th Street,Rosendale,NY,11422;
E & A Restoration, 40 Willis Ave Ste 200, Syosset, NY 11791-3703;
E & A Supply Corporation, 22 Southern Blvd, Nesconset, NY 11767-1086;
E & J Electric Installation Co, 21 Warren Pl Mount Vernon, NY 10550;
E & T Plastic Mfg Co Inc, 4545 37th St, Long Island City, NY 11101-1801;
E 135 And 3rd Ave Owner, LLC, 2447 Third Avenue, Bronx, NY 10451;
E A I Inc, 435 Mercer St, Jersey City, NJ 07302-3119;
E And B Giftware LLC, 4 Executive Plz, Ste 114, Yonkers, NY 10701;
E Cook Industries, 59 New York Ave # 1, Westbury, NY 11590-4934;
E Daskal Corp, 260 Old Route 17, P O Box 855 Hillburn, NY 10931;
E Electrial Contracting LLC, 10 Railroad Ave E Northport, NY 11731;
E G Food Inc, 5600 1st Ave # 4nb, Brooklyn, NY 11220-2550;
E J Electric Installation Company, 46-41 Vernon Blvd, Long Island City, NY 11101-5308;
E Marketer Inc, 11 Times Sq # 14, New York, NY 10036-6608;
E P Engineering, 110 William St # 3202, New York, NY 10038-3913;
E S Renovations & Construction, 359 W 11th St, New York, NY 10014-2397;
E W Howell Co Inc, 245 Newtown Rd # 600, Plainview, NY 11803-4317;
E Willw Epc, 333 W 39th St # 201, New York, NY 10018-1767;
Eac, 50 Clinton St, Ste 107, Hempstead, NY 11550;
Eac Inc, 50 Clinton St # 107, Hempstead, NY 11550-4201;
Eagle 1 Mechanical, 62-43 30th Ave, Woodside, NY 11377-1229;
Eagle Instruments Inc, 35 Grove St, Port Chester, NY 10573-4501;
Ear Nose Throat Allergy Assoc, 75 S Broadway # 300, White Plains, NY 10601-4413;
Early Intervention Ctr & Pre, 450 W 56th St, New York, NY 10019-3656;
Earnst & Young, 77 Water St # 9, New York, NY 10005-4414;
Earth Construction Corp, 21308 99th Ave, Queens Village, NY 11429-1173;
Earth Smart Environmental, 232 S Dillard St,Winter Garden,Fl,34787;
Earthworm Equipment Co, 6 Skyline Dr, Hawthorne, NY 10532-2165;
Easco Boiler Corp, 1175 Leggett Ave, Bronx, NY 10474-6294;
East 34th St Heliport-6n5, 499 E 34th St, New York, NY 10016-4972;
East Coast Interiors, 112 Wallabout St Brooklyn, NY 11211;
East End Gr., 31 Old Dock Rd, Yaphank, NY 11980-9702;
East Harlem Council For Human Serv. Inc., 2265 3rd Ave,, New York, NY 10035;
East Harlem Employment Svc Inc, 205 E 122nd St # 302, New York, NY 10035-2124;
East Meadow Family Practice, 2840 Jerusalem Ave, Wantagh, NY 11793-2017;
East Meadow School District, 718 The Plain Rd, Ste 1, Westbury, NY 11590;
East New York Svc Corp, 36 Snediker Ave, Brooklyn, NY 11207-2320;
East River Medical Imaging, 519 E 72nd St # 103, New York, NY 10021-4094;
East Tremont Medical Ctr, 930 E Tremont Ave, Bronx, NY 10460-4363;
East West Marketing Group, 404 5th Ave # 3, New York, NY 10018-7510;
East West Systems Inc, 48 Wall St # 5, New York, NY 10005-2911;
East Woods Discovery Camp, 31 Yellow Cote Rd, Oyster Bay, NY 11771-4109;

Eastco Shotcrete, 1211 Kennedy Blvd,Manville,NJ,08835;
Eastern America Trio Prod Inc, 12828 25th Ave, Flushing, NY 11356-2709;
Eastern Excavations Inc, 59 Nepperhan Ave, Elmsford, NY 10523-1800;
