UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Albert E. Percy and Percy Jobs and Careers Corporation an
IRC 501(c)(3) non-profit, as Class Representatives,
    Class Plaintiff,

-against-                          DECLARATION
                                      CASE No.

D & D Metal Work Inc, D & F Development Group, D & J Concrete Corp, D & S Restoration Inc, D & W Central Station, D A Collins Construction Co., Inc, D and D Elevator Maintenance, Inc., D Exposito & Partners, D Glimmers D, D H Griffin Construction Co, D R Management Svc Inc, D Reis Furniture Mfg Corp, D Rosen Co Inc, D S Wolf Group, D.R.E. Drywall Corp, Dab-O-Matic Corp., Daedalus Technology Group Inc, Dagher Engineering, Dagny Enterprises LLC, Dai & Assoc, Daikin Applied, Dallas County Comm Clg / Eastfield Clg, Dal-Tile Corporation, Dalton Greiner Hartman Maher and Co LLC, Damato Lynch, Damcosoft Inc, Damian Family Care Ctr, Dan Endara, Dan Klores Assoc Inc, Dana Farber Cancer Institute, Danadams, Usa, Danbro Distributors, Daniel Gale Real Estate Inc, Dannell Maguire, Dannon Company, D'annunzio & Sons Inc, Danny and Nicole, Dantona Industries, Dap, D'arcambal Ousley-Cuyler Burk, Darcon Construction Corp, Darger Errante Yavitz-Blau LLP, Dasilva Architects P C, Data Art, Data Industries Ltd, Datacom Technology Group Inc., Dataforms, Dataiku Inc, Datalot Inc, Dattner Architects D.P.C., Daughters Of Jacob, Dave Heiner Associates, Dave Restoration, Davellino Cons. Inc., David Abram Law Offices, David Chipperfield Architects, David Geller Assoc, David H Koch Theater, David I Pankin Pc, David Kleinberg Design Assoc, David Kucera Inc, David L Ferstendig Law Offices, David Monn LLC, David Rosen Bakery Supply, David Shuldiner Inc, David V Farrell Co, David Webb, David Werner Real Estate Investment, David York Agency Ltd, Davidson Dawson & Clark LLP, Davidson Kempner Capital Management Lp, Davidson Pipe Company Inc., Davie's Ward Phillips Vineberg, Davis & Gilbert, Davis Brody Bond LLP, Davis Polk and Wardwell LLP, Davis Wright Tremaine, Day Elevator & Lift, Daybreak Independent Services, Dayton Industries Inc, Dbi Construction Consultants, Dca Construction Ltd, Dcbe Inc, Ddb Worldwide Partners Inc., Ddc Ac/Ex Air, Ddk & Co, Dds, Dds Mechanical Corp., De Nardis Engineering, LLC, De Simone Consulting, Dealertrack Holdings , Inc., Dealogic LLC, Dean Energy Solutions Cor, Deangelo Brothers, Inc., Debevoise and Plimpton LLP, Deboe Construction Corp., Deborah A. Nilson and Assoc PLLC, Deborah Berke & Partners, Deborah Bradley Construction & Management Service, Dechert LLP, Deco Associates, Decristofaro Law, Deep Clean Maid Svc, Deer Head Chemical Industries, Deerfield Management, Defender Security Svc Inc, Defoe Corporation, Deg Construction, Deheng Chen, Dejana Industries, Dekalb Senior Residence, Delaney Associates Lp, Delaney Books Inc, Delbello Donnellan-Weingarten, Delcopainting Corp, Delivery.Com, Dell & Dean PLLC, Della Femina, Dell-Tech Enterprise Inc, Delmar International, Delmar Of Ny, Deloitte LLP, Delphi Plumbing & Heating Inc, Delric

