AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |
|---|---|
| Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| D & D Metal Work Inc et al | ) |
| | ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:21-cv-02182-RPK-RER

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMES M. KERNAN
26 Broadway, 19th Floor
New York, New York 10004
Telephone: (212)697-9084
Fax: (212) 656-1213
Email:jkernan@kernanllp.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*



Date:  05/18/2021

*s/ Aaron I. Herrera*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:21-cv-02182-RPK-RER

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | Reset |

# UNITED STATES DISTRICT COURT
## Eastern District of New York
-------------------------------------------------------------

Albert E. Percy and Percy Jobs and Careers Corporation an
IRC 501(c)(3) non-profit, as Class Representatives,
Class Plaintiff,

-against-                                                          CASE #: 1:21-cv-02182-RPK-RER

D & D Metal Work Inc, D & F Development Group, D & J Concrete Corp, D & S Restoration Inc, D & W Central Station, D A Collins Construction Co., Inc, D and D Elevator Maintenance, Inc., D Exposito & Partners, D Glimmers D, D H Griffin Construction Co, D R Management Svc Inc, D Reis Furniture Mfg Corp, D Rosen Co Inc, D S Wolf Group, D.R.E. Drywall Corp, Dab-O-Matic Corp., Daedalus Technology Group Inc, Dagher Engineering, Dagny Enterprises LLC, Dai & Assoc, Daikin Applied, Dallas County Comm Clg / Eastfield Clg, Dal-Tile Corporation, Dalton Greiner Hartman Maher and Co LLC, Damato Lynch, Damcosoft Inc, Damian Family Care Ctr, Dan Endara, Dan Klores Assoc Inc, Dana Farber Cancer Institute, Danadams, Usa, Danbro Distributors, Daniel Gale Real Estate Inc, Dannell Maguire, Dannon Company, D'annunzio & Sons Inc, Danny and Nicole, Dantona Industries, Dap, D'arcambal Ousley-Cuyler Burk, Darcon Construction Corp, Darger Errante Yavitz-Blau LLP, Dasilva Architects P C, Data Art, Data Industries Ltd, Datacom Technology Group Inc., Dataforms, Dataiku Inc, Datalot Inc, Dattner Architects D.P.C., Daughters Of Jacob, Dave Heiner Associates, Dave Restoration, Davellino Cons. Inc., David Abram Law Offices, David Chipperfield Architects, David Geller Assoc, David H Koch Theater, David I Pankin Pc, David Kleinberg Design Assoc, David Kucera Inc, David L Ferstendig Law Offices, David Monn LLC, David Rosen Bakery Supply, David Shuldiner Inc, David V Farrell Co, David Webb, David Werner Real Estate Investment, David York Agency Ltd, Davidson Dawson & Clark LLP, Davidson Kempner Capital Management Lp, Davidson Pipe Company Inc., Davie's Ward Phillips Vineberg, Davis & Gilbert, Davis Brody Bond LLP, Davis Polk and Wardwell LLP, Davis Wright Tremaine, Day Elevator & Lift, Daybreak Independent Services, Dayton Industries Inc, Dbi Construction Consultants, Dca Construction Ltd, Debe Inc, Ddb Worldwide Partners Inc., Ddc Ac/Ex Air, Ddk & Co, Dds, Dds Mechanical Corp., De Nardis Engineering, LLC, De Simone Consulting, Dealertrack Holdings , Inc., Dealogic LLC, Dean Energy Solutions Cor, Deangelo Brothers, Inc., Debevoise and Plimpton LLP, Deboe Construction Corp., Deborah A. Nilson and Assoc PLLC, Deborah Berke & Partners, Deborah Bradley Construction & Management Service, Dechert LLP, Deco Associates, Decristofaro Law, Deep Clean Maid Svc, Deer Head Chemical Industries, Deerfield Management, Defender Security Svc Inc, Defoe Corporation, Deg Construction, Deheng Chen, Dejana Industries, Dekalb Senior Residence, Delaney Associates Lp, Delaney Books Inc, Delbello Donnellan-Weingarten, Delcopainting Corp, Delivery.Com, Dell & Dean PLLC, Della Femina, Dell-Tech Enterprise Inc, Delmar International, Delmar

Of Ny, Deloitte LLP, Delphi Plumbing & Heating Inc, Delric Construction Co Inc, Delta, Delta Contractors Inc, Delta Enterprise Corp, Delta Sheet Metal Corp, Delta Signs & Flags Corp, Delta Testing Inc, Deltek, Delux Transportation Services, Deluxe Post Production, Demar Plumbing Corp, Dematteis Construction Corp, Demicco Bros Inc., Democracy Builders, Denal Construction Corp, Dencityworks Architecture, Denihan Construction Co LLC, Deno's Wonder Wheel, Dentons Us LLP, Dentsu America, Inc., Denville Line Pating, Inc, Department Head & Neck Surgery, Department Of Citywide Administrative Services, Department Of Educatiion, Department Of Environmental Protection, Department Of Family Medicine, Department Of Gastroenterology, Department Of Occupational Res, Department Of Veterans Affairs, Departure Films, Dependable Transport-Messenger, Dependable Windows Co Inc, Dept-Pub Safety County Police, Derek T Smith Law Group Pc, Derive Technologies LLC, Dermatologic Associates Of Ny, Design & Urbanism Architectura, Design Construction Division Inc, Design Etc Inc, Design Expressions, Design Strategy Corp, Designs Vatche, Desimone Consulting Engineers, Desman Associates, Deutsch Family Wine and Spirits, Deutsche Bank, Development Counselors Intl, Devere Usa Inc., Devito Verdi, Devries Public Relations, Ltd., Dewberry & Goodkind Inc, Dewey Pegno & Kramarsky LLP, Dewitt Stern Group, Inc., Dexter House, Dexterity Inc, Dfta, Dgcc, Dgital Media, Dgj Contracting, Dh Property Holdings LLC, Dhi Group, Inc., Dhs Ice, Di Giovanna Family Care Ctr, Di Salvo Contracting Co Inc, Dia General Construction Inc, Diabetes & Endocrine Ctr, Diageo, Diagnostic Holter Monitoring, Dialoguedirect Inc, Dialysis, Dialyze Direct Ct LLC, Diamond Personnel, Diamond Properties, Diamond Schmitt Architecture, Diana Naturals, Diaspora Community, Diaz Electric Of New York Inc., Dick Young Productions Ltd, Diehl and Sons Inc, Die-Matic Products Inc, Dierks Heating Incorporated, Dietwatch, Difama Concrete Inc, Difama Concrete Inc, Difazio Industries Inc, Dig Ennaro Communications, Digestive Disease-Nutri Ctr, Digiscribe, Digital Currency Group, Digital First Media, LLC, Digital Force Ltd, Digital Matrix Corporation, Digital Ocean, Inc., Digital Pulp Inc, Digitas, Inc., Digitask Consultants Inc, Digizuite Usa, Diller & Scofidio, Dimaio Millwork Corp, Dimensional Stone-Tile Designs, Dionics Inc, Direct Agents, Directors Chair, Discover General Contracting, Disney, Divatex Home Fashions Inc, Diversified Heat Transfer Inc, Diversified Processors Inc, Dj's Unlimited Productions, Dkms Americas, Dla Piper LLP (Us), Dlandstudio, Dls Inc, Dmar.Remodeling.LLC Sashmasters Nyc, D-Mark Construction Corp, Dmd Contracting, Dms & Assoc, Dnk, Dnp Builders LLC, Do Rite Mechanical Corp., Do Something Inc, Doar Rieck Kaley & Mack, Dobco Inc, Dobrish Michaels Gross LLP, Docs, Docs Physicians, Doctors Clinics, Doctor's Immediate Care Ctr, Doctors Without Borders, Documentary Group, Documentary Reprodctn Svc, Doddi Information Tech Inc, Dodger Properties, Doe Fund Inc, Doghouse, Doh & Mental Hygiene Gotham Center, Dolce Arrowwood, Dollar Airport Parking, Dolphin Construction Corp, Dom & Tom, Doma Inc, Domain Companies, Dometic, Dominican College, Dominican Sisters Of Hope, Dominion Products Inc, Domino A LLC/Domino B LLC, Domovoy LLC, Don Buchwald & Assoc Inc, Don Joe Auto Body, Donald Marck Mcgeachy Inc, Donald W Brown Home Imprvmt, Donjon Marine Co Inc, Donjon Recycling, Donnelly Mechanical

Corp, D'onofrio General Contractors Corp., Donovan Hatem LLP, Dooley Electric, Door 3, Door Automation Corp, Dore Partnership, Doremus and Company, Dorfey & Whitney, Dorian Drake Intl Inc, Dorion Norton Electrical, Doshi Diagnostic Imaging, Dotdash, Dotmailer, Dotworks, Double D Contractors, Double U Real Estate, Doubleclick Inc., Dougherty Ryan Giuffra Zambito, Douglas Elliman Captl Impvment Corp., Douglaston Development, Dow Jones and Company, Inc., Dow Petroleum, Downing & Peck Pc, Downstate Medical Center, Downtown Design Partnership, Downtown Express, Downtown Medical Assoc, Downtown Music Publishing, Downtown United Soccer Club, Downtown Women, Doyle Baldante Inc, Dqp Digital Quick Print, Dr Aaron David & Dr Larissa, Dr Betty Shabazz Health, Dr Briones Med Weight Loss Ctr, Dr Howard Goldin, Dr Penny Dodson, Dr Pichardo Pediatric Ctr, Dr Robinson M. D., Draftfcb, Dragados, Dragon Search, Dragonetti Brothers Landscaping, Drain Kleen Sewer Svc Inc, Dramatists Play Svc Inc, Draper Associates Inc, Drchrono.Com Inc, Dreamgo Liu Xue Zhong Jie Mei, Dreamland Construction, Dreamville Remodeling, Drexel Estimating, Drexel Hamilton Infrastructure, Dri Mark Products Inc, DriLLCo National Group, Drive In Hotel Corp, Drive Medical Design and Manufacturing, Driver Media, Droit Financial Tech LLC, Drsa Technology Inc?, Drug Policy Alliance, Drury Design Dynamics, Dry Harbor Nursing Home, Dsl Commercial Construction Inc., Dsm Design Group, Dtcc, Dti, Dtm Elevator Consulting Inc, Du Art Film Laboratory Inc, Duane Morris LLP, Duc Duc, Duffy & Duffy PLLC, Dufour Pastry Kitchens, Duggal Corp Headquarters, Duggal Visual Solutions, Duke On 42nd Street Theatre, Dunn Development Corp, Dunnington Bartholow-Miller, Dun-Rite Aplnc Repr Inc, Dunwell Elevator Maint, Durafford Construction, Durkin & Durkin, Durr Mechanical Construction, Durst Organization, Duval & Stachenfeld LLP, Dvl Consulting Engineers, Inc., Dweck Law Firm, Dwell Magazine, Dxa Studio, Dy, Dy Consultants Inc, Dylan Hotel, Dyna Tabs LLC, Dyna-Empire Inc, Dynamic Construction Company, Dynamic Mechanical Contractors Inc, Dynamic Services Intl, Dynamic Sports Construction, Dynamo Electrical Corp, E & A Restoration, E & A Supply Corporation, E & J Electric Installation Co, E & T Plastic Mfg Co Inc, E 135 and 3rd Ave Owner, LLC, E A I Inc, E and B Giftware LLC, E Cook Industries, E Daskal Corp, E Electrial Contracting LLC, E G Food Inc, E J Electric Installation Company, E Marketer Inc, E P Engineering, E S Renovations & Construction, E W Howell Co Inc, E Willw Epc, Eac, Eac Inc, Eagle 1 Mechanical, Eagle Instruments Inc, Ear Nose Throat Allergy Assoc, Early Intervention Ctr & Pre, Earnst & Young, Earth Construction Corp, Earth Smart Environmental, Earthworm Equipment Co, Easco Boiler Corp, East 34th St Heliport-6n5, East Coast Interiors, East End Gr., East Harlem Council For Human Serv. Inc., East Harlem Employment Svc Inc, East Meadow Family Practice, East Meadow School District, East New York Svc Corp, East River Medical Imaging, East Tremont Medical Ctr, East West Marketing Group, East West Systems Inc, East Woods Discovery Camp, Eastco Shotcrete, Eastern America Trio Prod Inc, Eastern Excavations Inc, Eastern Feather & Down Corp, Eastern General Contractors, Eastern Landscape Contractors, Eastern Mechanical Contracting, Eastern Plumbing & Mechanical Contracting Inc, Eastern Sprinkler Supply, Eastern States Optical Inc, Eastern Steel Corp, Eastman Cooke Assoc LLC, Eastone 26 Ave

