# KERNAN PROFESSIONAL GROUP, LLP

*20 Broadway, 10th Floor*
*New York, New York 10004*
*Telephone: (212)007-0084*
*Fax: (212) 050-1213*
*Email: jkernan@kernanllp.com*

June 9, 2021

BY ECF

Honorable Nicholas G. Garaufis
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    EDNY Case No. 21-cv-02314

Dear Judge Garaufis:

    I am writing respectfully and with great urgency in connection with the Order to Show Cause which requires a submission by me by tomorrow.

    Because of the importance to me professionally in connection with the collateral consequences to any findings of Your Honor, I have spoken to Michael S. Ross, Esq., a lawyer noted in the legal community for representation of lawyers in matter relating to disciplinary and sanctions proceedings. He is prepared to represent me but because of his demanding schedule, he advised me that he would not take on my case unless Your Honor were to grant me a thirty (30) day extension to submit our response. (See Document #40 in Case 1:21-cv-02314, a copy of which is attached hereto.)

    I urge you to please grant me the requested adjournment so that I can present my defense to this matter that will impact my professional career. Thank-you for your consideration.

Sincerely,

James M. Kernan

Att.