# EXHIBIT "A"

# KERNAN PROFESSIONAL GROUP, LLP

26 Broadway, 19th Floor
New York, New York 10004
Telephone: (212)697-9084
Fax: (212) 656-1213

James M. Kernan
Attorney-at-Law
Licensed Professional Engineer

Telephone: (212) 697-9084
email: jkernan@kernanllp.com

May 27, 2020

147th Street Homes Inc,
11538 222nd St,
Cambria Heights, NY, 11411

Re:  Percy in relation to PS 104 Playgrounds Redevelopment,
2601 MOTT AVE, Far Rockaway, NY, 11691

Dear Sirs/Madam:

I am following up on a mailing from my office to you on May 7, 2020. The draft documents sent were the result of investigation and research into the details regarding the above reference.

The lead class action Complaint will be filed in US Federal Court for the Eastern District of New York ("EDNY"), a draft of the Complaint can be reviewed at the following link:

https://www.dropbox.com/sh/oo8bojjxmildmic/AAAX8qPkW6DqWYq42t5KPJIqa?dl=0

147th Street Homes Inc is being named in the EDNY class action by reference to the tag-along breach of contract action sent to you previously. I am taking this opportunity to explore and verify the facts in these matters in the interest of avoiding litigation with 147th Street Homes Inc.

Your taking the time to review the papers I previously sent together with the link to the draft class action Complaint being readied for the EDNY and then contacting me, would be very helpful. My intent is to resolve this liability for unlawful employment practices. The Plaintiff Percy will meet its burden of production and persuasion proving that there is a less discriminatory alternative method of employment practice available, producing evidence of violation of 42 U.S.C. § 2000e-2(k)(1)(A)(ii) and (k)(1)(C) of the Civil Rights Act and breach of contract condition Executive Order 11246. These are serious allegations. In good faith I want to make sure that our facts are correct.

If you believe that 147th Street Homes Inc has been named in error, or have questions, I can be reached by phone and email as listed in the above letterhead. Again, I am hoping to resolve this amicably. Thank you for your attention to this.

Regards,

*James M. Kernan*
James M. Kernan