EXHIBIT "G"



**1 OF 1 RECORD(S)**

# New York Secretary of State

## Corporate Filing 1

**Business Information**

|  |  |
|---|---|
| Filing Number: | 4359384 |
| Name: | PERCY JOBS AND CAREERS CORPORATION |
| Name Type: | LEGAL |
| ORIGINAL Address: | US |
| Business Type: | DOMESTIC NOT FOR PROFIT |
| Status: | ACTIVE |
| Place Incorporated: | NEW YORK |
| County Incorporated: | ONEIDA |
| Date Incorporated: | 02/12/2013 |
| Foreign/Domestic: | DOMESTIC |
| Terms: | PERPETUAL |
| Status Comment: | GOOD STANDING STATUS CAN ONLY BE DETERMINED BY PERFORMING A SEARCH IN THE RECORDS OF BOTH THE DEPARTMENT OF STATE CORPORATION RECORDS AND THE DEPARTMENT OF TAX AND FINANCE. |
| Date Last Seen: | 07/20/2020 |

**Registered Agent**

|  |  |
|---|---|
| Registered Agent Address | US |

## Corporate Filing 2

**Business Information**

|  |  |
|---|---|
| Filing Number: | 4359384 |
| Name: | ORISKA JOBS & CAREERS CORPORATION |
| Name Type: | PRIOR |
| ORIGINAL Address: | US |
| Business Type: | DOMESTIC NOT FOR PROFIT |
| Status: | ACTIVE |
| Place Incorporated: | NEW YORK |
| County Incorporated: | ONEIDA |
| Date Incorporated: | 02/12/2013 |
| Foreign/Domestic: | DOMESTIC |
| Terms: | PERPETUAL |
| Status Comment: | GOOD STANDING STATUS CAN ONLY BE DETERMINED BY PERFORMING A SEARCH IN THE RECORDS OF BOTH THE DEPARTMENT OF STATE CORPORATION RECORDS AND THE DEPARTMENT OF TAX AND FINANCE. |
| Date Last Seen: | 07/20/2020 |

**Registered Agent**

|  |  |
|---|---|
| Name: | CORPORATE SERVICE BUREAU INC. |
| Registered Agent Address | 283 WASHINGTON AVE<br>ALBANY, NY 12206-3012 |

## Officers

|  |  |
|---|---|
| Name: | CORPORATE SERVICE BUREAU INC |
|  | Contact Type:PROCESS NAME |

## Officers

      **Standard Address:** Type:PROCESS
      283 WASHINGTON
      ALBANY, NY 12206-3012
      **Original Address:** 283 WASHINGTON AVE
      ALBANY, NY 12206
      US

## Filing History

      **Filing Date:** 01/08/2018
      **Filing Type:** EFFECTIVE
      **Description:** AMENDMENT (DOMESTIC NOT FOR PROFIT)
      **Microfilm No.:** 1801080005

      **Filing Date:** 02/12/2013
      **Filing Type:** EFFECTIVE
      **Description:** INCORPORATION (DOMESTIC NOT FOR PROFIT)
      **Microfilm No.:** 1302120007

      **Filing Date:** 02/12/2013
      **Filing Type:** EFFECTIVE
      **Description:** AMENDMENT (DOMESTIC NOT FOR PROFIT)
      **Microfilm No.:** 1801080005

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Fraud Prevention or Detection

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through October 20, 2020.

Selected Entity Name: ORISKA JOBS & CAREERS CORPORATION
Selected Entity Status Information

**Current Entity Name:** PERCY JOBS AND CAREERS CORPORATION
**DOS ID #:** 4359384
**Initial DOS Filing Date:** FEBRUARY 12, 2013
**County:** ONEIDA
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC NOT-FOR-PROFIT CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
C/O CORPORATE SERVICE BUREAU INC
283 WASHINGTON AVE
ALBANY, NEW YORK, 12206

**Registered Agent**
CORPORATE SERVICE BUREAU INC.
283 WASHINGTON AVENUE
ALBANY, NEW YORK, 12206

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations

must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by
viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JAN 08, 2018 | Actual | PERCY JOBS AND CAREERS CORPORATION |
| FEB 12, 2013 | Actual | ORISKA JOBS & CAREERS CORPORATION |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us



