EXHIBIT "I"

  Search the website



I need to...

**FOR ATTORNEYS**   **FOR THE PUBLIC**   **NEWS & MEDIA**   **ABOUT**

*Quick Links*

**BROWSE RULES**
*Browse the Rules that govern attorneys.*

**FILE A COMPLAINT**
*File a complaint against an attorney.*

**FIND AN ATTORNEY**
*Look up an attorney's contact information and disciplinary history.*

**SEARCH OPINIONS**
*Search Supreme Court and Disciplinary Board Opinions.*

**SEARCH RECENT DISCIPLINE**

‹ Back to Search

# Kernan, James Matthew

## Public Information

Attorney ID: 84469

Current Status: Suspended

Date of Admission: 11/19/1999

Law Firm:

Other Organization:

Address: 1310 UTICA STREET
PO BOX 750
ORISKANY New York 13424

Country: United States

Telephone: (315) 736-0816

Fax: (315) 736-8731

*Search Supreme Court and Disciplinary Board Actions.*

County: Out of State

District: Out of State

Professional Liability Insurance:

Comment(s):

# History

DB No.: 25 DB 2010

Type: Suspended

Date: 12/28/2010

Comments: Five Year Suspension Reciprocal with New York

---

DB No.: 25 DB 2010

Type: Suspended

Date: 6/23/2010

Comments: Temporary Suspension - Criminal Conviction

---

*The* DISCIPLINARY BOARD *of the Supreme Court of Pennsylvania*

Pennsylvania Judicial Center
601 Commonwealth

**FOR ATTORNEYS**
Rules
Forms

**NEWS & MEDIA**

**ABOUT**
Our Structure

Newsletter Sign-up
Please enter your email address to sign

Follow us on Faceb

Follow us on Twit

Ave, Suite 5600
P.O. Box 62625
Harrisburg, PA 17106-2625

Phone: 717.231.3380
Fax: 717.231.3381

Attorney Registration

Reinstatement

FAQs & Resources

Search Opinions

Update My Information

**FOR THE PUBLIC**

File a Complaint

Find an Attorney

FAQs & Resources

Search Recent Discipline

The Discipline Process

The Reinstatement Process

Annual Report

Leadership

Contact Us

up for the newsletter

Email

**SIGN UP!**

©2007-2020 The Disciplinary Board of the Supreme Court of Pennsylvania.    Disclaimer  |  ADA Policy

Case 1:21-cv-02182-NGG-SJB   Document 32-9   Filed 06/11/21   Page 5 of 7 PageID #: 927



| Home | Members | CLE | Events | Pro Hac Vice | Registration | Search |

| Contact Us | WVBAR.org Homepage |

Attorney Profile Search

# James M. Kernan

## Contact Information
PO Box 750
Oriskany , NY ,
13424

## Membership
Admission Date: 02/06/2001
Status: Suspended - Ethical

## Professional Liability Insurance
No Current Information Available

## Email Address
Please login to view

## WV Bar ID
Please login to view

### User login
Username or e-mail *

Password *

Request new password

Log in

Back

---

All Contents Copyright © 2020, The WV State Bar. All Rights Reserved.

The West Virginia State Bar | 2000 Deitrick Boulevard, Charleston, WV 25311-1231

Toll Free: 866-989-8227| Phone: 304-553-7220

Click here for assistance if you are having technical difficulties or have questions.

CONTACT US   |   PRINT PAGE   |   SIGN IN



ABOUT US | FOR MEMBERS | FOR PUBLIC | RESOURCES | CASEMAKER | YOUNG LAWYERS DIVISION

## James M. Kernan

Enter search criteria  Search »

The Kentucky Bar Association does not certify any lawyer identified here as a specialist or an expert. In addition, non-disciplinary information about any lawyers listed on this website is provided by the lawyers listed. The Kentucky Bar Association does not review, investigate, or evaluate the accuracy or completeness of that information provided. Therefore, the Kentucky Bar Association does not warrant the accuracy or validity of this information, and hereby disclaims any liability to any person for any loss or damage caused by errors or omissions in this directory.

All bar complaints, investigations of complaints and private reprimands are confidential. As such, the Kentucky Bar Association is not able to confirm or deny that a complaint has been filed against an attorney, that an attorney is being investigated for an alleged violation of the Kentucky Rules of Professional Conduct, or that an attorney has received a private reprimand. Every effort has been made to keep the disciplinary information contained in this website accurate and current, but it is provided with no warranty of any kind.

_____



Last updated: 6/25/2020
**James Matthew Kernan**
Former Member

### OFFICIAL ADDRESS INFORMATION

PO Box 750                                    (315) 736-0816 (Phone)
Oriskany                                      (315) 768-8731 (Fax)
New York
13424   United States
[ Map ]

County:                                       Out-Of-State

### ADDITIONAL INFORMATION

Date of Admission:   2/9/2000

Status:   Former Member

Former Member Reason:   Suspended

Suspended - Non-payment of Dues:   Yes

Order(s):   http://www.kybar.org/resource/resmgr/OBC/Orders/Kernan,_James_Matthew.pdf

Public Discipline History:   For complete public discipline history information, please contact the Membership Dept.

| Latest News | more | Calendar | more |
|---|---|---|---|
| 10/22/2020 | | 9/1/2020 » 12/31/2020 | |
| Casemaker Weekly October 22nd, 2020 | | 2020 Kentucky Law Update | |
| 10/16/2020 | | 11/12/2020 | |
| Casemaker Weekly October 16th, 2020 | | Elder Law Section Quarterly Meeting | |

This website uses cookies to store information on your computer. Some of these cookies are used for visitor analysis, others are essential to making our site function properly and improve the user experience. By using this site, you consent to the placement of these cookies. Click Accept to consent and dismiss this message or Deny to leave this website. Read our Privacy Statement for more.

Accept   Deny

**Contact Us**

Kentucky Bar Association
514 W Main St
Frankfort, KY 40601
Phone: (502) 564-3795
Fax: (502) 564-3225

**Quick Links**

CLE

Seminar Materials

Lawyer Referral Services

Office of Bar Counsel

Attorney Discipline

Attorney Advertising

Clients' Security Fund

Ethics Opinions

Dispute Resolution

Unauthorized Practice of Law

Confidential Support for Lawyer Impairment Issues (KYLAP)

Privacy Policy

Membership Software Powered by YourMembership  ::  Legal

This website uses cookies to store information on your computer. Some of these cookies are used for visitor analysis, others are essential to making our site function properly and improve the user experience. By using this site, you consent to the placement of these cookies. Click Accept to consent and dismiss this message or Deny to leave this website. Read our Privacy Statement for more.

Accept    Deny