Eastern Feather & Down Corp, 1027 Metropolitan Ave, Brooklyn, NY 11211-2710;
Eastern General Contractors, 7135 State Road 52 Ste 110 Hudson, Fl 34667;
Eastern Landscape Contractors, 788 Shrewsbury Ave Ste 2222, Tinton Falls, NJ 07724-3080;
Eastern Mechanical Contracting, 1414 65th St, Brooklyn, NY 11219-5734;
Eastern Plumbing & Mechanical Contracting Inc, 1414 65th St, Brooklyn, NY 11219-5734;
Eastern Sprinkler Supply, 333 Baldwin Rd, Hempstead, NY 11550-7424;
Eastern States Optical Inc, 333 Hempstead Tpke, Elmont, NY 11003-1591;
Eastern Steel Corp, 1946 Pitkin Ave, Brooklyn, NY 11207-3399;
Eastman Cooke Assoc LLC, 5 Hanover Sq # 1900, New York, NY 10004-2655;
Eastone 26 Ave LLC, 36-26 Main St Suite 3a, Flushing, NY 11354;
Eastside Endoscopy, 380 2nd Ave # 2, New York, NY 10010-5657;
Eastside Medical Assoc, 111 E 88th St # 1a, New York, NY 10128-1111;
Eastsport Inc., 131 W 33rd St, Fl 14, New York, NY 10001;
Easy2comply, 14 Wall St # 20, New York, NY 10005-2123;
Ebm Publications, 825 Old Country Rd, Westbury, NY 11590-5589;
Ebo Nexus Inc, 27 Cliff St, New York, NY 10038-2835;
Ebrandz Inc, 171 Madison Ave # 1006, New York, NY 10016-5110;
Eby Electro Inc, 210 Express St, Plainview, NY 11803-2423;
Ec Metalizing, Inc, 13 Rushmore Street Westbury, NY 11590;
Ecco Iii Enterprises Inc, 201 Saw Mill River Rd # B1, Yonkers, NY 10701-5711;
Echo Park Pool Complex, 399 Nassau Blvd, West Hempstead, NY 11552-2855;
Echostar Construction Inc, 5518 39th Ave, Woodside, NY 11377-2415;
Eci Building Corp, 637 Meacham Ave, Elmont, NY 11003-4745;
Eckenfelder Engineering Dba Brown And Caldwell, 1350 Broadway Rm 2000, New York, NY 10018-0881;
Eckhaus & Olson Atty, 230 Park Ave # 25, New York, NY 10169-2525;
Eclaro International, Inc., 450 Fashion Ave, Ste 1101, New York, NY 10001;
Eclerx LLC, 286 Madison Ave, Fl 14, New York, NY 10017;
Ecohealth Company Ltd, Po Box 3834,, New York, NY 10008;
Ecological Laboratories, Po Box 369, Island Park, NY 11558-0369;
Ecology Soap LLC, 2824 Steinway St # 142, Astoria, NY 11103-3332;
Ecommerce Partners, 59 Franklin St # 6b, New York, NY 10013-4024;
Ecosecurities Limited, 215 Park Ave S # 1903, New York, NY 10003-1617;
Ecosystem Energy Services, 462 Fashion Ave, Fl 22, New York, NY 10018;
Ecs Global, 55 Washington St # 324, Brooklyn, NY 11201-1070;
Ecuadorian Civic Committee Inc, 9609 Roosevelt Ave # 2, Corona, NY 11368-5371;
Eda Contractors, 600 Center Ave Bensalem, Pa 19020;
Eddytex Inc, 241 W 37th St # 918, New York, NY 10018-6715;
Edelman & Edelman Pc, 61 Broadway # 2220, New York, NY 10006-2702;
Edelsteins Faegenburg-Brown, 26 Broadway # 901, New York, NY 10004-1832;
Eden Ii, 94 Wright Ave, Staten Island, NY 10303-2714;
Edg, 58 W 40th St # 16, New York, NY 10018-2633;
Edge Auto Rental, 460 Kingsland Ave, Brooklyn, NY 11222-1906;
Edge Property Group LLC, 792 Columbus Ave Apt 4m, New York, NY 10025-5116;

Edgeworx Studios LLC, 304 Hudson St # 500, New York, NY 10013-1022;
Edi Construction Inc, 20 E 80th St, New York, NY 10075-0135;