Construction Co Inc, Delta, Delta Contractors Inc, Delta Enterprise Corp, Delta Sheet Metal Corp, Delta Signs & Flags Corp, Delta Testing Inc, Deltek, Delux Transportation Services, Deluxe Post Production, Demar Plumbing Corp, Dematteis Construction Corp, Demicco Bros Inc., Democracy Builders, Denal Construction Corp, Dencityworks Architecture, Denihan Construction Co LLC, Deno's Wonder Wheel, Dentons Us LLP, Dentsu America, Inc., Denville Line Pating, Inc, Department Head & Neck Surgery, Department Of Citywide Administrative Services, Department Of Educatiion, Department Of Environmental Protection, Department Of Family Medicine, Department Of Gastroenterology, Department Of Occupational Res, Department Of Veterans Affairs, Departure Films, Dependable Transport-Messenger, Dependable Windows Co Inc, Dept-Pub Safety County Police, Derek T Smith Law Group Pc, Derive Technologies LLC, Dermatologic Associates Of Ny, Design & Urbanism Architectura, Design Construction Division Inc, Design Etc Inc, Design Expressions, Design Strategy Corp, Designs Vatche, Desimone Consulting Engineers, Desman Associates, Deutsch Family Wine and Spirits, Deutsche Bank, Development Counselors Intl, Devere Usa Inc., Devito Verdi, Devries Public Relations, Ltd., Dewberry & Goodkind Inc, Dewey Pegno & Kramarsky LLP, Dewitt Stern Group, Inc., Dexter House, Dexterity Inc, Dfta, Dgcc, Dgital Media, Dgj Contracting, Dh Property Holdings LLC, Dhi Group, Inc., Dhs Ice, Di Giovanna Family Care Ctr, Di Salvo Contracting Co Inc, Dia General Construction Inc, Diabetes & Endocrine Ctr, Diageo, Diagnostic Holter Monitoring, Dialoguedirect Inc, Dialysis, Dialyze Direct Ct LLC, Diamond Personnel, Diamond Properties, Diamond Schmitt Architecture, Diana Naturals, Diaspora Community, Diaz Electric Of New York Inc., Dick Young Productions Ltd, Diehl and Sons Inc, Die-Matic Products Inc, Dierks Heating Incorporated, Dietwatch, Difama Concrete Inc, Difama Concrete Inc, Difazio Industries Inc, Dig Ennaro Communications, Digestive Disease-Nutri Ctr, Digiscribe, Digital Currency Group, Digital First Media, LLC, Digital Force Ltd, Digital Matrix Corporation, Digital Ocean, Inc., Digital Pulp Inc, Digitas, Inc., Digitask Consultants Inc, Digizuite Usa, Diller & Scofidio, Dimaio Millwork Corp, Dimensional Stone-Tile Designs, Dionics Inc, Direct Agents, Directors Chair, Discover General Contracting, Disney, Divatex Home Fashions Inc, Diversified Heat Transfer Inc, Diversified Processors Inc, Dj's Unlimited Productions, Dkms Americas, Dla Piper LLP (Us), Dlandstudio, Dls Inc, Dmar.Remodeling.LLC Sashmasters Nyc, D-Mark Construction Corp, Dmd Contracting, Dms & Assoc, Dnk, Dnp Builders LLC, Do Rite Mechanical Corp., Do Something Inc, Doar Rieck Kaley & Mack, Dobco Inc, Dobrish Michaels Gross LLP, Docs, Docs Physicians, Doctors Clinics, Doctor's Immediate Care Ctr, Doctors Without Borders, Documentary Group, Documentary Reprodctn Svc, Doddi Information Tech Inc, Dodger Properties, Doe Fund Inc, Doghouse, Doh & Mental Hygiene Gotham Center, Dolce Arrowwood, Dollar Airport Parking, Dolphin Construction Corp, Dom & Tom, Doma Inc, Domain Companies, Dometic, Dominican College, Dominican Sisters Of Hope, Dominion Products Inc, Domino A LLC/Domino B LLC, Domovoy LLC, Don Buchwald & Assoc Inc, Don Joe Auto Body, Donald Marck Mcgeachy Inc, Donald W Brown Home Imprvmt, Donjon Marine Co Inc, Donjon Recycling, Donnelly Mechanical Corp, D'onofrio General Contractors Corp., Donovan Hatem LLP, Dooley Electric, Door 3, Door Automation Corp, Dore Partnership, Doremus and Company, Dorfey & Whitney, Dorian Drake Intl Inc, Dorion Norton Electrical, Doshi Diagnostic Imaging,