LLC, Eastside Endoscopy, Eastside Medical Assoc, Eastsport Inc., Easy2comply, Ebm Publications, Ebo Nexus Inc, Ebrandz Inc, Eby Electro Inc, Ec Metalizing, Inc, Ecco Iii Enterprises Inc, Echo Park Pool Complex, Echostar Construction Inc, Eci Building Corp, Eckenfelder Engineering Dba Brown and Caldwell, Eckhaus & Olson Atty, Eclaro International, Inc., Eclerx LLC, Ecohealth Company Ltd, Ecological Laboratories, Ecology Soap LLC, Ecommerce Partners, Ecosecurities Limited, Ecosystem Energy Services, Ecs Global, Ecuadorian Civic Committee Inc, Eda Contractors, Eddytex Inc, Edelman & Edelman Pc, Edelsteins Faegenburg-Brown, Eden Ii, Edg, Edge Auto Rental, Edge Property Group LLC, Edgeworx Studios LLC, Edi Construction Inc, Edison Liquidating LLC, Edison Price Lighting, Ednet, Edocny, Edp World Inc, Edson Construction Corp, Education Through Music, Educational Alliance Inc, Edward J Minskoff Equities, Edward T Minor Co, Edwin Discount Doors & Windows, Ee Cruz Co Inc, Ee International, Eeg Enterprises Inc, Efficient Combustion-Cooling, Eger Healthcare, Egg Electric Inc, Egon Zehnder International Inc., Ehit, Ehrenkranz & Ehrenkranz LLP, Eia Electric Inc., Eic Associates Inc, Eidosearch, Eidosmedia Inc, Eiges & Orgel PLLC, Eihab Human Svc, Eikos Partners LLC, Eileen Fisher Inc, Einbinder & Dunn LLP, Einstein Radiology, Eis Laassois Child Devmnt Svc, Eiseman Levine Lehrhaupt, Eisenberg & Baum LLP, Eisner & Assoc, Eisneramper LLP, Ej Electric Installation, Ej Murray Memorial Skating Ctr, Ej&S Contracting Corp, El Barrio's Operation Fightback, El Dorado Renovations Inc, El Museo Del Barrio, El Puente De Williamsburg, Inc., El Regreso, Inc., El Samam Meat Market, El Sol Contracting, Eldor Contracting Corp., Eldor Electric LLC, Eldorado Coffee Distributors, Elecnor Hawkeye, Election Services Corp, Electric Fixx Inc, Electric Lighting Agencies Inc, Electrical Contracting Sltns, Electronic Data & Rates, Electronic Devices Inc, Electrosonic Limited, Elev8 Centers, Elit Green Builders Corp, Elite 29 Construction LLC, Elite Cosmetics, Elite Promotional Marketing, Elite Renovation & Builders Corp., Elizabeth Seton Children's Ctr, Eljin Construction, Elk Investors, Elkus Manfredi Architects Ltd, Ellanef Mgf Corp, Ellenberg & Partners, Ellenoff Grossman & Schole LLP, Elli Ny Design Corp / Metropolitan Realty LLC, Elliot Schwartz Mdpc, Elmax Builders Supply Co, Elmer W. Davis, Inc. Baldwinsville, Ny, Elmhurst Care Ctr, Elmhurst Electric Corp., Elmhurst Pediatrics, Elmo Realty, Elmo Usa Corp, Elmont Un Ion Free School Dist, Elmore Magazine, Elq Industries Inc, Elsol Contracting & Constr Inc, Eltech Elevator Industries, Elvo, Elysabeth Kleinhans Theatrical, Emanon Electric Inc, Emblazent Inc, Emblemhealth, Inc., Emc Corp, Emco Plumbing & Heating Co, Eme Group Consulting Engineers, Emerald Peek, E-Merge Systems, Inc., Emergency Dept James J Peters, Emergency Dept Newyork, Emergency Dept Ny-Presbyterian, Emergency Dept Queens Hosp Ctr, Emergency Dept Staten Is Univ, Emerging Health Info Tech LLC, Emerging Leaders, Emirates, Emm Group, Emo Trans, Emover Software, Empac Contracting Corp., Empire Asset Mgmt Corp Ltd, Empire City Casino At Yonkers, Empire City Iron Works, Empire Coffee Co, Empire Control Abatement Inc, Empire Entertainment Inc, Empire Hotel, Empire Medical Group Of Ny Pc, Empire Medical Svc, Empire Music, Empire Office, Empire Physical Medicine-Pain, Empire Stat Group LLC, Empire State Construction Co, Empire State Development Corp, Empire State Equities,

Empire State Fuel Co, Empire State Medical, Empire State Piping Co., Inc., Empirehd, Inc, Empl, Enago, Encompass Develop Design & Construct LLC, End Point Corp, Endai Worldwide, Endavor Streaming, Endeavor, Endeavor Global, Energize Electrical Contracting, Energy Fencing Inc., Energy Intelligence Group, Enertex Marketing Inc, Engel Burman Group, Engine Factory, Engineers Country Club Inc, Englehard Corp, Eng-Wong, Taub & Associates, Enigma Diagnostic Corp, Ennead Architects LLP, En-Power Group, Enrique Norten Architecture, Ensome Builders Inc, Ent & Allergy Assoc LLC, Ent and Allergy Associates, Ent-Ear Nose & Throat Journal, En-Tech Corp, Entech Engineering, Entergy, Enterprise Community Investment, Inc., Enterprise Electrical Contrs, Enterprise Engineering Inc, Enterprise Pals, Inc., Entertainment Software Assn, Entertainment Tonite Music Inc, Entlaw Inc, Entourage Flooring Inc, Environet Systems LLC, Environmental Defense Fund, Incorporated, Environmental Laboratories Inc, Envision Architects, Eon Mechanical Inc., Epec LLC, Epic Ediscoverty Solutions, Epic Long Island, Epic Pharma LLC, Epic Security Corp, Epic Sports Inc, Epilepsy Foundation Of Long Island Inc, Epiq Systems Inc, Episcopal Divinity School, Episcopal Health Services Inc., Episcopal Relief and Development, Episcopal Social Services, Epithany Construction Svc, Epm Communications Inc, Epner Technology, Epoch Investment Partners Inc, Epoch Times Assoc Inc, Epq Ediscovery Solutions Inc, Epstein Drangel Bazerman James, Equinox 63rd Street Inc., Equinox Fitness, Er Dox Pedia-Nytp, Eres, Ernst and Young LLP, Eshel Partners, Esi Cases & Accessories, Esila D. Obiang, Esm Construction Corp, Esoftware Associates Inc, Esperanzaenterprises, Inc., Esplanade, Esposito Builders, Esquire Legal Staffing, Ess & Vee Acoustical Contrs, Essex, Estee Lauder Intl, Esteem Patrol Inc, Etg International LLC, Ethosphere Press, Eti, Ets Contracting Inc, Ettinger Engineering Associates, Euro Castle Construction, Euro Castle Construction Corp., Euro Rscg Direct Response LLC, Euromed Inc., Europa Construction Corp, European Craft Inc, European Reinsurance Corporati, Eurostruct, Eurotech Construction Corp, Evans & Paul Unlimited Corp, Evans Heintges Architects PLLC, Event Journal Inc, Everest Advisors Car Accident, Evergreen Environments LLC., Evergreene Architectural Arts, Everlast Worldwide Inc., Everwest Real Estate Investors, Everyday Health, Everything, Evins Communications Ltd, Evista Group, Evojets LLC, Ew Howell Company Inc, Ewingcole Architects, Ex Air, Inc. D/B/A Ddc Air Conditioning, Exair Inc, Exane, Inc., Excav Services Inc, Excel At Woodbury For Rehab, Excel Interior Construction, Excel Media Systems, Excel Security Corp, Excellent Asphalt Paving, Excelon Associates, Excelsior Automotive, Excelsior Hotel Manhattan Nyc, Excelsiorhome Health Care, Exchange, Exclusive Door Co Inc, Exec Comm LLC, Execusearch Group, Execu-Sys, Ltd., Executive Health Program, Executive Physicians Systems, Executive Snow Control, Expedite Construction, Experian Information Solutions, Inc., Expert Institute, Expert Service, Explorers Tech, Exponents Inc, Express Contracting Of Neck, Express Trade Capital, Exquisite Builders, LLC, Extell Development Co, Extended Care Facility, Exterminare Pest Control, Exude Fitness, Eye Care Assoc, Ez Facility Inc, E-Z-Em Inc, Ezra Medical Center, Ezras Choilim Health Center

Employer Class Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

D & D Metal Work Inc, 6217 14th Ave, Brooklyn, NY 11219-5338;

D & F Development Group, 100 Schoolhouse Road,, Levittown, NY 11756;

D & J Concrete Corp, 5 Schuman Rd # 1, Millwood, NY 10546-1136;

D & S Restoration Inc, 20 California Ave, Paterson, NJ 07503-2503;

D & W Central Station, 4818 Van Dam St # 2a, Long Island City, NY 11101-3108;

D A Collins Construction Co., Inc, 269 Ballard Rd Wilton, NY 12831;

D And D Elevator Maintenance, Inc., 38 Hayes St, Elmsford, NY 10523;

D Exposito & Partners, 875 Avenue Of The Americas #25, New York, NY 10001-3585;

D Glimmers D, 36 W 37th St # 401, New York, NY 10018-7440;

D H Griffin Construction Co, 132 E 43rd St, New York, NY 10017-4019;

D R Management Svc Inc, 6010 Bay Pkwy # 601, Brooklyn, NY 11204-6080;