**1 OF 1 RECORD(S)**

# New York Secretary of State

## Corporate Filing 1

**Business Information**

| | |
|---:|:---|
| **Filing Number:** | 4364985 |
| **Name:** | ECONOMIC CORNERSTONE CORPORATION |
| **Name Type:** | LEGAL |
| **ORIGINAL Address:** | US |
| **Business Type:** | DOMESTIC NOT FOR PROFIT |
| **Status:** | ACTIVE |
| **Place Incorporated:** | NEW YORK |
| **County Incorporated:** | ONEIDA |
| **Date Incorporated:** | 02/25/2013 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Additional Information:** | PROVISIONS OF BUSINESS ENTITY AMENDED |
| **Status Comment:** | GOOD STANDING STATUS CAN ONLY BE DETERMINED BY PERFORMING A SEARCH IN THE RECORDS OF BOTH THE DEPARTMENT OF STATE CORPORATION RECORDS AND THE DEPARTMENT OF TAX AND FINANCE. |
| **Date Last Seen:** | 07/20/2020 |

**Registered Agent**

| | |
|---:|:---|
| **Name:** | CORPORATE SERVICE BUREAU INC. |
| **Registered Agent Address** | 283 WASHINGTON AVE<br>ALBANY, NY 12206-3012 |

## Corporate Filing 2

**Business Information**

| | |
|---:|:---|
| **Filing Number:** | 4364985 |
| **Name:** | ECONOMIC CORNERSTONE CORPORATION |
| **Name Type:** | LEGAL |
| **ORIGINAL Address:** | US |
| **Business Type:** | DOMESTIC NOT FOR PROFIT |
| **Status:** | ACTIVE |
| **Place Incorporated:** | NEW YORK |
| **County Incorporated:** | ONEIDA |
| **Date Incorporated:** | 02/25/2013 |
| **Foreign/Domestic:** | DOMESTIC |
| **Terms:** | PERPETUAL |
| **Status Comment:** | GOOD STANDING STATUS CAN ONLY BE DETERMINED BY PERFORMING A SEARCH IN THE RECORDS OF BOTH THE DEPARTMENT OF STATE CORPORATION RECORDS AND THE DEPARTMENT OF TAX AND FINANCE. |
| **Date Last Seen:** | 07/20/2020 |

**Registered Agent**

| | |
|---:|:---|
| **Name:** | CORPORATE SERVICE BUREAU INC. |
| **Registered Agent Address** | 283 WASHINGTON AVE<br>ALBANY, NY 12206-3012 |

## Officers

## Officers

         **Name:** CORPORATE SERVICE BUREAU
         Contact Type: PROCESS NAME

**Standard Address:** Type: PROCESS
283 WASHINGTON
ALBANY, NY 12206-3012
**Original Address:** 283 WASHINGTON AVENUE
ALBANY, NY 12206
US

## Filing History

**Filing Date:** 02/17/2015
**Filing Type:** EFFECTIVE
**Description:** AMENDMENT (DOMESTIC NOT FOR PROFIT)
**Microfilm No.:** 1502170009

**Filing Date:** 02/25/2013
**Filing Type:** EFFECTIVE
**Description:** INCORPORATION (DOMESTIC NOT FOR PROFIT)
**Microfilm No.:** 1302250012

**Filing Date:** 02/25/2013
**Filing Type:** EFFECTIVE
**Description:** AMENDMENT (DOMESTIC NOT FOR PROFIT)
**Microfilm No.:** 1502170009

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your GLBA Permissible Use: Fraud Prevention or Detection

Copyright© 2020 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**



| Search:<br>Terms: | Public Records : SmartLinx® Comprehensive Person Report<br>LexID(001228196049) | |
|---|---|---|
| **No.** | **Full Name** | |

| **No.** | **Full Name** | **Address/Phone** | **SSN** |
|---|---|---|---|
| 1. | JAMES, M KERNAN<br>KEARNAN, JAMES M<br>KERNAM, JAMES E<br>KERNAN, J<br>KERNAN, JAMES<br>KERNAN, JAMES H<br>KERNAN, JAMES M<br>KERNAN, JAMES MATHEW<br>KERNAN, JAMES MATHEW DGN<br>KERNAN, JAMES MATTHEW<br>KERNAN, JAMES MATTHEW DGN<br>(Gender: Male)<br>(DOB: 01/1949)<br>(Age: 71) | 1310 UTICA ST<br>ORISKANY, NY 13424-5425<br>ONEIDA COUNTY<br>(11/1992-Current)<br>315-768-8629<br><br>BIZ<br>MONUMENT AGENCY INC<br>(Current Listing Name)315-736-8731<br>🚩 Phone may be disconnected<br><br>315-736-0816<br>🚩 Phone may be disconnected<br><br>1308 UTICA ST<br>ORISKANY, NY 13424-5425<br>ONEIDA COUNTY<br>(03/1987-07/2020)<br>315-736-8535<br>🚩 Phone may be disconnected<br>2 S END AVE APT 9A<br>NEW YORK, NY 10280-1062<br>NEW YORK COUNTY<br>(09/2001-11/2018)<br><br>PO BOX 750<br>ORISKANY, NY 13424-0750<br>ONEIDA COUNTY<br>(03/1987-11/2016)<br>315-736-8731<br>🚩 Phone may be disconnected<br><br>26 BROADWAY FL 19<br>NEW YORK, NY 10004-1811<br>NEW YORK COUNTY<br>(02/2015-06/2015)<br>🚩 College or University<br>🚩 Elementary or Secondary School<br><br>104 E 40TH ST RM 508<br>NEW YORK, NY 10016-1801<br>NEW YORK COUNTY<br>(06/1999-11/2013)<br>🚩 Social Services Facility<br>315-736-8731<br>🚩 Phone may be disconnected<br>🚩 Phone & ZIP code conflict<br>🚩 Phone & Address may conflict<br><br>2 S END AVE<br>MANHATTAN, NY 10280-1062<br>NEW YORK COUNTY<br>(06/2005-06/2008)<br><br>104 E 40TH ST<br>MANHATTAN, NY 10016-1801 | 095-40-XXXX<br>(NY:1965-1966)<br><br>LexID(sm):001228196049 |