Edison Liquidating LLC, 946 Mcdonald Ave, Brooklyn, NY 11218;
Edison Price Lighting, 4150 22nd St, Long Island City, NY 11101-4815;
Ednet, 41 Merriam Ave, Bronxville, NY 10708-2719;
Edocny, 10 County Center Rd, White Plains, NY 10607-1537;
Edp World Inc, 622 3rd Ave # 3402, New York, NY 10017-6899;
Edson Construction Corp, 3400 Fort Hamilton Pkwy, Brooklyn, NY 11218-2152;
Education Through Music, 122 E 42nd St, Rm 1501, New York, NY 10168;
Educational Alliance Inc, 197 E Broadway, New York, NY 10002;
Edward J Minskoff Equities, 1325 Avenue Of The Americas, New York, NY 10019-6026;
Edward T Minor Co, 6717 4th Ave, Brooklyn, NY 11220-5306;
Edwin Discount Doors & Windows, 421 Bronx Park Ave, Bronx, NY 10460-2463;
Ee Cruz Co Inc, 32 Avenue Of The Americas Fl 13, New York, NY 10013-2473;
Ee International, 625 South St, Garden City, NY 11530;
Eeg Enterprises Inc, 586 Main St, Farmingdale, NY 11735-3546;
Efficient Combustion-Cooling, 563 Broadway, Massapequa, NY 11758-5016;
Eger Healthcare, 140 Meisner Ave, Staten Island, NY 10306;
Egg Electric Inc, 27 West 17 Street, New York, NY 10011;
Egon Zehnder International Inc., 350 Park Ave, Fl 8, New York, NY 10022;
Ehit, 2411 95th St, East Elmhurst, NY 11369;
Ehrenkranz & Ehrenkranz Llp, 375 Park Ave # 2800, New York, NY 10152-0067;
Eia Electric Inc., 3407 37th Ave, Long Island City, NY 11101-2117;
Eic Associates Inc, 140 Mountain Ave Fl 3, Springfield, NJ 07081-1737;
Eidosearch, 52 7th Ave, New York, NY 10011-6607;
Eidosmedia Inc, 14 Wall St # 1602, New York, NY 10005-2135;
Eiges & Orgel PLLC, 233 Broadway # 2205, New York, NY 10279-2300;
Eihab Human Svc, 3021 Atlantic Ave, Brooklyn, NY 11208-1108;
Eikos Partners LLC, 12 E 49th St # 11, New York, NY 10017-1012;
Eileen Fisher Inc, 2 Bridge St, Ste 230, Irvington, NY 10533;
Einbinder & Dunn Llp, 112 Madison Ave # 8, New York, NY 10016-7416;
Einstein Radiology, 1825 Eastchester Rd # 3, Bronx, NY 10461-2301;
Eis Laassois Child Devmnt Svc, 22 Middleton St, Brooklyn, NY 11206-5415;
Eiseman Levine Lehrhaupt, 805 3rd Ave # 1000, New York, NY 10022-7571;
Eisenberg & Baum Llp, 24 Union Sq E # 4, New York, NY 10003-3201;
Eisner & Assoc, 39 Broadway # 1540, New York, NY 10006-3091;
Eisneramper Llp, 750 3rd Ave, Fl 16, New York, NY 10017;
Ej Electric Installation, 21 Warren Pl Mount Vernon, NY 10550;
Ej Murray Memorial Skating Ctr, 348 Tuckahoe Rd, Yonkers, NY 10710-5603;
Ej&S Contracting Corp, 901 Newkirk Ave Brooklyn, NY 11230;
El Barrio's Operation Fightback, 413 E 120th St, New York, NY 10035-3602;
El Dorado Renovations Inc, 1364 Lexington Ave, New York, NY 10128-1566;
El Museo Del Barrio, 1230 5th Ave, New York, NY 10029;
El Puente De Williamsburg, Inc., 211 S 4th St, Brooklyn, NY 11211;
El Regreso, Inc., 141 S 3rd St, Brooklyn, NY 11211;
El Samam Meat Market, 1335 Myrtle Ave, Brooklyn, NY 11221-3208;
El Sol Contracting, 4306 54th Rd Maspeth, NY 11378;

Eldor Contracting Corp., 30 Corporate Dr, Holtsville, NY 11742-2004;