Dotdash, Dotmailer, Dotworks, Double D Contractors, Double U Real Estate, Doubleclick Inc., Dougherty Ryan Giuffra Zambito, Douglas Elliman Captl Impvment Corp., Douglaston Development, Dow Jones and Company, Inc., Dow Petroleum, Downing & Peck Pc, Downstate Medical Center, Downtown Design Partnership, Downtown Express, Downtown Medical Assoc, Downtown Music Publishing, Downtown United Soccer Club, Downtown Women, Doyle Baldante Inc, Dqp Digital Quick Print, Dr Aaron David & Dr Larissa, Dr Betty Shabazz Health, Dr Briones Med Weight Loss Ctr, Dr Howard Goldin, Dr Penny Dodson, Dr Pichardo Pediatric Ctr, Dr Robinson M. D., Draftfcb, Dragados, Dragon Search, Dragonetti Brothers Landscaping, Drain Kleen Sewer Svc Inc, Dramatists Play Svc Inc, Draper Associates Inc, Drchrono.Com Inc, Dreamgo Liu Xue Zhong Jie Mei, Dreamland Construction, Dreamville Remodeling, Drexel Estimating, Drexel Hamilton Infrastructure, Dri Mark Products Inc, DriLLCo National Group, Drive In Hotel Corp, Drive Medical Design and Manufacturing, Driver Media, Droit Financial Tech LLC, Drsa Technology Inc?, Drug Policy Alliance, Drury Design Dynamics, Dry Harbor Nursing Home, Dsl Commercial Construction Inc., Dsm Design Group, Dtcc, Dti, Dtm Elevator Consulting Inc, Du Art Film Laboratory Inc, Duane Morris LLP, Duc Duc, Duffy & Duffy PLLC, Dufour Pastry Kitchens, Duggal Corp Headquarters, Duggal Visual Solutions, Duke On 42nd Street Theatre, Dunn Development Corp, Dunnington Bartholow-Miller, Dun-Rite Aplnc Repr Inc, Dunwell Elevator Maint, Durafford Construction, Durkin & Durkin, Durr Mechanical Construction, Durst Organization, Duval & Stachenfeld LLP, Dvl Consulting Engineers, Inc., Dweck Law Firm, Dwell Magazine, Dxa Studio, Dy, Dy Consultants Inc, Dylan Hotel, Dyna Tabs LLC, Dyna-Empire Inc, Dynamic Construction Company, Dynamic Mechanical Contractors Inc, Dynamic Services Intl, Dynamic Sports Construction, Dynamo Electrical Corp, E & A Restoration, E & A Supply Corporation, E & J Electric Installation Co, E & T Plastic Mfg Co Inc, E 135 and 3rd Ave Owner, LLC, E A I Inc, E and B Giftware LLC, E Cook Industries, E Daskal Corp, E Electrial Contracting LLC, E G Food Inc, E J Electric Installation Company, E Marketer Inc, E P Engineering, E S Renovations & Construction, E W Howell Co Inc, E Willw Epc, Eac, Eac Inc, Eagle 1 Mechanical, Eagle Instruments Inc, Ear Nose Throat Allergy Assoc, Early Intervention Ctr & Pre, Earnst & Young, Earth Construction Corp, Earth Smart Environmental, Earthworm Equipment Co, Easco Boiler Corp, East 34th St Heliport-6n5, East Coast Interiors, East End Gr., East Harlem Council For Human Serv. Inc., East Harlem Employment Svc Inc, East Meadow Family Practice, East Meadow School District, East New York Svc Corp, East River Medical Imaging, East Tremont Medical Ctr, East West Marketing Group, East West Systems Inc, East Woods Discovery Camp, Eastco Shotcrete, Eastern America Trio Prod Inc, Eastern Excavations Inc, Eastern Feather & Down Corp, Eastern General Contractors, Eastern Landscape Contractors, Eastern Mechanical Contracting, Eastern Plumbing & Mechanical Contracting Inc, Eastern Sprinkler Supply, Eastern States Optical Inc, Eastern Steel Corp, Eastman Cooke Assoc LLC, Eastone 26 Ave LLC, Eastside Endoscopy, Eastside Medical Assoc, Eastsport Inc., Easy2comply, Ebm Publications, Ebo Nexus Inc, Ebrandz Inc, Eby Electro Inc, Ec Metalizing, Inc, Ecco Iii Enterprises Inc, Echo Park Pool Complex, Echostar Construction Inc, Eci Building Corp, Eckenfelder Engineering Dba Brown and Caldwell, Eckhaus & Olson Atty, Eclaro International, Inc., Eclerx LLC, Ecohealth Company Ltd, Ecological Laboratories,