D Reis Furniture Mfg Corp, 327 Sagamore Ave # 3, Mineola, NY 11501-1945;

D Rosen Co Inc, 350 Meserole St, Brooklyn, NY 11206-1733;

D S Wolf Group, 100 Park Ave # 1600, New York, NY 10017-5538;

D.R.E. Drywall Corp, 4206 Snyder Ave Brooklyn, NY 11203;

Dab-O-Matic Corp., 896 S Columbus Ave, Mount Vernon, NY 10550;

Daedalus Technology Group Inc, 130 W 25th St # 900, New York, NY 10001-7472;

Dagher Engineering, 29 Broadway, New York, NY 10006-3201;

Dagny Enterprises LLC, 200 East End Ave Apt. 12e, New York, NY 10128;

Dai & Assoc, 1500 Broadway # 2200, New York, NY 10036-4052;

Daikin Applied, 43-24 21st St,Long Island City,NY,11101;

Dallas County Comm Clg / Eastfield Clg, 1000 Northern Blvd, Roslyn, NY 11576;

Dal-Tile Corporation, 5840 55th Dr, Maspeth, NY 11378;

Dalton Greiner Hartman Maher And Co LLC, 565 5th Ave, Rm 2101, New York, NY 10017;

Damato Lynch, 225 Liberty St # 29, New York, NY 10281-1049;

Damcosoft Inc, 112 W 34th St # 18, New York, NY 10120-0001;

Damian Family Care Ctr, 13750 Jamaica Ave, Jamaica, NY 11435-3610;

Dan Endara, Po Box 7021, New York, NY 10116-7021;

Dan Klores Assoc Inc, 261 5th Ave # 2, New York, NY 10016-7601;

Dana Farber Cancer Institute, 310 E 67th St, New York, NY 10065-6275;

Danadams, Usa, 140 Benchley Pl, Apt 4c, Bronx, NY 10475;

Danbro Distributors, 3700 S 26th St, Philadelphia, Pa 19145-5207;

Daniel Gale Real Estate Inc, 364 Plandome Rd, Manhasset, NY 11030;

Dannell Maguire, 106 E 85th St # 6n, New York, NY 10028-0982;

Dannon Company, 100 Hillside Ave, Fl 3, White Plains, NY 10603;

D'annunzio & Sons Inc, 3730 Park Ave, Clark, NJ 07080-1142;

Danny And Nicole, 49 W 37th St, Fl 10, New York, NY 10018;

Dantona Industries, 3051 Burns Ave, Wantagh, NY 11793-3203;

Dap, 155 Avenue Of The Americas # 2, New York, NY 10013-1512;

D'arcambal Ousley-Cuyler Burk, 40 Fulton St # 1005, New York, NY 10038-5089;

Darcon Construction Corp, 360 Meacham Ave, Elmont, NY 11003-3220;

Darger Errante Yavitz-Blau Llp, 116 E 27th St # 12, New York, NY 10016-8942;

Dasilva Architects P C, 104 W 29th St # 10, New York, NY 10001-5310;

Data Art, 475 Park Ave S # 1501, New York, NY 10016-6904;

Data Industries Ltd, 1370 Broadway # 5, New York, NY 10018-7350;

Datacom Technology Group Inc., 350 5th Ave, Fl 59, New York, NY 10118;

Dataforms, 1 E 42nd St, New York, NY 10017-6904;

Dataiku Inc, 902 Broadway # 8, New York, NY 10010-6037;

Datalot Inc, 41 Union Sq W # 625, New York, NY 10003-3231;
Dattner Architects D.P.C., 1385 Broadway Fl 15, New York, NY 10018-6015;
Daughters Of Jacob, 2282 Atlantic Ave, Brooklyn, NY 11233;
Dave Heiner Associates, 3799 Route 46, Parsippany, NJ 07054-1055;
Dave Restoration, 8730 116th St, Jamaica, NY 11418-2426;
Davellino Cons. Inc., 62 Court St, Freehold, NJ 07728-1710;
David Abram Law Offices, 305 Broadway # 601, New York, NY 10007-1189;
David Chipperfield Architects, 1 Surrey Street, London, London, Uk Wc2r 2nd;
David Geller Assoc, 110 W 40th St # 1604, New York, NY 10018-8513;
David H Koch Theater, 20 Lincoln Center Plz # 2, New York, NY 10023-6988;
David I Pankin Pc, 49 W 37th St # 7, New York, NY 10018-0182;
David Kleinberg Design Assoc, 330 E 59th St # 5, New York, NY 10022-1537;
David Kucera Inc, 39 Steves Ln, Gardiner, NY 12525-5322;
David L Ferstendig Law Offices, 280 Madison Ave # 300, New York, NY 10016-0810;
David Monn LLC, 135 W 27th St # 2, New York, NY 10001-6226;
David Rosen Bakery Supply, 5921 Queens Midtown Expy, Maspeth, NY 11378;
David Shuldiner Inc, 35 Irving Ave, Brooklyn, NY 11237-2387;
David V Farrell Co, 228 Harrison Ave, Mineola, NY 11501-3906;
David Webb, 942 Madison Ave, New York, NY 10021-2606;
David Werner Real Estate Investment, 780 3rd Ave Fl 25, New York, NY 10017-2024;
David York Agency Ltd, 1416 Avenue M # 301, Brooklyn, NY 11230-5275;
Davidson Dawson & Clark Llp, 60 E 42nd St # 38, New York, NY 10165-3802;
Davidson Kempner Capital Management Lp, 65 E 55th St, Fl 19, New York, NY 10022;
Davidson Pipe Company Inc., 5002 2nd Ave, Brooklyn, NY 11232;
Davie's Ward Phillips Vineberg, 900 3rd Ave # 24, New York, NY 10022-4771;
Davis & Gilbert, 1740 Broadway # 3, New York, NY 10019-4379;
Davis Brody Bond Llp, 1 New York Plz # 4200, New York, NY 10004-1958;
Davis Polk And Wardwell Llp, 450 Lexington Ave, Fl 10, New York, NY 10017;
Davis Wright Tremaine, 1251 Avenue Of The Americas, Fl 21, New York, NY 10020;
Day Elevator & Lift, 50 Hempstead Gardens Dr, West Hempstead, NY 11552-2642;
Daybreak Independent Services, 4234 Vireo Ave, Bronx, NY 10470;
Dayton Industries Inc, 1350 Garrison Ave, Bronx, NY 10474;
Dbi Construction Consultants, 1261 Broadway # 9, New York, NY 10001-3525;
Dca Construction Ltd, 64 Glegerich Ave Staten Island, NY 10307;
Dcbe Inc, 2 Elm St, Ardsley, NY 10502-2137;
Ddb Worldwide Partners Inc., 437 Madison Ave, Bsmt 2, New York, NY 10022;
Ddc Ac/Ex Air, 375 North St Ste S,Teterboro,NJ,07608;
Ddk & Co, 50 Jericho Quadrangle # 220, Jericho, NY 11753-2726;
Dds Mechanical Corp., 4142 Ditmars Blvd Astoria, NY 11105;
Dds, 2010 126th St, College Point, NY 11356;
De Nardis Engineering, LLC, 239 Central Avenue Suite 200, White Plains, NY 10606;
De Simone Consulting, 140 Broadway # 25, New York, NY 10005-1142;
Dealertrack Holdings , Inc., 1111 Marcus Ave, Ste M04, New Hyde Park, NY 11042;
Dealogic LLC, 1345 Avenue Of The America #49, New York, NY 10105-0030;
Dean Energy Solutions Cor, 1332 Clinton Street,Hoboken,NJ,07030;
Deangelo Brothers, Inc., 100 North Conahan Drive, Hazelton, Pa 18201;
Debevoise And Plimpton Llp, 919 3rd Ave, Lbby 2, New York, NY 10022;
Deboe Construction Corp., 325 Westbury Ave, Carle Place, NY 11514-1606;

Deborah A. Nilson And Assoc PLLC, 10 E 40th St, Rm 3310, New York, NY 10016;
Deborah Berke & Partners, 220 5th Ave # 7, New York, NY 10001-7708;
Deborah Bradley Construction & Management Service, 481 Manhattan Ave, New York, NY 10027-5237;
Dechert Llp, 1095 Avenue Of The Americas, Fl 27, New York, NY 10036;
Deco Associates, 1997 Route 17m, Ste 10, Goshen, NY 10924;
Decristofaro Law, 260 W 26th St # 7q, New York, NY 10001-0134;
Deep Clean Maid Svc, 877 Grand St, Brooklyn, NY 11211-5001;
Deer Head Chemical Industries, 348 W 14th St # 2, New York, NY 10014-5069;
Deerfield Management, 780 Third Avenue, New York, NY 10017;
Defender Security Svc Inc, 11011 72nd Ave # 1f, Forest Hills, NY 11375-4911;
Defoe Corporation, 800 S Columbus Ave, Mount Vernon, NY 10550-5019;
Deg Construction, 382 Ardsley Rd, Scarsdale, NY 10583-2435;
Deheng Chen, 233 Broadway # 2200, New York, NY 10279-2202;
Dejana Industries, 165 Cantiague Rock Rd, Westbury, NY 11590;
Dekalb Senior Residence, 1251 Dekalb Ave, Brooklyn, NY 11221-3264;
Delaney Associates Lp, 12508 26th Ave, Flushing, NY 11354-1110;
Delaney Books Inc, 212 Michael Dr, Syosset, NY 11791-5379;
Delbello Donnellan-Weingarten, 1 N Lexington Ave # 1102, White Plains, NY 10601-1742;
Delcopainting Corp, 257 Ilyssa Way, Staten Island, NY 10312-1383;
Delivery.Com, 4609 28th Ave, Astoria, NY 11103-1114;
Dell & Dean PLLC, 1225 Franklin Ave # 450, Garden City, NY 11530-1693;
Della Femina, 902 Broadway # 15, New York, NY 10010-6031;
Dell-Tech Enterprise Inc, 1 Pinnacle Ct, Huntington Station, NY 11746-5445;
Delmar International, 1 Cross Island Plz, Ste 227, Rosedale, NY 11422;
Delmar Of NY, 228 Delaware Ave Delmar, NY 12054;
Deloitte Llp, 30 Rockefeller Plz, Fl 34, New York, NY 10112;
Delphi Plumbing & Heating Inc, 1602 W 6th St, Brooklyn, NY 11223-1320;
Delric Construction Co Inc, 845 Belmont Ave, North Haledon, NJ 07508-2358;
Delta Contractors Inc, 1306 E 14th St, Brooklyn, NY 11230-5912;
Delta Enterprise Corp, 114 W 26th St # 11, New York, NY 10001-6812;
Delta Sheet Metal Corp, 3915 Skillman Ave, Sunnyside, NY 11104-4207;
Delta Signs & Flags Corp, 6524 Myrtle Ave, Glendale, NY 11385-6250;
Delta Testing Inc, 23 S Macquesten Pkwy, Mt Vernon, NY 10550-1703;
Delta, 29 Moore St, Apt 22g, Brooklyn, NY 11206;
Deltek, 2291 Wood Oak Dr, Herndon, Va 20171-6006;
Delux Transportation Services, 62 Main St, # B, Prt Washingtn, NY 11050;
Deluxe Post Production, 218 W 18th St # 12, New York, NY 10011-4544;
Demar Plumbing Corp, 147 Attorney St, New York, NY 10002-1812;
Dematteis Construction Corp, 820 Elmont Rd, Elmont, NY 11003-4026;
Demicco Bros Inc., 16 Webster Ave, New Rochelle, NY 10801-6912;
Democracy Builders, 207 W 133rd St, New York, NY 10030-3201;
Denal Construction Corp, 65 W 55th St # 4d, New York, NY 10019-4951;
Dencityworks Architecture, 55 Washington St Suite 713, Brooklyn, NY 11201;
Denihan Construction Co LLC, 500 W 37th St # 6, New York, NY 10018-1118;
Deno's Wonder Wheel, 3059 W 12th St, Brooklyn, NY 11224-2802;
Dentons Us Llp, 1221 Avenue Of The Americas, Fl C1, New York, NY 10020;
Dentsu America, Inc., 32 Avenue Of The Americas, Bldg 1, New York, NY 10013;
Denville Line Pating, Inc, 2 Green Pond Rd Rockaway, NJ 07866;