| No. | Full Name | Address/Phone | SSN |
|-----|-----------|---------------|-----|
|     |           | NEW YORK COUNTY<br>(06/2000-06/2008)<br>🚩 Social Services Facility<br><br>PO BOX 855<br>ORISKANY, NY 13424-0855<br>ONEIDA COUNTY<br>(01/1995-02/2008)<br><br>1633 NE 4TH PL APT 2<br>FORT LAUDERDALE, FL 33301-1319<br>BROWARD COUNTY<br>(03/2001-09/2001)<br><br>PO BOX 487<br>ORISKANY, NY 13424-0487<br>ONEIDA COUNTY<br>(01/1996-01/1996)<br>315-736-8731<br>🚩 Phone may be disconnected |     |

Key

🔺  High Risk Indicator. These symbols may prompt you to investigate further

🚩  Moderate Risk Indicator. These symbols may prompt you to investigate further

🚩  General Information Indicator. These symbols inform you that additional information is provided

✓  The most recent telephone listing as reported by the EDA source

Search:            Public Records : SmartLinx® Comprehensive Person Report
Terms:             LexID(001228196049)
Date/Time:         Tuesday, October 20, 2020 5:42 PM
Permissible Use:   **Your DPPA Permissible Use: Litigation**
                   **Your GLBA Permissible Use: Fraud Prevention or Detection**

Copyright © 2020 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

**End of Document**



| Search: | Public Records : Phone Lookup |
|---|---|
| Terms: | first-name(James) last-name(Kernan) state(NY) |

| No. | Listing Name | Address | Phone |
|---|---|---|---|
| 1. | KERNAN JAMES | 1407 UTICA ST<br>ORISKANY, NY 13424-5429<br>ONEIDA COUNTY | 315-765-0301<br>(01/2014-12/2019) |
| 2. | KERNAN JAMES MATHEW DGN | 1308 UTICA ST<br>ORISKANY, NY 13424-5425<br>ONEIDA COUNTY | 315-768-7344<br>(01/2009-07/2018) |
| 3. | KERNAN JAMES MATTHEW ATTY RESIDENCE | 1308 UTICA ST<br>ORISKANY, NY 13424-5425<br>ONEIDA COUNTY | 315-736-8535 BIZ<br>(05/2006-10/2017) |
| 4. | KERNAN JAMES M | 1310 UTICA ST<br>ORISKANY, NY 13424-5425<br>ONEIDA COUNTY | 315-736-8731<br>(11/2013-05/2016) |
| 5. | KERNAN JAMES MATTHEW ATTY | 1310 UTICA ST<br>ORISKANY, NY 13424-5425<br>ONEIDA COUNTY | 315-736-0816 BIZ<br>(05/2006-05/2015) |
| 6. | KERNAN JAMES S JR ATTY | 273 CLINTON ST<br>WHITESBORO, NY 13492-2514<br>ONEIDA COUNTY | 315-736-9032 BIZ<br>(12/2006-05/2015) |

| | |
|---|---|
| Search: | Public Records : Phone Lookup |
| Terms: | first-name(James) last-name(Kernan) state(NY) |
| Date/Time: | Tuesday, October 20, 2020 6:06 PM |
| Permissible Use: | **Your DPPA Permissible Use: Litigation**<br>**Your GLBA Permissible Use: Fraud Prevention or Detection** |

Copyright © 2020 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

**End of Document**