Eldor Electric LLC, 13402 Jamaica Ave, Richmond Hill, NY 11418-2619;
Eldorado Coffee Distributors, 5675 49th St, Flushing, NY 11378-2012;
Elecnor Hawkeye, 12905 31st Ave, Flushing, NY 11354;
Election Services Corp, 990 Stewart Ave # 500, Garden City, NY 11530-4890;
Electric Fixx Inc, 738 E 51st St,Brooklyn,NY,11203;
Electric Lighting Agencies Inc, 36 W 25th St Fl 6 New York, NY 10010;
Electrical Contracting Sltns, 8640 122nd St, Richmond Hill, NY 11418-2505;
Electronic Data & Rates, 115 W 18th St # 1, New York, NY 10011-4113;
Electronic Devices Inc, 21 Gray Oaks Ave, Yonkers, NY 10710-3205;
Electrosonic Limited, 318 W 39th St, New York, NY 10018-1407;
Elev8 Centers, 151 W 136th St, New York, NY 10030;
Elit Green Builders Corp, 13-07 37th Ave Queens, NY 11101;
Elite 29 Construction LLC, 538 W 29th St, New York, NY 10001-1308;
Elite Cosmetics, 759 Ocean Pkwy, Brooklyn, NY 11230-2238;
Elite Promotional Marketing, 1111 Marcus Ave, Ste M60, New Hyde Park, NY 11042;
Elite Renovation & Builders Corp., 31 Brighton 8th Place,Brooklyn,NY,11235;
Elizabeth Seton Children's Ctr, 300 Corporate Blvd S, Yonkers, NY 10701-6862;
Eljin Construction, 363 Rider Ave # 2, Bronx, NY 10451-5929;
Elk Investors, 489 5th Ave, New York, NY 10017-6109;
Elkus Manfredi Architects Ltd, 300 A St, Boston, Ma 02210-1620;
Ellanef Mgf Corp, 9711 50th Ave, Flushing, NY 11368-2740;
Ellenberg & Partners, 494 8th Ave # 7, New York, NY 10001-2519;
Ellenoff Grossman & Schole Llp, 1345 Ave Of The Americas # 11, New York, NY 10105-0013;
Elli NY Design Corp / Metropolitan Realty LLC, 4929 Metropolitan Ave, Ridgewood, NY 11385-1050;
Elliot Schwartz Mdpc, 1339 York Ave, New York, NY 10021-4707;
Elmax Builders Supply Co, 1624 Webster Ave, Bronx, NY 10457-8016;
Elmer W. Davis, Inc. Baldwinsville, NY, ;
Elmhurst Care Ctr, 10017 23rd Ave, East Elmhurst, NY 11369-1305;
Elmhurst Electric Corp., 13-07 37th Ave Queens, NY 11101;
Elmhurst Pediatrics, 8806 55th Ave, Elmhurst, NY 11373-4437;
Elmo Realty, 350 5th Ave, New York, NY 10118-0110;
Elmo Usa Corp, 6851 Jericho Tpke # 145, Syosset, NY 11791-4462;
Elmont Un Ion Free School Dist, 38 Stewart Ave, Stewart Manor, NY 11530;
Elmore Magazine, 160 E 89th St # 1a, New York, NY 10128-2306;
Elq Industries Inc, 567 Fifth Ave New Rochelle, NY 10801;
Elsol Contracting & Constr Inc, 6401 6th Ave, Brooklyn, NY 11220-4700;
Eltech Elevator Industries, 14 E Van Cortlandt Ave, Bronx, NY 10468-1102;
Elvo, 140 Kisco Ave, Mt Kisco, NY 10549-1407;
Elysabeth Kleinhans Theatrical, 59 E 59th St, New York, NY 10022-1104;
Emanon Electric Inc, 237 W 35th St # 503, New York, NY 10001-1905;
Emblazent Inc, 270 Madison Ave # 1401, New York, NY 10016-0601;
Emblemhealth, Inc., 55 Water St, Fl 9, New York, NY 10041;
Emc Corp, 1734 Midland Dr, East Meadow, NY 11554-5023;
Emco Plumbing & Heating Co, 303 E 111th St, New York, NY 10029-3003;
Eme Group Consulting Engineers, 129 West 27th Street 7th Floor, New York, NY 10001;

Emerald Peek, 2000 Main St, Peekskill, NY 10566-6816;