Ecology Soap LLC, Ecommerce Partners, Ecosecurities Limited, Ecosystem Energy Services, Ecs Global, Ecuadorian Civic Committee Inc, Eda Contractors, Eddytex Inc, Edelman & Edelman Pc, Edelsteins Faegenburg-Brown, Eden Ii, Edg, Edge Auto Rental, Edge Property Group LLC, Edgeworx Studios LLC, Edi Construction Inc, Edison Liquidating LLC, Edison Price Lighting, Ednet, Edocny, Edp World Inc, Edson Construction Corp, Education Through Music, Educational Alliance Inc, Edward J Minskoff Equities, Edward T Minor Co, Edwin Discount Doors & Windows, Ee Cruz Co Inc, Ee International, Eeg Enterprises Inc, Efficient Combustion-Cooling, Eger Healthcare, Egg Electric Inc, Egon Zehnder International Inc., Ehit, Ehrenkranz & Ehrenkranz LLP, Eia Electric Inc., Eic Associates Inc, Eidosearch, Eidosmedia Inc, Eiges & Orgel PLLC, Eihab Human Svc, Eikos Partners LLC, Eileen Fisher Inc, Einbinder & Dunn LLP, Einstein Radiology, Eis Laassois Child Devmnt Svc, Eiseman Levine Lehrhaupt, Eisenberg & Baum LLP, Eisner & Assoc, Eisneramper LLP, Ej Electric Installation, Ej Murray Memorial Skating Ctr, Ej&S Contracting Corp, El Barrio's Operation Fightback, El Dorado Renovations Inc, El Museo Del Barrio, El Puente De Williamsburg, Inc., El Regreso, Inc., El Samam Meat Market, El Sol Contracting, Eldor Contracting Corp., Eldor Electric LLC, Eldorado Coffee Distributors, Elecnor Hawkeye, Election Services Corp, Electric Fixx Inc, Electric Lighting Agencies Inc, Electrical Contracting Sltns, Electronic Data & Rates, Electronic Devices Inc, Electrosonic Limited, Elev8 Centers, Elit Green Builders Corp, Elite 29 Construction LLC, Elite Cosmetics, Elite Promotional Marketing, Elite Renovation & Builders Corp., Elizabeth Seton Children's Ctr, Eljin Construction, Elk Investors, Elkus Manfredi Architects Ltd, Ellanef Mgf Corp, Ellenberg & Partners, Ellenoff Grossman & Schole LLP, Elli Ny Design Corp / Metropolitan Realty LLC, Elliot Schwartz Mdpc, Elmax Builders Supply Co, Elmer W. Davis, Inc. Baldwinsville, Ny, Elmhurst Care Ctr, Elmhurst Electric Corp., Elmhurst Pediatrics, Elmo Realty, Elmo Usa Corp, Elmont Un Ion Free School Dist, Elmore Magazine, Elq Industries Inc, Elsol Contracting & Constr Inc, Eltech Elevator Industries, Elvo, Elysabeth Kleinhans Theatrical, Emanon Electric Inc, Emblazent Inc, Emblemhealth, Inc., Emc Corp, Emco Plumbing & Heating Co, Eme Group Consulting Engineers, Emerald Peek, E-Merge Systems, Inc., Emergency Dept James J Peters, Emergency Dept Newyork, Emergency Dept Ny-Presbyterian, Emergency Dept Queens Hosp Ctr, Emergency Dept Staten Is Univ, Emerging Health Info Tech LLC, Emerging Leaders, Emirates, Emm Group, Emo Trans, Emover Software, Empac Contracting Corp., Empire Asset Mgmt Corp Ltd, Empire City Casino At Yonkers, Empire City Iron Works, Empire Coffee Co, Empire Control Abatement Inc, Empire Entertainment Inc, Empire Hotel, Empire Medical Group Of Ny Pc, Empire Medical Svc, Empire Music, Empire Office, Empire Physical Medicine-Pain, Empire Stat Group LLC, Empire State Construction Co, Empire State Development Corp, Empire State Equities, Empire State Fuel Co, Empire State Medical, Empire State Piping Co., Inc., Empirehd, Inc, Empl, Enago, Encompass Develop Design & Construct LLC, End Point Corp, Endai Worldwide, Endavor Streaming, Endeavor, Endeavor Global, Energize Electrical Contracting, Energy Fencing Inc., Energy Intelligence Group, Enertex Marketing Inc, Engel Burman Group, Engine Factory, Engineers Country Club Inc, Englehard Corp, Eng-Wong, Taub & Associates, Enigma Diagnostic Corp, Ennead Architects LLP, En-Power Group, Enrique Norten Architecture, Ensome Builders Inc, Ent & Allergy Assoc LLC, Ent