Department Head & Neck Surgery, 10 Union Sq E # 4j, New York, NY 10003-3314;
Department Of Citywide Administrative Services, 1 Centre St Rm 2053s, New York, NY 10007-1602;
Department Of Educatiion, 8315 Glenwood Rd, Brooklyn, NY 11236;
Department Of Environmental Protection, 5917 Junction Blvd, Ste 1, Flushing, NY 11373;
Department Of Family Medicine, 3544 Jerome Ave # B, Bronx, NY 10467-1005;
Department Of Gastroenterology, 1275 York Ave, New York, NY 10065-6007;
Department Of Occupational Res, 50 Clinton St, Ste 400, Hempstead, NY 11550;
Department Of Veterans Affairs, 6150 Oak Tree Blvd, Suite 300, Independence, Oh 44131;
Departure Films, 240 W 37th St # 501, New York, NY 10018-5787;
Dependable Transport-Messenger, 410 8th Ave # 3, New York, NY 10001-1831;
Dependable Windows Co Inc, 409 N Main St, Freeport, NY 11520-1250;
Dept-Pub Safety County Police, 1 Saw Mill River Pkwy, Hawthorne, NY 10532-1027;
Derek T Smith Law Group Pc, 1 Penn Plz # 4905, New York, NY 10119-0038;
Derive Technologies LLC, 40 Wall St # 20, New York, NY 10005-1374;
Dermatologic Associates Of NY, 530 1st Ave # 7r, New York, NY 10016-6402;
Design & Urbanism Architectura, 2 W 67th St, New York, NY 10023-6241;
Design Construction Division Inc, 19 Livermore Ave, Staten Island, NY 10302-2535;
Design Etc Inc, Po Box 540, Poughquag, NY 12570-0540;
Design Expressions, 389 Atlantic Ave, Oceanside, NY 11572-2728;
Design Strategy Corp, 805 3rd Ave # 1100, New York, NY 10022-7566;
Designs Vatche, 6 E 45th St # 1206, New York, NY 10017-2439;
Desimone Consulting Engineers, 140 Broadway, 25th Floor,, New York, NY 10005;
Desman Associates, 3 W 35th St # 3, New York, NY 10001-2237;
Deutsch Family Wine And Spirits, 709 Westchester Ave, Ste 300, White Plains, NY 10604;
Deutsche Bank, 60 Wall St, Bsmt, New York, NY 10005;
Development Counselors Intl, 215 Park Ave S # 1403, New York, NY 10003-1628;
Devere Usa Inc., 767 3rd Ave, Rm 6a, New York, NY 10017;
Devito Verdi, 330 Hudson St # 16, New York, NY 10013-1046;
Devries Public Relations, Ltd., 30 E 60th St, Ste 1000, New York, NY 10022;
Dewberry & Goodkind Inc, 15 E 26th St, 7th Floor, New York, NY 10010-1523;
Dewey Pegno & Kramarsky Llp, 777 3rd Ave # 37a, New York, NY 10017-1419;
Dewitt Stern Group, Inc., 420 Lexington Ave, Rm 2700, New York, NY 10170;
Dexter House, 345 W 86th St, New York, NY 10024-3113;
Dexterity Inc, 165 E 87th St # 3re, New York, NY 10128-2719;
Dfta, 3404 24th St, Apt 1c, Astoria, NY 11106;
Dgcc, 202 28th St Brooklyn, NY 11232;
Dgital Media, 232 Madison Ave # 1300, New York, NY 10016-2922;
Dgj Contracting, 42-20 24th Street Suite 20g Long Island City, NY 11101;
Dh Property Holdings LLC, 392 Felter Avenue, Hewlett, NY 11557;
Dhi Group, Inc., 1450 Broadway, Fl 29, New York, NY 10018;
Dhs Ice, 201 Varick St, Rm 1127, New York, NY 10014;
Di Giovanna Family Care Ctr, 1061 N Broadway # 2, Massapequa, NY 11758-1853;
Di Salvo Contracting Co Inc, 4214 3rd Ave, Brooklyn, NY 11232-3602;
Dia General Construction Inc, 1360 Clifton Ave, Suite 218 Clifton, NJ 07012;
Diabetes & Endocrine Ctr, 755 N Broadway # 400, Sleepy Hollow, NY 10591-1076;
Diageo, 16 Pell Pl, New Rochelle, NY 10804;
Diagnostic Holter Monitoring, 2270 Kimball St, Brooklyn, NY 11234-5139;
Dialoguedirect Inc, 3 E 28th St, New York, NY 10016-7408;

Dialysis, 170 William St, New York, NY 10038-2612;

Dialyze Direct Ct LLC, 1575 50th St, Brooklyn, NY 11219-3769;

Diamond Personnel, 252 W 37th St # 1202, New York, NY 10018-6680;

Diamond Properties, 333 N Bedford Rd, Ste 145, Mount Kisco, NY 10549;

Diamond Schmitt Architecture, 1776 Broadway Ste 2200, New York, NY 10019-2002;

Diana Naturals, 707 Executive Blvd, Ste E, Vly Cottage, NY 10989;

Diaspora Community, 921 E New York Ave, Brooklyn, NY 11203-1393;

Diaz Electric Of New York Inc., 247 Prospect Ave,Brooklyn,NY;

Dick Young Productions Ltd, 118 Riverside Dr # 9a, New York, NY 10024-3708;

Diehl And Sons Inc, 12901 Atlantic Ave, Richmond Hill, NY 11418;

Die-Matic Products Inc, 130 Express St, Plainview, NY 11803-2477;

Dierks Heating Incorporated, 43-32 33rd Street Long Island City, NY 11106;

Dietwatch, 205 Lexington Ave, New York, NY 10016-6022;

Difama Concrete Inc, 131 Imlay St # 1, Brooklyn, NY 11231-1369;

Difama Concrete Inc, 131 Imlay St, Ste 2, Brooklyn, NY 11231;

Difazio Industries Inc, 480 84th St Brooklyn, NY 11209;

Dig Ennaro Communications, 18 W 21st St # 6, New York, NY 10010-6925;

Digestive Disease-Nutri Ctr, 2 Westchester Park Dr # L-1, White Plains, NY 10604-3432;

Digiscribe, 150 Clearbrook Rd # 125, Elmsford, NY 10523-1147;

Digital Currency Group, 250 Park Ave S # 5, New York, NY 10003-1402;

Digital First Media, LLC, 5 Hanover Sq, Fl 25, New York, NY 10004;

Digital Force Ltd, 248 W 35th St # 1400, New York, NY 10001-2505;

Digital Matrix Corporation, 92 Madison Ave, Hempstead, NY 11550;

Digital Ocean, Inc., 101 Avenue Of The Americas, Fl 10, New York, NY 10013;

Digital Pulp Inc, 220 E 23rd St # 900, New York, NY 10010-4647;

Digitas, Inc., 345 Hudson St, Rm 1600, New York, NY 10014;

Digitask Consultants Inc, 225 Broadway # 2605, New York, NY 10007-3092;

Digizuite Usa, 115 W 18th St, New York, NY 10011-4113;

Diller & Scofidio, 601 W 26th St # 1815, New York, NY 10001-1152;

Dimaio Millwork Corp, 12 Bright Pl, Yonkers, NY 10705-1342;

Dimensional Stone-Tile Designs, 521 Waverly Ave, Mamaroneck, NY 10543-2235;

Dionics Inc, 65 Rushmore St, Westbury, NY 11590;

Direct Agents, 740 Broadway # 701, New York, NY 10003-9574;

Directors Chair, 603 Greenwich St # 2, New York, NY 10014-7073;

Discover General Contracting, 506 S 9th Ave, Mt Vernon, NY 10550-4319;

Disney, 47 W 66th St, New York, NY 10023-6201;

Divatex Home Fashions Inc, 261 5th Ave # 501, New York, NY 10016-0036;

Diversified Heat Transfer Inc, 6937 76th St, Middle Village, NY 11379-2828;

Diversified Processors Inc, Po Box 887, Westbury, NY 11590-0887;

Dj's Unlimited Productions, 130 Jericho Tpke, Floral Park, NY 11001-2000;

Dkms Americas, 100 Broadway, Fl 6, New York, NY 10005;

Dla Piper Llp (Us), 1251 Avenue Of The Americas, Ste C2-75, New York, NY 10020;

Dlandstudio, 137 Clinton St, Brooklyn, NY 11201-4616;

Dls Inc, 401 Broadway # 510, New York, NY 10013-3030;

Dmar.Remodeling.LLC Sashmasters Nyc, 77 Vermilyea Ave Apt B53, New York, NY 10034-4419;

D-Mark Construction Corp, 471 Port Richmond Ave, Staten Island, NY 10302-1717;

Dmd Contracting, 1 Geoffrey Way, Wayne, NJ 07470-2035;

Dms & Assoc, 121 W 27th St # 1001, New York, NY 10001-6261;