E-Merge Systems, Inc., 1314 E Cary St Richmond, Va 23219;
Emergency Dept James J Peters, 130 W Kingsbridge Rd, Bronx, NY 10468-3904;
Emergency Dept Newyork, 3959 Broadway # 1, New York, NY 10032-1551;
Emergency Dept NY-Presbyterian, 5645 Main St, Flushing, NY 11355-5045;
Emergency Dept Queens Hosp Ctr, 8268 164th St # 614, Jamaica, NY 11432-1104;
Emergency Dept Staten Is Univ, 475 Seaview Ave, Staten Island, NY 10305-3436;
Emerging Health Info Tech LLC, 3 Odell Plz, Yonkers, NY 10701-1405;
Emerging Leaders, 201 I U Willets Rd, Albertson, NY 11507-1516;
Emirates, 55 E 59th St, Fl 5, New York, NY 10022;
Emm Group, 413 W 14th St, Ste 301, New York, NY 10011;
Emo Trans, 377 Oak St, Ste 202, Garden City, NY 11530;
Emover Software, 261 Seaman Ave # 9b, New York, NY 10034-6141;
Empac Contracting Corp., 2318 W 11th St,Brooklyn,NY,11223;
Empire Asset Mgmt Corp Ltd, 120 Broadway # 40, New York, NY 10271-4099;
Empire City Casino At Yonkers, 810 Yonkers Ave, Yonkers, NY 10704-5199;
Empire City Iron Works, 1037 46th Rd, Long Island City, NY 11101-5319;
Empire Coffee Co, 106 Purdy Ave, Port Chester, NY 10573-4624;
Empire Control Abatement Inc, 15-18 130th St, College Point, NY 11356-2418;
Empire Entertainment Inc, 560 Broadway # 202, New York, NY 10012-3938;
Empire Hotel, 244 5th Ave # G264, New York, NY 10001-7604;
Empire Medical Group Of NY Pc, 11302 Queens Blvd, Forest Hills, NY 11375-6468;
Empire Medical Svc, 8820 Rockaway Beach Blvd, Rockaway Beach, NY 11693-1608;
Empire Music, 195 Steamboat Rd, Great Neck, NY 11024-1739;
Empire Office, 105 Madison Ave, Fl 15, New York, NY 10016;
Empire Physical Medicine-Pain, 7 W 45th St # 9, New York, NY 10036-4905;
Empire Stat Group LLC, 40 Exchange Pl # 1413, New York, NY 10005-2755;
Empire State Construction Co, 150 White Plains Rd # 400, Tarrytown, NY 10591-5577;
Empire State Development Corp, 633 3rd Ave Fl 34, New York, NY 10017-8167;
Empire State Equities, 20 W 38th St, New York, NY 10018-6228;
Empire State Fuel Co, 6741 5th Ave, Brooklyn, NY 11220-5420;
Empire State Medical, 865 Merrick Ave, Ste 160n, Westbury, NY 11590;
Empire State Piping Co., Inc., 13 Homonick Rd, Colchester, Ct 06415-1911;
Empirehd, Inc, 99 Tupil Avenue 203 Floral Park, NY 11001;
Empl, 1886 Front St, East Meadow, NY 11554;
Enago, 1732 1st Ave # 22627, New York, NY 10128-5177;
Encompass Develop Design & Construct LLC, 106 East Jefferson St,La Grange,Ky,40202;
End Point Corp, 215 Park Ave S # 1916, New York, NY 10003-1617;
Endai Worldwide, 213 W 35th St # 1300, New York, NY 10001-0206;
Endavor Streaming, 1600 Old Country Rd, Plainview, NY 11803-5013;
Endeavor, 152 W 57th St # 2500, New York, NY 10019-3310;
Endeavor Global, 900 Broadway # 704, New York, NY 10003-1230;
Energize Electrical Contracting, 60-35 Fresh Pond Road Suite 3,Maspeth,NY;
Energy Fencing Inc., 500 New Lots Ave, Brooklyn, NY 11207-6417;
Energy Intelligence Group, 270 Madison Ave # 302, New York, NY 10016-0611;
Enertex Marketing Inc, 220 E 23rd St # 505, New York, NY 10010-4668;