4

and Allergy Associates, Ent-Ear Nose & Throat Journal, En-Tech Corp, Entech Engineering, Entergy, Enterprise Community Investment, Inc., Enterprise Electrical Contrs, Enterprise Engineering Inc, Enterprise Pals, Inc., Entertainment Software Assn, Entertainment Tonite Music Inc, Entlaw Inc, Entourage Flooring Inc, Environet Systems LLC, Environmental Defense Fund, Incorporated, Environmental Laboratories Inc, Envision Architects, Eon Mechanical Inc., Epec LLC, Epic Ediscoverty Solutions, Epic Long Island, Epic Pharma LLC, Epic Security Corp, Epic Sports Inc, Epilepsy Foundation Of Long Island Inc, Epiq Systems Inc, Episcopal Divinity School, Episcopal Health Services Inc., Episcopal Relief and Development, Episcopal Social Services, Epithany Construction Svc, Epm Communications Inc, Epner Technology, Epoch Investment Partners Inc, Epoch Times Assoc Inc, Epq Ediscovery Solutions Inc, Epstein Drangel Bazerman James, Equinox 63rd Street Inc., Equinox Fitness, Er Dox Pedia-Nytp, Eres, Ernst and Young LLP, Eshel Partners, Esi Cases & Accessories, Esila D. Obiang, Esm Construction Corp, Esoftware Associates Inc, Esperanzaenterprises, Inc., Esplanade, Esposito Builders, Esquire Legal Staffing, Ess & Vee Acoustical Contrs, Essex, Estee Lauder Intl, Esteem Patrol Inc, Etg International LLC, Ethosphere Press, Eti, Ets Contracting Inc, Ettinger Engineering Associates, Euro Castle Construction, Euro Castle Construction Corp., Euro Rscg Direct Response LLC, Euromed Inc., Europa Construction Corp, European Craft Inc, European Reinsurance Corporati, Eurostruct, Eurotech Construction Corp, Evans & Paul Unlimited Corp, Evans Heintges Architects PLLC, Event Journal Inc, Everest Advisors Car Accident, Evergreen Environments LLC., Evergreene Architectural Arts, Everlast Worldwide Inc., Everwest Real Estate Investors, Everyday Health, Everything, Evins Communications Ltd, Evista Group, Evojets LLC, Ew Howell Company Inc, Ewingcole Architects, Ex Air, Inc. D/B/A Ddc Air Conditioning, Exair Inc, Exane, Inc., Excav Services Inc, Excel At Woodbury For Rehab, Excel Interior Construction, Excel Media Systems, Excel Security Corp, Excellent Asphalt Paving, Excelon Associates, Excelsior Automotive, Excelsior Hotel Manhattan Nyc, Excelsiorhome Health Care, Exchange, Exclusive Door Co Inc, Exec Comm LLC, Execusearch Group, Execu-Sys, Ltd., Executive Health Program, Executive Physicians Systems, Executive Snow Control, Expedite Construction, Experian Information Solutions, Inc., Expert Institute, Expert Service, Explorers Tech, Exponents Inc, Express Contracting Of Neck, Express Trade Capital, Exquisite Builders, LLC, Extell Development Co, Extended Care Facility, Exterminare Pest Control, Exude Fitness, Eye Care Assoc, Ez Facility Inc, E-Z-Em Inc, Ezra Medical Center, Ezras Choilim Health Center

            Employer Class Defendant.

-------------------------------------------------------------------------------------------------

   I am an attorney admitted to practice law in the State of New York and am admitted in the United States Court of Appeals for the Second Circuit and Eastern District and certify pursuant to 28 USC §1746 that the following is true and correct under the penalty of perjury.

I am the attorney for the Class Plaintiff. This Case is one of many actions that are being brought as a related case to EDNY CASE #1:20-cv-06131. A number of defendants which are in EDNY CASE # 1:20-cv-06131 have not been able to be uploaded as parties due to Case Management/Electronic Case Files (CM/ECF) system issues that we have not been able to resolve.

As a solution, this Case is a sub-case of EDNY CASE No. 20-cv-06131, adding defendant parties alphabetically from D & D Metal Work Inc to Ezras Choilim Health Center. The purpose of dividing EDNY CASE No. 20-cv-06131 into sub-cases is to be able to add parties into the CM/ECF system.

All of the parties are listed in the caption of EDNY CASE # 1:20-cv-06131.

_____
KERNAN PROFESSIONAL GROUP, LLP
James M. Kernan, Esq., of Counsel
Attorney for Class Plaintiff
Bar Role # JK1242
26 Broadway, 19th Floor,
New York, New York 10004
Phone:(212) 697-9084
Fax (212) 656-1213
jkernan@kernanllp.com