Dnk, 261 Norman Ave, Brooklyn, NY 11222-3634;
Dnp Builders LLC, 133 W 25th St # 6, New York, NY 10001-7285;
Do Rite Mechanical Corp., 9714 3rd Avenue Brooklyn, NY 11209;
Do Something Inc, 19 W 21st St # 8, New York, NY 10010-6853;
Doar Rieck Kaley & Mack, 217 Broadway # 707, New York, NY 10007-2911;
Dobco Inc, 1 Geoffrey Way, Wayne, NJ 07470-2035;
Dobrish Michaels Gross Llp, 757 3rd Ave # 1500, New York, NY 10017-2054;
Docs Physicians, 202 W 23rd St, New York, NY 10011-2301;
Docs, 55 E 34th St # 7, New York, NY 10016-4337;
Doctors Clinics, 440 White Plains Rd, Eastchester, NY 10709-2827;
Doctor's Immediate Care Ctr, 4900 Hempstead Tpke, Farmingdale, NY 11735-2028;
Doctors Without Borders, 40 Rector St, Fl 16, New York, NY 10006;
Documentary Group, 114 W 26th St # 7, New York, NY 10001-6812;
Documentary Reprodctn Svc, 210 W 18th St, New York, NY 10011-4501;
Doddi Information Tech Inc, 24 Picture Ln, Hicksville, NY 11801-6425;
Dodger Properties, 311 W 43rd St, Ste 602, New York, NY 10036;
Doe Fund Inc, 232 E 84th St, New York, NY 10028-2915;
Doghouse, 524 W 59th St, New York, NY 10019-1007;
Doh & Mental Hygiene Gotham Center, 4209 28th St, Long Island City, NY 11101-4130;
Dolce Arrowwood, 975 Anderson Hill Rd, Rye Brook, NY 10573;
Dollar Airport Parking, 2261 94th St, East Elmhurst, NY 11369-1105;
Dolphin Construction Corp, 5 Westchester Plz Ste 137,Elmsford,NY,10523;
Dom & Tom, 2 Wall St # 4, New York, NY 10005-2016;
Doma Inc, 1845 Highland Ave, New Hyde Park, NY 11040-4049;
Domain Companies, 11 Park Pl Rm 1705, New York, NY 10007-2813;
Dometic, 42 E Broadway, New York, NY 10002;
Dominican College, 470 Western Hwy, Orangeburg, NY 10962;
Dominican Sisters Of Hope, 299 N Highland Ave, Ossining, NY 10562;
Dominion Products Inc, 882 3rd Ave # 7, Brooklyn, NY 11232-1902;
Domino A LLC/Domino B LLC, 45 Main St 12th Fl, Brooklyn, NY 11201-1000;
Domovoy LLC, 192 Moreland St, Staten Island, NY 10306-5147;
Don Buchwald & Assoc Inc, 10 E 44th St # 1, New York, NY 10017-3654;
Don Joe Auto Body, 247 E Shore Rd, Great Neck, NY 11023-2420;
Donald Marck Mcgeachy Inc, 957 Park Ave,New York,NY,10028;
Donald W Brown Home Imprvmt, 402 Warburton Ave, Hastings On Hdsn, NY 10706-2869;
Donjon Marine Co Inc, 2170 River Road Coeymans, NY 12045;
Donjon Recycling, 2453 Arthur Kill Rd, Staten Island, NY 10309;
Donnelly Mechanical Corp, 9659 222nd St # 2, Jamaica, NY 11429-1343;
D'onofrio General Contractors Corp., 202 28th St, Brooklyn, NY 11232-1604;
Donovan Hatem Llp, 112 W 34th St # 18, New York, NY 10120-0001;
Dooley Electric, 4554 37th St # 1, Long Island City, NY 11101-1802;
Door 3, 22 Cortlandt St # 1101, New York, NY 10007-3134;
Door Automation Corp, 1800 Access Road,Oceanside,NY,11572;
Dore Partnership, 461 5th Ave, Fl 21, New York, NY 10017;
Doremus And Company, 200 Varick St, Fl 2, New York, NY 10014;
Dorfey & Whitney, 51 W 52nd St # 9, New York, NY 10019-7734;
Dorian Drake Intl Inc, 2 Westchester Park Dr # 400, West Harrison, NY 10604-3432;
Dorion Norton Electrical, 116-52 252 St Jamaica, NY 11411;

Doshi Diagnostic Imaging, 2475 Ralph Ave, Brooklyn, NY 11234-5521;
Dotdash, 1500 Broadway, Fl 6, New York, NY 10036;
Dotmailer, 333 7th Ave # 1802, New York, NY 10001-5086;
Dotworks, 30 Harbor Park Dr, Port Washington, NY 11050-4602;
Double D Contractors, 45 Woodbury Rd, Hicksville, NY 11801-3041;
Double U Real Estate, 56 North 9th Street #3g, Brooklyn, NY 11249;
Doubleclick Inc., 111 8th Ave, Fl 10, New York, NY 10011;
Dougherty Ryan Giuffra Zambito, 250 Park Ave # 7, New York, NY 10177-0799;
Douglas Elliman Captl Impvment Corp., 71 Forest Ave, Locust Valley, NY 11560;
Douglaston Development, 7 Penn Plaza Suite 600, New York, NY 10001;
Dow Jones And Company, Inc., 1211 Avenue Of The Americas, Lowr C32, New York, NY 10036;
Dow Petroleum, 1878 Hempstead Tpke, East Meadow, NY 11554-1712;
Downing & Peck Pc, 17 Battery Pl # 709, New York, NY 10004-1124;
Downstate Medical Center, 450 Clarkson Ave, Brooklyn, NY 11203;
Downtown Design Partnership, 7 Hanover Sq # 18, New York, NY 10004-4027;
Downtown Express, 515 Canal St # 1, New York, NY 10013-1330;
Downtown Medical Assoc, 170 William St # 7, New York, NY 10038-2612;
Downtown Music Publishing, 155 Avenue Of The Americas #15, New York, NY 10013-1514;
Downtown United Soccer Club, 332 Bleecker St, New York, NY 10014-2980;
Downtown Women, 568 Broadway, Rm 304, New York, NY 10012;
Doyle Baldante Inc, 535 Broad Holla Rd Melville, NY 11741;
Dqp Digital Quick Print, 1513 Jericho Tpke, New Hyde Park, NY 11040-4712;
Dr Aaron David & Dr Larissa, 980 N Broadway, Massapequa, NY 11758-2355;
Dr Betty Shabazz Health, 999 Blake Ave, Brooklyn, NY 11208-3535;
Dr Briones Med Weight Loss Ctr, 344 E Main St # 303, Mt Kisco, NY 10549-3036;
Dr Howard Goldin, 535 E 75th St, New York, NY 10021;
Dr Penny Dodson, 808 Columbus Ave, Apt 25c, New York, NY 10025;
Dr Pichardo Pediatric Ctr, 1623 Weirfield St, Ridgewood, NY 11385-5349;
Dr Robinson M. D., 20102 Linden Blvd, Saint Albans, NY 11412;
Draftfcb, 100 W 33rd St, New York, NY 10001-2900;
Dragados, 810 7th Ave # 9, New York, NY 10019-9003;
Dragon Search, 12 W 23rd St # 3, New York, NY 10010-5206;
Dragonetti Brothers Landscaping, 129 Louisiana Ave Brooklyn, NY 11207;
Drain Kleen Sewer Svc Inc, 2290 2nd Ave, New York, NY 10035-4811;
Dramatists Play Svc Inc, 440 Park Ave S # 11r, New York, NY 10016-8050;
Draper Associates Inc, Po Box 393, New York, NY 10014-0393;
Drchrono.Com Inc, 30 E 23rd St # 5, New York, NY 10010-4442;
Dreamgo Liu Xue Zhong Jie Mei, 450 7th Venue, New York, NY 10123;
Dreamland Construction, 169 Minna St, Brooklyn, NY 11218-2014;
Dreamville Remodeling, 231 2nd Ave, New York, NY 10003-2710;
Drexel Estimating, Po Box 2163, New York, NY 10163-2163;
Drexel Hamilton Infrastructure, 77 Water St # 201, New York, NY 10005-4420;
Dri Mark Products Inc, 999 S Oyster Bay Rd # 312, Bethpage, NY 11714-1042;
Drillco National Group, 2432 44th St, Long Island City, NY 11103-2002;
Drive In Hotel Corp, 75 Macombs Pl, New York, NY 10039-1820;
Drive Medical Design And Manufacturing, 99 Seaview Blvd, Ste 210, Prt Washingtn, NY 11050;
Driver Media, 115 W 27th St # 1201, New York, NY 10001-6270;
Droit Financial Tech LLC, 75 Murray St, New York, NY 10007-2294;

Drsa Technology Inc?, 353 West 48th St New York, NY 10036;
Drug Policy Alliance, 131 W 33rd St, Fl 15, New York, NY 10001;
Drury Design Dynamics, 275 7th Ave # 20, New York, NY 10001-6708;
Dry Harbor Nursing Home, 6135 Dry Harbor Rd, Middle Vlg, NY 11379;
Dsl Commercial Construction Inc., 133 Evelyn Rd Mineola, NY 11501;
Dsm Design Group, 15813 72nd Ave Ste 2d, Flushing, NY 11365-4138;
Dtcc, 55 Water St, Fl 22, New York, NY 10041;
Dti, 64 W 48th St, Fl 6, New York, NY 10036;
Dtm Elevator Consulting Inc, 12002 14th Rd, College Point, NY 11356-1613;
Du Art Film Laboratory Inc, 245 W 55th St # 2, New York, NY 10019-5285;
Duane Morris Llp, 1540 Broadway, Fl 12, New York, NY 10036;
Duc Duc, 524 Broadway # 206, New York, NY 10012-4408;
Duffy & Duffy PLLC, 1370 Rxr Plz # W, Uniondale, NY 11556-1370;
Dufour Pastry Kitchens, 251 Locust Ave, Bronx, NY 10454-2004;
Duggal Corp Headquarters, 10 W 24th St, New York, NY 10010-3201;
Duggal Visual Solutions, 63 Flushing Ave # 122, Brooklyn, NY 11205-1069;
Duke On 42nd Street Theatre, 229 W 42nd St, New York, NY 10036-7205;
Dunn Development Corp, 316 Douglass St, Brooklyn, NY 11217-3114;
Dunnington Bartholow-Miller, 230 Park Ave # 21, New York, NY 10169-2403;
Dun-Rite Aplnc Repr Inc, 541 Vine Rd, Yorktown Heights, NY 10598-6120;
Dunwell Elevator Maint, 879 Grand St, Brooklyn, NY 11211-5001;
Durafford Construction, 8508 Astoria Blvd # 2f, East Elmhurst, NY 11370-1656;
Durkin & Durkin, 80 Broad St # 5, New York, NY 10004-2257;
Durr Mechanical Construction, 80 8th Ave # 17, New York, NY 10011-7153;
Durst Organization, 1 Bryant Park, Fl 49, New York, NY 10036;
Duval & Stachenfeld Llp, 300 E 42nd St # 3, New York, NY 10017-5972;
Dvl Consulting Engineers, Inc., 375 Main St, Hackensack, NJ 07601-5882;
Dweck Law Firm, 10 Rockefeller Plz # 1015, New York, NY 10020-1903;
Dwell Magazine, 8 W 36th St # 5, New York, NY 10018-9776;
Dxa Studio, 707 Washington St, New York, NY 10014-2318;
Dy Consultants Inc, 40 Wall St # 500, New York, NY 10005-1488;
Dy, 24 Vestry St, New York, NY 10013;
Dylan Hotel, 52 E 41st St, New York, NY 10017-6211;
Dyna Tabs LLC, 1600 Ocean Pkwy # 1f, Brooklyn, NY 11230-7037;
Dyna-Empire Inc, 1075 Stewart Ave, Garden City, NY 11530-4871;
Dynamic Construction Company, 1149 E 34th St,2nd Floor,Brooklyn,NY,11210;
Dynamic Mechanical Contractors Inc, 2900 Westchester Ave Suite 207 Purchase, NY 10577;
Dynamic Services Intl, 57 W 38th St # 1200, New York, NY 10018-1463;
Dynamic Sports Construction, 301 Sonny Dr Leander, Tx 78641;
Dynamo Electrical Corp, 149-88 255th Street,Rosendale,NY,11422;
E & A Restoration, 40 Willis Ave Ste 200, Syosset, NY 11791-3703;
E & A Supply Corporation, 22 Southern Blvd, Nesconset, NY 11767-1086;
E & J Electric Installation Co, 21 Warren Pl Mount Vernon, NY 10550;
E & T Plastic Mfg Co Inc, 4545 37th St, Long Island City, NY 11101-1801;
E 135 And 3rd Ave Owner, LLC, 2447 Third Avenue, Bronx, NY 10451;
E A I Inc, 435 Mercer St, Jersey City, NJ 07302-3119;
E And B Giftware LLC, 4 Executive Plz, Ste 114, Yonkers, NY 10701;
E Cook Industries, 59 New York Ave # 1, Westbury, NY 11590-4934;