Engel Burman Group, 300 Jericho Turnpike, #100,, Jericho, NY 11753;

Engine Factory, 11060 Dunkirk St, St Albans, NY 11412-1950;
Engineers Country Club Inc, 55 Glenwood Rd, Roslyn, NY 11576-1012;
Englehard Corp, 1057 Lower South St, Peekskill, NY 10566-5302;
Eng-Wong, Taub & Associates, 2 Penn Plz, Suite 2630, New York, NY 10121-0101;
Enigma Diagnostic Corp, 3611 14th Ave # 220, Brooklyn, NY 11218-3750;
Ennead Architects Llp, 1 World Trade Ctr # 40, New York, NY 10007-0090;
En-Power Group, 920 3rd Ave # 3, New York, NY 10022-3627;
Enrique Norten Architecture, 227 W 29th St # 11, New York, NY 10001-5563;
Ensome Builders Inc, 25930 149th Rd,Rosedale,NY,11422;
Ent & Allergy Assoc LLC, 358 N Broadway # 203, Sleepy Hollow, NY 10591-2348;
Ent And Allergy Associates, 660 White Plains Rd, Ste 400, Tarrytown, NY 10591;
Ent-Ear Nose & Throat Journal, 149 5th Ave # 10, New York, NY 10010-6832;
En-Tech Corp, 242 Freeman St Brooklyn, NY 11222;
Entech Engineering, 500 N Centre St, Po Box 389, Pottsville, Pa 17901-1764;
Entergy, 360 Hamilton Ave, Ste 120, White Plains, NY 10601;
Enterprise Community Investment, Inc., 1 Whitehall St, Fl 11, New York, NY 10004;
Enterprise Electrical Contrs, 431 20th St # A, Brooklyn, NY 11215-6469;
Enterprise Engineering Inc, 1 State St # 10, New York, NY 10004-1517;
Enterprise Pals, Inc., 515 N Mur Len Rd Ste B, Olathe, Ks 66062-1225;
Entertainment Software Assn, 420 Lexington Ave # 2240, New York, NY 10170-2200;
Entertainment Tonite Music Inc, 290 Duffy Ave # 4, Hicksville, NY 11801-3638;
Entlaw Inc, 1790 Broadway # 10, New York, NY 10019-1412;
Entourage Flooring Inc, 303 5th Ave, Rm 1908, New York, NY 10016;
Environet Systems LLC, 256 W 38th St # 7r, New York, NY 10018-5807;
Environmental Defense Fund, Incorporated, 257 Park Ave S, Fl 17, New York, NY 10010;
Environmental Laboratories Inc, 200 Allen Blvd, Farmingdale, NY 11735-5637;
Envision Architects, 3427 Steinway St Ste 200, Long Island City, NY 11101-8602;
Eon Mechanical Inc., 2610 Union St Apt 3c, Flushing, NY 11354-1713;
Epec LLC, 152 11th St, Brooklyn, NY 11215-3816;
Epic Ediscoverty Solutions, 4 New York Plz, New York, NY 10004-2413;
Epic Long Island, 1500 Hempstead Tpke, East Meadow, NY 11554;
Epic Pharma LLC, 22715 N Conduit Ave, Laurelton, NY 11413;
Epic Security Corp, 2067 Broadway # 3, New York, NY 10023-2806;
Epic Sports Inc, 248 W 60th St, New York, NY 10023-7403;
Epilepsy Foundation Of Long Island Inc, 506 Stewart Ave, Garden City, NY 11530;
Epiq Systems Inc, 4 New York Plz # 6, New York, NY 10004-2473;
Episcopal Divinity School, 3041 Broadway, New York, NY 10027;
Episcopal Health Services Inc., 377 Oak St, Ste 300, Garden City, NY 11530;
Episcopal Relief And Development, 815 2nd Ave, Bsmt, New York, NY 10017;
Episcopal Social Services, 305 7th Ave, Fl 2, New York, NY 10001;
Epithany Construction Svc, 27 Saint Charles St, Thornwood, NY 10594-1039;
Epm Communications Inc, 160 Mercer St # 3, New York, NY 10012-3208;
Epner Technology, 25 Division Pl, Brooklyn, NY 11222;