E Daskal Corp, 260 Old Route 17, P O Box 855 Hillburn, NY 10931;
E Electrial Contracting LLC, 10 Railroad Ave E Northport, NY 11731;
E G Food Inc, 5600 1st Ave # 4nb, Brooklyn, NY 11220-2550;
E J Electric Installation Company, 46-41 Vernon Blvd, Long Island City, NY 11101-5308;
E Marketer Inc, 11 Times Sq # 14, New York, NY 10036-6608;
E P Engineering, 110 William St # 3202, New York, NY 10038-3913;
E S Renovations & Construction, 359 W 11th St, New York, NY 10014-2397;
E W Howell Co Inc, 245 Newtown Rd # 600, Plainview, NY 11803-4317;
E Willw Epc, 333 W 39th St # 201, New York, NY 10018-1767;
Eac Inc, 50 Clinton St # 107, Hempstead, NY 11550-4201;
Eac, 50 Clinton St, Ste 107, Hempstead, NY 11550;
Eagle 1 Mechanical, 62-43 30th Ave, Woodside, NY 11377-1229;
Eagle Instruments Inc, 35 Grove St, Port Chester, NY 10573-4501;
Ear Nose Throat Allergy Assoc, 75 S Broadway # 300, White Plains, NY 10601-4413;
Early Intervention Ctr & Pre, 450 W 56th St, New York, NY 10019-3656;
Earnst & Young, 77 Water St # 9, New York, NY 10005-4414;
Earth Construction Corp, 21308 99th Ave, Queens Village, NY 11429-1173;
Earth Smart Environmental, 232 S Dillard St,Winter Garden,Fl,34787;
Earthworm Equipment Co, 6 Skyline Dr, Hawthorne, NY 10532-2165;
Easco Boiler Corp, 1175 Leggett Ave, Bronx, NY 10474-6294;
East 34th St Heliport-6n5, 499 E 34th St, New York, NY 10016-4972;
East Coast Interiors, 112 Wallabout St Brooklyn, NY 11211;
East End Gr., 31 Old Dock Rd, Yaphank, NY 11980-9702;
East Harlem Council For Human Serv. Inc., 2265 3rd Ave,, New York, NY 10035;
East Harlem Employment Svc Inc, 205 E 122nd St # 302, New York, NY 10035-2124;
East Meadow Family Practice, 2840 Jerusalem Ave, Wantagh, NY 11793-2017;
East Meadow School District, 718 The Plain Rd, Ste 1, Westbury, NY 11590;
East New York Svc Corp, 36 Snediker Ave, Brooklyn, NY 11207-2320;
East River Medical Imaging, 519 E 72nd St # 103, New York, NY 10021-4094;
East Tremont Medical Ctr, 930 E Tremont Ave, Bronx, NY 10460-4363;
East West Marketing Group, 404 5th Ave # 3, New York, NY 10018-7510;
East West Systems Inc, 48 Wall St # 5, New York, NY 10005-2911;
East Woods Discovery Camp, 31 Yellow Cote Rd, Oyster Bay, NY 11771-4109;
Eastco Shotcrete, 1211 Kennedy Blvd,Manville,NJ,08835;
Eastern America Trio Prod Inc, 12828 25th Ave, Flushing, NY 11356-2709;
Eastern Excavations Inc, 59 Nepperhan Ave, Elmsford, NY 10523-1800;
Eastern Feather & Down Corp, 1027 Metropolitan Ave, Brooklyn, NY 11211-2710;
Eastern General Contractors, 7135 State Road 52 Ste 110 Hudson, Fl 34667;
Eastern Landscape Contractors, 788 Shrewsbury Ave Ste 2222, Tinton Falls, NJ 07724-3080;
Eastern Mechanical Contracting, 1414 65th St, Brooklyn, NY 11219-5734;
Eastern Plumbing & Mechanical Contracting Inc, 1414 65th St, Brooklyn, NY 11219-5734;
Eastern Sprinkler Supply, 333 Baldwin Rd, Hempstead, NY 11550-7424;
Eastern States Optical Inc, 333 Hempstead Tpke, Elmont, NY 11003-1591;
Eastern Steel Corp, 1946 Pitkin Ave, Brooklyn, NY 11207-3399;
Eastman Cooke Assoc LLC, 5 Hanover Sq # 1900, New York, NY 10004-2655;
Eastone 26 Ave LLC, 36-26 Main St Suite 3a, Flushing, NY 11354;
Eastside Endoscopy, 380 2nd Ave # 2, New York, NY 10010-5657;
Eastside Medical Assoc, 111 E 88th St # 1a, New York, NY 10128-1111;

Eastsport Inc., 131 W 33rd St, Fl 14, New York, NY 10001;
Easy2comply, 14 Wall St # 20, New York, NY 10005-2123;
Ebm Publications, 825 Old Country Rd, Westbury, NY 11590-5589;
Ebo Nexus Inc, 27 Cliff St, New York, NY 10038-2835;
Ebrandz Inc, 171 Madison Ave # 1006, New York, NY 10016-5110;
Eby Electro Inc, 210 Express St, Plainview, NY 11803-2423;
Ec Metalizing, Inc, 13 Rushmore Street Westbury, NY 11590;
Ecco Iii Enterprises Inc, 201 Saw Mill River Rd # B1, Yonkers, NY 10701-5711;
Echo Park Pool Complex, 399 Nassau Blvd, West Hempstead, NY 11552-2855;
Echostar Construction Inc, 5518 39th Ave, Woodside, NY 11377-2415;
Eci Building Corp, 637 Meacham Ave, Elmont, NY 11003-4745;
Eckenfelder Engineering Dba Brown And Caldwell, 1350 Broadway Rm 2000, New York, NY 10018-0881;
Eckhaus & Olson Atty, 230 Park Ave # 25, New York, NY 10169-2525;
Eclaro International, Inc., 450 Fashion Ave, Ste 1101, New York, NY 10001;
Eclerx LLC, 286 Madison Ave, Fl 14, New York, NY 10017;
Ecohealth Company Ltd, Po Box 3834,, New York, NY 10008;
Ecological Laboratories, Po Box 369, Island Park, NY 11558-0369;
Ecology Soap LLC, 2824 Steinway St # 142, Astoria, NY 11103-3332;
Ecommerce Partners, 59 Franklin St # 6b, New York, NY 10013-4024;
Ecosecurities Limited, 215 Park Ave S # 1903, New York, NY 10003-1617;
Ecosystem Energy Services, 462 Fashion Ave, Fl 22, New York, NY 10018;
Ecs Global, 55 Washington St # 324, Brooklyn, NY 11201-1070;
Ecuadorian Civic Committee Inc, 9609 Roosevelt Ave # 2, Corona, NY 11368-5371;
Eda Contractors, 600 Center Ave Bensalem, Pa 19020;
Eddytex Inc, 241 W 37th St # 918, New York, NY 10018-6715;
Edelman & Edelman Pc, 61 Broadway # 2220, New York, NY 10006-2702;
Edelsteins Faegenburg-Brown, 26 Broadway # 901, New York, NY 10004-1832;
Eden Ii, 94 Wright Ave, Staten Island, NY 10303-2714;
Edg, 58 W 40th St # 16, New York, NY 10018-2633;
Edge Auto Rental, 460 Kingsland Ave, Brooklyn, NY 11222-1906;
Edge Property Group LLC, 792 Columbus Ave Apt 4m, New York, NY 10025-5116;
Edgeworx Studios LLC, 304 Hudson St # 500, New York, NY 10013-1022;
Edi Construction Inc, 20 E 80th St, New York, NY 10075-0135;
Edison Liquidating LLC, 946 Mcdonald Ave, Brooklyn, NY 11218;
Edison Price Lighting, 4150 22nd St, Long Island City, NY 11101-4815;
Ednet, 41 Merriam Ave, Bronxville, NY 10708-2719;
Edocny, 10 County Center Rd, White Plains, NY 10607-1537;
Edp World Inc, 622 3rd Ave # 3402, New York, NY 10017-6899;
Edson Construction Corp, 3400 Fort Hamilton Pkwy, Brooklyn, NY 11218-2152;
Education Through Music, 122 E 42nd St, Rm 1501, New York, NY 10168;
Educational Alliance Inc, 197 E Broadway, New York, NY 10002;
Edward J Minskoff Equities, 1325 Avenue Of The Americas, New York, NY 10019-6026;
Edward T Minor Co, 6717 4th Ave, Brooklyn, NY 11220-5306;
Edwin Discount Doors & Windows, 421 Bronx Park Ave, Bronx, NY 10460-2463;
Ee Cruz Co Inc, 32 Avenue Of The Americas Fl 13, New York, NY 10013-2473;
Ee International, 625 South St, Garden City, NY 11530;
Eeg Enterprises Inc, 586 Main St, Farmingdale, NY 11735-3546;
Efficient Combustion-Cooling, 563 Broadway, Massapequa, NY 11758-5016;