Epoch Investment Partners Inc, 399 Park Ave, Rm 3200, New York, NY 10022;
Epoch Times Assoc Inc, 229 W 28th St # 5, New York, NY 10001-5905;
Epq Ediscovery Solutions Inc, 777 3rd Ave # 12, New York, NY 10017-1302;
Epstein Drangel Bazerman James, 60 E 42nd St # 2520, New York, NY 10165-0066;

Equinox 63rd Street Inc., 897 Broadway, New York, NY 10003;
Equinox Fitness, 817 Lexington Ave, New York, NY 10065-7601;
Er Dox Pedia-Nytp, 4954 Merrick Rd, Massapequa Park, NY 11762-3803;
Eres, 120 5th Ave, Fl 4, New York, NY 10011;
Ernst And Young Llp, 5 Times Sq, Fl Conlv1, New York, NY 10036;
Eshel Partners, 260 Madison Ave # 204, New York, NY 10016-2401;
Esi Cases & Accessories, 44 E 32nd St # 601, New York, NY 10016-5557;
Esila D. Obiang, 4512 Church Ave, Brooklyn, NY 11203-3114;
Esm Construction Corp, 8 W 40th St # 6, New York, NY 10018-0216;
Esoftware Associates Inc, 228 Park Ave S # 28801, New York, NY 10003-1502;
Esperanzaenterprises, Inc., 2 Richmond Rd, Apt 1j, Lido Beach, NY 11561;
Esplanade, 95 S Broadway # 1, White Plains, NY 10601-4443;
Esposito Builders, 17 Wakan Dr, Katonah, NY 10536-1207;
Esquire Legal Staffing, 261 Madison Ave # 2, New York, NY 10016-2303;
Ess & Vee Acoustical Contrs, 2330 50th Ave, Long Island City, NY 11101-4594;
Essex, 1501 Broadway # 12, New York, NY 10036-5505;
Estee Lauder Intl, 767 5th Ave, Fl 1, New York, NY 10022;
Esteem Patrol Inc, 944 Kent Ave, Brooklyn, NY 11205-4422;
Etg International LLC, 654 Madison Ave # 1401, New York, NY 10065-8432;
Ethosphere Press, 1562 1st Ave # 205-2005, New York, NY 10028-4004;
Eti, 465 Columbus Ave # 280, Valhalla, NY 10595-2301;
Ets Contracting Inc, 160 Clay Street Brooklyn, NY 11222;
Ettinger Engineering Associates, 505 8th Ave Fl 24, New York, NY 10018-6505;
Euro Castle Construction, 53-22 35th Street Long Island City, NY 11101;
Euro Castle Construction Corp., 8871 Myrtle Ave, Glendale, NY 11385-7856;
Euro Rscg Direct Response LLC, 200 Hudson St, New York, NY 10013-1807;
Euromed Inc., 25 Corporate Dr, Orangeburg, NY 10962;
Europa Construction Corp, 9722 Liverpool St, Jamaica, NY 11435-4615;
European Craft Inc, 48 Rose Ave Great Neck, NY 11021;
European Reinsurance Corporati, 55 E 52nd St # 41, New York, NY 10055-0002;
Eurostruct, 228 Russell St, Brooklyn, NY 11222-3005;
Eurotech Construction Corp, 1212 Avenue Of The Americas #5, New York, NY 10036-1609;
Evans & Paul Unlimited Corp, 140 Dupont St, Plainview, NY 11803-1603;
Evans Heintges Architects PLLC, 440 Park Ave S # 15, New York, NY 10016-8012;
Event Journal Inc, 700 Hicksville Rd # 104, Bethpage, NY 11714-3473;
Everest Advisors Car Accident, 450 W 56th St # 100, New York, NY 10019-3656;
Evergreen Environments LLC., 10 Turnberry Ln Sandy Hook, Ct 06482;
Evergreene Architectural Arts, 253 36th St # 5, Brooklyn, NY 11232-2415;
Everlast Worldwide Inc., 42 W 39th St, Fl 3, New York, NY 10018;
Everwest Real Estate Investors, 1099 18th St #2900, Denver, Co 80202-1908;