Eger Healthcare, 140 Meisner Ave, Staten Island, NY 10306;
Egg Electric Inc, 27 West 17 Street, New York, NY 10011;
Egon Zehnder International Inc., 350 Park Ave, Fl 8, New York, NY 10022;
Ehit, 2411 95th St, East Elmhurst, NY 11369;
Ehrenkranz & Ehrenkranz Llp, 375 Park Ave # 2800, New York, NY 10152-0067;
Eia Electric Inc., 3407 37th Ave, Long Island City, NY 11101-2117;
Eic Associates Inc, 140 Mountain Ave Fl 3, Springfield, NJ 07081-1737;
Eidosearch, 52 7th Ave, New York, NY 10011-6607;
Eidosmedia Inc, 14 Wall St # 1602, New York, NY 10005-2135;
Eiges & Orgel PLLC, 233 Broadway # 2205, New York, NY 10279-2300;
Eihab Human Svc, 3021 Atlantic Ave, Brooklyn, NY 11208-1108;
Eikos Partners LLC, 12 E 49th St # 11, New York, NY 10017-1012;
Eileen Fisher Inc, 2 Bridge St, Ste 230, Irvington, NY 10533;
Einbinder & Dunn Llp, 112 Madison Ave # 8, New York, NY 10016-7416;
Einstein Radiology, 1825 Eastchester Rd # 3, Bronx, NY 10461-2301;
Eis Laassois Child Devmnt Svc, 22 Middleton St, Brooklyn, NY 11206-5415;
Eiseman Levine Lehrhaupt, 805 3rd Ave # 1000, New York, NY 10022-7571;
Eisenberg & Baum Llp, 24 Union Sq E # 4, New York, NY 10003-3201;
Eisner & Assoc, 39 Broadway # 1540, New York, NY 10006-3091;
Eisneramper Llp, 750 3rd Ave, Fl 16, New York, NY 10017;
Ej Electric Installation, 21 Warren Pl Mount Vernon, NY 10550;
Ej Murray Memorial Skating Ctr, 348 Tuckahoe Rd, Yonkers, NY 10710-5603;
Ej&S Contracting Corp, 901 Newkirk Ave Brooklyn, NY 11230;
El Barrio's Operation Fightback, 413 E 120th St, New York, NY 10035-3602;
El Dorado Renovations Inc, 1364 Lexington Ave, New York, NY 10128-1566;
El Museo Del Barrio, 1230 5th Ave, New York, NY 10029;
El Puente De Williamsburg, Inc., 211 S 4th St, Brooklyn, NY 11211;
El Regreso, Inc., 141 S 3rd St, Brooklyn, NY 11211;
El Samam Meat Market, 1335 Myrtle Ave, Brooklyn, NY 11221-3208;
El Sol Contracting, 4306 54th Rd Maspeth, NY 11378;
Eldor Contracting Corp., 30 Corporate Dr, Holtsville, NY 11742-2004;
Eldor Electric LLC, 13402 Jamaica Ave, Richmond Hill, NY 11418-2619;
Eldorado Coffee Distributors, 5675 49th St, Flushing, NY 11378-2012;
Elecnor Hawkeye, 12905 31st Ave, Flushing, NY 11354;
Election Services Corp, 990 Stewart Ave # 500, Garden City, NY 11530-4890;
Electric Fixx Inc, 738 E 51st St,Brooklyn,NY,11203;
Electric Lighting Agencies Inc, 36 W 25th St Fl 6 New York, NY 10010;
Electrical Contracting Sltns, 8640 122nd St, Richmond Hill, NY 11418-2505;
Electronic Data & Rates, 115 W 18th St # 1, New York, NY 10011-4113;
Electronic Devices Inc, 21 Gray Oaks Ave, Yonkers, NY 10710-3205;
Electrosonic Limited, 318 W 39th St, New York, NY 10018-1407;
Elev8 Centers, 151 W 136th St, New York, NY 10030;
Elit Green Builders Corp, 13-07 37th Ave Queens, NY 11101;
Elite 29 Construction LLC, 538 W 29th St, New York, NY 10001-1308;
Elite Cosmetics, 759 Ocean Pkwy, Brooklyn, NY 11230-2238;
Elite Promotional Marketing, 1111 Marcus Ave, Ste M60, New Hyde Park, NY 11042;
Elite Renovation & Builders Corp., 31 Brighton 8th Place,Brooklyn,NY,11235;
Elizabeth Seton Children's Ctr, 300 Corporate Blvd S, Yonkers, NY 10701-6862;

Eljin Construction, 363 Rider Ave # 2, Bronx, NY 10451-5929;

Elk Investors, 489 5th Ave, New York, NY 10017-6109;

Elkus Manfredi Architects Ltd, 300 A St, Boston, Ma 02210-1620;

Ellanef Mgf Corp, 9711 50th Ave, Flushing, NY 11368-2740;

Ellenberg & Partners, 494 8th Ave # 7, New York, NY 10001-2519;

Ellenoff Grossman & Schole Llp, 1345 Ave Of The Americas # 11, New York, NY 10105-0013;

Elli NY Design Corp / Metropolitan Realty LLC, 4929 Metropolitan Ave, Ridgewood, NY 11385-1050;

Elliot Schwartz Mdpc, 1339 York Ave, New York, NY 10021-4707;

Elmax Builders Supply Co, 1624 Webster Ave, Bronx, NY 10457-8016;

Elmer W. Davis, Inc. Baldwinsville, NY, ;

Elmhurst Care Ctr, 10017 23rd Ave, East Elmhurst, NY 11369-1305;

Elmhurst Electric Corp., 13-07 37th Ave Queens, NY 11101;

Elmhurst Pediatrics, 8806 55th Ave, Elmhurst, NY 11373-4437;

Elmo Realty, 350 5th Ave, New York, NY 10118-0110;

Elmo Usa Corp, 6851 Jericho Tpke # 145, Syosset, NY 11791-4462;

Elmont Un Ion Free School Dist, 38 Stewart Ave, Stewart Manor, NY 11530;

Elmore Magazine, 160 E 89th St # 1a, New York, NY 10128-2306;

Elq Industries Inc, 567 Fifth Ave New Rochelle, NY 10801;

Elsol Contracting & Constr Inc, 6401 6th Ave, Brooklyn, NY 11220-4700;

Eltech Elevator Industries, 14 E Van Cortlandt Ave, Bronx, NY 10468-1102;

Elvo, 140 Kisco Ave, Mt Kisco, NY 10549-1407;

Elysabeth Kleinhans Theatrical, 59 E 59th St, New York, NY 10022-1104;

Emanon Electric Inc, 237 W 35th St # 503, New York, NY 10001-1905;

Emblazent Inc, 270 Madison Ave # 1401, New York, NY 10016-0601;

Emblemhealth, Inc., 55 Water St, Fl 9, New York, NY 10041;

Emc Corp, 1734 Midland Dr, East Meadow, NY 11554-5023;

Emco Plumbing & Heating Co, 303 E 111th St, New York, NY 10029-3003;

Eme Group Consulting Engineers, 129 West 27th Street 7th Floor, New York, NY 10001;

Emerald Peek, 2000 Main St, Peekskill, NY 10566-6816;

E-Merge Systems, Inc., 1314 E Cary St Richmond, Va 23219;

Emergency Dept James J Peters, 130 W Kingsbridge Rd, Bronx, NY 10468-3904;

Emergency Dept Newyork, 3959 Broadway # 1, New York, NY 10032-1551;

Emergency Dept NY-Presbyterian, 5645 Main St, Flushing, NY 11355-5045;

Emergency Dept Queens Hosp Ctr, 8268 164th St # 614, Jamaica, NY 11432-1104;

Emergency Dept Staten Is Univ, 475 Seaview Ave, Staten Island, NY 10305-3436;

Emerging Health Info Tech LLC, 3 Odell Plz, Yonkers, NY 10701-1405;

Emerging Leaders, 201 I U Willets Rd, Albertson, NY 11507-1516;

Emirates, 55 E 59th St, Fl 5, New York, NY 10022;

Emm Group, 413 W 14th St, Ste 301, New York, NY 10011;

Emo Trans, 377 Oak St, Ste 202, Garden City, NY 11530;

Emover Software, 261 Seaman Ave # 9b, New York, NY 10034-6141;

Empac Contracting Corp., 2318 W 11th St,Brooklyn,NY,11223;

Empire Asset Mgmt Corp Ltd, 120 Broadway # 40, New York, NY 10271-4099;

Empire City Casino At Yonkers, 810 Yonkers Ave, Yonkers, NY 10704-5199;

Empire City Iron Works, 1037 46th Rd, Long Island City, NY 11101-5319;

Empire Coffee Co, 106 Purdy Ave, Port Chester, NY 10573-4624;

Empire Control Abatement Inc, 15-18 130th St, College Point, NY 11356-2418;

Empire Entertainment Inc, 560 Broadway # 202, New York, NY 10012-3938;

Empire Hotel, 244 5th Ave # G264, New York, NY 10001-7604;
Empire Medical Group Of NY Pc, 11302 Queens Blvd, Forest Hills, NY 11375-6468;
Empire Medical Svc, 8820 Rockaway Beach Blvd, Rockaway Beach, NY 11693-1608;
Empire Music, 195 Steamboat Rd, Great Neck, NY 11024-1739;
Empire Office, 105 Madison Ave, Fl 15, New York, NY 10016;
Empire Physical Medicine-Pain, 7 W 45th St # 9, New York, NY 10036-4905;
Empire Stat Group LLC, 40 Exchange Pl # 1413, New York, NY 10005-2755;
Empire State Construction Co, 150 White Plains Rd # 400, Tarrytown, NY 10591-5577;
Empire State Development Corp, 633 3rd Ave Fl 34, New York, NY 10017-8167;
Empire State Equities, 20 W 38th St, New York, NY 10018-6228;
Empire State Fuel Co, 6741 5th Ave, Brooklyn, NY 11220-5420;
Empire State Medical, 865 Merrick Ave, Ste 160n, Westbury, NY 11590;
Empire State Piping Co., Inc., 13 Homonick Rd, Colchester, Ct 06415-1911;
Empirehd, Inc, 99 Tupil Avenue 203 Floral Park, NY 11001;
Empl, 1886 Front St, East Meadow, NY 11554;
Enago, 1732 1st Ave # 22627, New York, NY 10128-5177;
Encompass Develop Design & Construct LLC, 106 East Jefferson St,La Grange,Ky,40202;
End Point Corp, 215 Park Ave S # 1916, New York, NY 10003-1617;
Endai Worldwide, 213 W 35th St # 1300, New York, NY 10001-0206;
Endeavor Streaming, 1600 Old Country Rd, Plainview, NY 11803-5013;
Endeavor Global, 900 Broadway # 704, New York, NY 10003-1230;
Endeavor, 152 W 57th St # 2500, New York, NY 10019-3310;
Energize Electrical Contracting, 60-35 Fresh Pond Road Suite 3,Maspeth,NY;
Energy Fencing Inc., 500 New Lots Ave, Brooklyn, NY 11207-6417;
Energy Intelligence Group, 270 Madison Ave # 302, New York, NY 10016-0611;
Enertex Marketing Inc, 220 E 23rd St # 505, New York, NY 10010-4668;
Engel Burman Group, 300 Jericho Turnpike, #100,, Jericho, NY 11753;
Engine Factory, 11060 Dunkirk St, St Albans, NY 11412-1950;
Engineers Country Club Inc, 55 Glenwood Rd, Roslyn, NY 11576-1012;
Englehard Corp, 1057 Lower South St, Peekskill, NY 10566-5302;
Eng-Wong, Taub & Associates, 2 Penn Plz, Suite 2630, New York, NY 10121-0101;
Enigma Diagnostic Corp, 3611 14th Ave # 220, Brooklyn, NY 11218-3750;
Ennead Architects Llp, 1 World Trade Ctr # 40, New York, NY 10007-0090;
En-Power Group, 920 3rd Ave # 3, New York, NY 10022-3627;
Enrique Norten Architecture, 227 W 29th St # 11, New York, NY 10001-5563;
Ensome Builders Inc, 25930 149th Rd,Rosedale,NY,11422;
Ent & Allergy Assoc LLC, 358 N Broadway # 203, Sleepy Hollow, NY 10591-2348;
Ent And Allergy Associates, 660 White Plains Rd, Ste 400, Tarrytown, NY 10591;
Ent-Ear Nose & Throat Journal, 149 5th Ave # 10, New York, NY 10010-6832;
En-Tech Corp, 242 Freeman St Brooklyn, NY 11222;
Entech Engineering, 500 N Centre St, Po Box 389, Pottsville, Pa 17901-1764;
Entergy, 360 Hamilton Ave, Ste 120, White Plains, NY 10601;
Enterprise Community Investment, Inc., 1 Whitehall St, Fl 11, New York, NY 10004;
Enterprise Electrical Contrs, 431 20th St # A, Brooklyn, NY 11215-6469;
Enterprise Engineering Inc, 1 State St # 10, New York, NY 10004-1517;
Enterprise Pals, Inc., 515 N Mur Len Rd Ste B, Olathe, Ks 66062-1225;
Entertainment Software Assn, 420 Lexington Ave # 2240, New York, NY 10170-2200;
Entertainment Tonite Music Inc, 290 Duffy Ave # 4, Hicksville, NY 11801-3638;