Everyday Health, 345 Hudson St, Rm 1600, New York, NY 10014;
Everything, 134 Crisfield St, Yonkers, NY 10710;
Evins Communications Ltd, 830 3rd Ave # 4, New York, NY 10022-6508;
Evista Group, 4359 11th St, Long Island City, NY 11101-6901;
Evojets LLC, 20 River Ter # 18f, New York, NY 10282-1214;
Ew Howell Company Inc, 245 Newtown Rd Ste 600, Plainview, NY 11803-4317;
Ewingcole Architects, 100 N 6th St, Philadelphia, Pa 19106-1590;

Ex Air, Inc. D/B/A Ddc Air Conditioning, 375 North St Ste S, Teterboro, NJ 07608-1200;
Exair Inc, 16 Lindea Ln,Staten Island,NY,10312;
Exane, Inc., 640 5th Ave, Fl 15, New York, NY 10019;
Excav Services Inc, 473 Captain Daniel Roe Hwy,Manorville,NY,11949;
Excel At Woodbury For Rehab, 8533 Jericho Tpke, Woodbury, NY 11797-1804;
Excel Interior Construction, 330 W 38th St # 511, New York, NY 10018-8634;
Excel Media Systems, 145 W 30th St # 5, New York, NY 10001-4036;
Excel Security Corp, 505 8th Ave # 1700, New York, NY 10018-6517;
Excellent Asphalt Paving, 4311 19th Ave, Long Island City, NY 11105-1019;
Excelon Associates, 115 E 23rd St # 502, New York, NY 10010-4508;
Excelsior Automotive, 498 Nepperhan Ave, Yonkers, NY 10701-6604;
Excelsior Hotel Manhattan Nyc, 45 W 81st St, New York, NY 10024-6025;
Excelsiorhome Health Care, 1745 President St, Apt 5e, Brooklyn, NY 11213;
Exchange, 25 Broad St # C, New York, NY 10004-2517;
Exclusive Door Co Inc, 672 Morgan Ave, Brooklyn, NY 11222-3710;
Exec Comm LLC, 1040 Avenue Of The Americas, Fl 20, New York, NY 10018;
Execusearch Group, 201 E 42nd St # 5, New York, NY 10017-5709;
Execu-Sys, Ltd., 1411 Broadway, Rm 1220, New York, NY 10018;
Executive Health Program, 304 Park Ave S, New York, NY 10010-4301;
Executive Physicians Systems, 4510 16th Ave, Brooklyn, NY 11204-1101;
Executive Snow Control, 5915 55th Dr, Maspeth, NY 11378-2322;
Expedite Construction, 345 W 86th St New York, NY 10024;
Experian Information Solutions, Inc., 29 Broadway, Fl 6, New York, NY 10006;
Expert Institute, 48 Wall St # 32, New York, NY 10005-2913;
Expert Service, 628 Waverly Ave # 2, Mamaroneck, NY 10543-2259;
Explorers Tech, 151 Grand St, New York, NY 10013-3176;
Exponents Inc, 17 Battery Pl, Fl 8, New York, NY 10004;
Express Contracting Of Neck, 983 Northern Blvd, Manhasset, NY 11030-2915;
Express Trade Capital, 1410 Broadway # 2601, New York, NY 10018-5092;
Exquisite Builders, LLC, 605 N County Highway 393 Ste 9e, Santa Rosa Beach, Fl 32459-5390;
Extell Development Co, 805 3rd Ave, New York, NY 10022-7513;
Extended Care Facility, 875 Jerusalem Ave, Uniondale, NY 11553-3038;
Exterminare Pest Control, 149 New Hyde Park Rd, Franklin Square, NY 11010-3045;
Exude Fitness, 1275 1st Ave # 283, New York, NY 10065-5605;
Eye Care Assoc, 4212 Hempstead Tpke # 2, Bethpage, NY 11714-5712;
Ez Facility Inc, 67 Froehlich Farm Blvd, Woodbury, NY 11797-2903;
E-Z-Em Inc, 117 Magnolia Ave, Westbury, NY 11590-4719;
Ezra Medical Center, 1312 38th St, Brooklyn, NY 11218;
Ezras Choilim Health Center, 49 Forest Rd, Monroe, NY 10950;