Entlaw Inc, 1790 Broadway # 10, New York, NY 10019-1412;
Entourage Flooring Inc, 303 5th Ave, Rm 1908, New York, NY 10016;
Environet Systems LLC, 256 W 38th St # 7r, New York, NY 10018-5807;
Environmental Defense Fund, Incorporated, 257 Park Ave S, Fl 17, New York, NY 10010;
Environmental Laboratories Inc, 200 Allen Blvd, Farmingdale, NY 11735-5637;
Envision Architects, 3427 Steinway St Ste 200, Long Island City, NY 11101-8602;
Eon Mechanical Inc., 2610 Union St Apt 3c, Flushing, NY 11354-1713;
Epec LLC, 152 11th St, Brooklyn, NY 11215-3816;
Epic Ediscovery Solutions, 4 New York Plz, New York, NY 10004-2413;
Epic Long Island, 1500 Hempstead Tpke, East Meadow, NY 11554;
Epic Pharma LLC, 22715 N Conduit Ave, Laurelton, NY 11413;
Epic Security Corp, 2067 Broadway # 3, New York, NY 10023-2806;
Epic Sports Inc, 248 W 60th St, New York, NY 10023-7403;
Epilepsy Foundation Of Long Island Inc, 506 Stewart Ave, Garden City, NY 11530;
Epiq Systems Inc, 4 New York Plz # 6, New York, NY 10004-2473;
Episcopal Divinity School, 3041 Broadway, New York, NY 10027;
Episcopal Health Services Inc., 377 Oak St, Ste 300, Garden City, NY 11530;
Episcopal Relief And Development, 815 2nd Ave, Bsmt, New York, NY 10017;
Episcopal Social Services, 305 7th Ave, Fl 2, New York, NY 10001;
Epithany Construction Svc, 27 Saint Charles St, Thornwood, NY 10594-1039;
Epm Communications Inc, 160 Mercer St # 3, New York, NY 10012-3208;
Epner Technology, 25 Division Pl, Brooklyn, NY 11222;
Epoch Investment Partners Inc, 399 Park Ave, Rm 3200, New York, NY 10022;
Epoch Times Assoc Inc, 229 W 28th St # 5, New York, NY 10001-5905;
Epq Ediscovery Solutions Inc, 777 3rd Ave # 12, New York, NY 10017-1302;
Epstein Drangel Bazerman James, 60 E 42nd St # 2520, New York, NY 10165-0066;
Equinox 63rd Street Inc., 897 Broadway, New York, NY 10003;
Equinox Fitness, 817 Lexington Ave, New York, NY 10065-7601;
Er Dox Pedia-Nytp, 4954 Merrick Rd, Massapequa Park, NY 11762-3803;
Eres, 120 5th Ave, Fl 4, New York, NY 10011;
Ernst And Young Llp, 5 Times Sq, Fl Conlv1, New York, NY 10036;
Eshel Partners, 260 Madison Ave # 204, New York, NY 10016-2401;
Esi Cases & Accessories, 44 E 32nd St # 601, New York, NY 10016-5557;
Esila D. Obiang, 4512 Church Ave, Brooklyn, NY 11203-3114;
Esm Construction Corp, 8 W 40th St # 6, New York, NY 10018-0216;
Esoftware Associates Inc, 228 Park Ave S # 28801, New York, NY 10003-1502;
Esperanzaenterprises, Inc., 2 Richmond Rd, Apt 1j, Lido Beach, NY 11561;
Esplanade, 95 S Broadway # 1, White Plains, NY 10601-4443;
Esposito Builders, 17 Wakan Dr, Katonah, NY 10536-1207;
Esquire Legal Staffing, 261 Madison Ave # 2, New York, NY 10016-2303;
Ess & Vee Acoustical Contrs, 2330 50th Ave, Long Island City, NY 11101-4594;
Essex, 1501 Broadway # 12, New York, NY 10036-5505;
Estee Lauder Intl, 767 5th Ave, Fl 1, New York, NY 10022;
Esteem Patrol Inc, 944 Kent Ave, Brooklyn, NY 11205-4422;
Etg International LLC, 654 Madison Ave # 1401, New York, NY 10065-8432;
Ethosphere Press, 1562 1st Ave # 205-2005, New York, NY 10028-4004;
Eti, 465 Columbus Ave # 280, Valhalla, NY 10595-2301;
Ets Contracting Inc, 160 Clay Street Brooklyn, NY 11222;

Ettinger Engineering Associates, 505 8th Ave Fl 24, New York, NY 10018-6505;
Euro Castle Construction Corp., 8871 Myrtle Ave, Glendale, NY 11385-7856;
Euro Castle Construction, 53-22 35th Street Long Island City, NY 11101;
Euro Rscg Direct Response LLC, 200 Hudson St, New York, NY 10013-1807;
Euromed Inc., 25 Corporate Dr, Orangeburg, NY 10962;
Europa Construction Corp, 9722 Liverpool St, Jamaica, NY 11435-4615;
European Craft Inc, 48 Rose Ave Great Neck, NY 11021;
European Reinsurance Corporati, 55 E 52nd St # 41, New York, NY 10055-0002;
Eurostruct, 228 Russell St, Brooklyn, NY 11222-3005;
Eurotech Construction Corp, 1212 Avenue Of The Americas #5, New York, NY 10036-1609;
Evans & Paul Unlimited Corp, 140 Dupont St, Plainview, NY 11803-1603;
Evans Heintges Architects PLLC, 440 Park Ave S # 15, New York, NY 10016-8012;
Event Journal Inc, 700 Hicksville Rd # 104, Bethpage, NY 11714-3473;
Everest Advisors Car Accident, 450 W 56th St # 100, New York, NY 10019-3656;
Evergreen Environments LLC., 10 Turnberry Ln Sandy Hook, Ct 06482;
Evergreene Architectural Arts, 253 36th St # 5, Brooklyn, NY 11232-2415;
Everlast Worldwide Inc., 42 W 39th St, Fl 3, New York, NY 10018;
Everwest Real Estate Investors, 1099 18th St #2900, Denver, Co 80202-1908;
Everyday Health, 345 Hudson St, Rm 1600, New York, NY 10014;
Everything, 134 Crisfield St, Yonkers, NY 10710;
Evins Communications Ltd, 830 3rd Ave # 4, New York, NY 10022-6508;
Evista Group, 4359 11th St, Long Island City, NY 11101-6901;
Evojets LLC, 20 River Ter # 18f, New York, NY 10282-1214;
Ew Howell Company Inc, 245 Newtown Rd Ste 600, Plainview, NY 11803-4317;
Ewingcole Architects, 100 N 6th St, Philadelphia, Pa 19106-1590;
Ex Air, Inc. D/B/A Ddc Air Conditioning, 375 North St Ste S, Teterboro, NJ 07608-1200;
Exair Inc, 16 Lindea Ln,Staten Island,NY,10312;
Exane, Inc., 640 5th Ave, Fl 15, New York, NY 10019;
Excav Services Inc, 473 Captain Daniel Roe Hwy,Manorville,NY,11949;
Excel At Woodbury For Rehab, 8533 Jericho Tpke, Woodbury, NY 11797-1804;
Excel Interior Construction, 330 W 38th St # 511, New York, NY 10018-8634;
Excel Media Systems, 145 W 30th St # 5, New York, NY 10001-4036;
Excel Security Corp, 505 8th Ave # 1700, New York, NY 10018-6517;
Excellent Asphalt Paving, 4311 19th Ave, Long Island City, NY 11105-1019;
Excelon Associates, 115 E 23rd St # 502, New York, NY 10010-4508;
Excelsior Automotive, 498 Nepperhan Ave, Yonkers, NY 10701-6604;
Excelsior Hotel Manhattan Nyc, 45 W 81st St, New York, NY 10024-6025;
Excelsiorhome Health Care, 1745 President St, Apt 5e, Brooklyn, NY 11213;
Exchange, 25 Broad St # C, New York, NY 10004-2517;
Exclusive Door Co Inc, 672 Morgan Ave, Brooklyn, NY 11222-3710;
Exec Comm LLC, 1040 Avenue Of The Americas, Fl 20, New York, NY 10018;
Execusearch Group, 201 E 42nd St # 5, New York, NY 10017-5709;
Execu-Sys, Ltd., 1411 Broadway, Rm 1220, New York, NY 10018;
Executive Health Program, 304 Park Ave S, New York, NY 10010-4301;
Executive Physicians Systems, 4510 16th Ave, Brooklyn, NY 11204-1101;
Executive Snow Control, 5915 55th Dr, Maspeth, NY 11378-2322;
Expedite Construction, 345 W 86th St New York, NY 10024;
Experian Information Solutions, Inc., 29 Broadway, Fl 6, New York, NY 10006;

Expert Institute, 48 Wall St # 32, New York, NY 10005-2913;

Expert Service, 628 Waverly Ave # 2, Mamaroneck, NY 10543-2259;

Explorers Tech, 151 Grand St, New York, NY 10013-3176;

Exponents Inc, 17 Battery Pl, Fl 8, New York, NY 10004;

Express Contracting Of Neck, 983 Northern Blvd, Manhasset, NY 11030-2915;

Express Trade Capital, 1410 Broadway # 2601, New York, NY 10018-5092;

Exquisite Builders, LLC, 605 N County Highway 393 Ste 9e, Santa Rosa Beach, Fl 32459-5390;

Extell Development Co, 805 3rd Ave, New York, NY 10022-7513;

Extended Care Facility, 875 Jerusalem Ave, Uniondale, NY 11553-3038;

Exterminare Pest Control, 149 New Hyde Park Rd, Franklin Square, NY 11010-3045;

Exude Fitness, 1275 1st Ave # 283, New York, NY 10065-5605;

Eye Care Assoc, 4212 Hempstead Tpke # 2, Bethpage, NY 11714-5712;

Ez Facility Inc, 67 Froehlich Farm Blvd, Woodbury, NY 11797-2903;

E-Z-Em Inc, 117 Magnolia Ave, Westbury, NY 11590-4719;

Ezra Medical Center, 1312 38th St, Brooklyn, NY 11218;

**Ezras Choilim Health Center, 49 Forest Rd, Monroe, NY 10950;**