UNITED STATES DISTRICT COURT
<u>EASTERN DISTRICT OF NEW YORK</u>

Percy, *et al.*,

      Plaintiffs,

  -against-

Oriska General Contracting, *et al.*,

      Defendants.

Hodge, *et al.*,

      Plaintiffs,

  -against-

All American School Bus Corp., *et al.*,

      Defendants.

Oriska Corporation,

      Plaintiff,

  -against-

Hodge, *et al.*,

      Defendants.

Oriska Corporation,

      Plaintiff,

  -against-

Willoughby Rehabilitation and
Health Care Center, LLC, *et al.*,

      Defendants.

Oriska Corporation,

      Plaintiff,

  -against-

Bayview Manor LLC, South Point
Plaza, *et al.*,

      Defendants.

---

**NOTICE OF APPEARANCE**

**20-cv-6131 (NGG)**
**20-cv-6291 (NGG) (SJB)**
**21-cv-1366 (NGG) (SJB)**
**21-cv-1421 (NGG)**
**21-cv-1999 (NGG) (RLM)**
**21-cv-2006 (NGG) (SJB)**
**21-cv-2009 (NGG) (SJB)**
**21-cv-2010 (NGG) (SJB)**
**21-cv-2021 (NGG) (SJB)**
**21-cv-2022 (NGG) (ARL)**
**21-cv-2024 (NGG) (SJB)**
**21-cv-2025 (NGG) (SJB)**
**21-cv-2029 (NGG) (SJB)**
**21-cv-2030 (NGG) (AYS)**
**21-cv-2031 (NGG) (SJB)**
**21-cv-2034 (NGG) (SJB)**
**21-cv-2035 (NGG) (SJB)**
**21-cv-2039 (NGG) (RML)**
**21-cv-2040 (NGG) (SJB)**
**21-cv-2045 (NGG) (VMS)**
**21-cv-2050 (NGG) (SJB)**
**21-cv-2175 (NGG) (SJB)**
**21-cv-2182 (NGG) (SJB)**
**21-cv-2194 (NGG) (SJB)**
**21-cv-2198 (NGG) (SJB)**
**21-cv-2283 (NGG) (SJB)**
**21-cv-2311 (NGG) (SJB)**
**21-cv-2313 (NGG) (RLM)**
**21-cv-2314 (NGG) (SJB)**

Oriska Corporation,

        Plaintiff,

 -against-

Nassau Operating Co., LLC, *et al.*,

        Defendants.

Oriska Corporation,

        Plaintiff,

 -against-

Garden Care Center, Inc., *et al.*,

        Defendants.

Oriska Corporation,

        Plaintiff,

 -against-

Park Avenue Operating Co. LLC, *et al.*,

        Defendants.

Oriska Corporation,

        Plaintiff,

 -against-

Parkview Care & Rehabilitation Center, *et al.*,

        Defendants.

Oriska Corporation,

        Plaintiff,

 -against-

Pinegrove Manor II, LLC,
Grace Plaza, *et al.*,

        Defendants.

Oriska Corporation,

        Plaintiff,

 -against-

Townhouse Operating Co., LLC-

Townhouse Center for Nursing, *et al.*,

                              Defendants.

Oriska Corporation,

                              Plaintiff,

    -against-

Woodmere Rehabilitation and HealthCare Center, Inc., *et al.*,

                              Defendants.

Oriska Corporation,

                              Plaintiff,

    -against-

Brookhaven Rehabilitation and HealthCare Center, LLC, *et al.*,

                              Defendants.

Oriska Corporation,

                              Plaintiff,

    -against-

Little Neck Care Center, LLC, *et al.*,

                              Defendants.

Oriska Corporation,

                              Plaintiff,

    -against-

New Surfside Nursing Home, LLC-Caring Family Nursing & Rehab, *et al.*,

                              Defendants.

Oriska Corporation,

                              Plaintiff,

    -against-

West Lawrence Care Center, LLC, *et al.*,

                              Defendants.

Oriska Corporation,

                              Plaintiff,

        -against-

Avalon Gardens Rehabilitation &
HealthCare Center, LLC, *et al.*,

                                        Defendants.

Oriska Corporation,

                                        Plaintiff,

        -against-

Golden Gate Rehabilitation and
HealthCare Center LLC, *et al.*,

                                        Defendants.

Oriska Corporation,

                                        Plaintiff,

        -against-

North Sea Associates, LLC-
The HamptonsCenter, *et al.*,

                                        Defendants.

Percy, *et al.*,

                                        Plaintiff,

        -against-

Children's Law Center, *et al.*,

                                        Defendants.

Percy, *et al.*,

                                        Plaintiff,

        -against-

D & D Metal Work Inc., *et al.*,

                                        Defendants.

Percy, *et al.*,

                                        Plaintiff,

        -against-

F & E Maintenance Inc, *et al.*,

                                        Defendants.

Percy, *et al.*,

         Plaintiff,

  -against-

I Grace Co, *et al.*,

         Defendants.

Percy, *et al.*,

         Plaintiff,

  -against-

U & I Mechanical Corporation, *et al.*,

         Defendants.

Percy, *et al.*,

         Plaintiff,

  -against-

Manhattan Telecommunications Corporation, *et al.*,

         Defendants.

Percy, *et al.*,

         Plaintiff,

  -against-

S & E Azrlliant PC, *et al.*,

         Defendants.

Percy, *et al.*,

         Plaintiff,

  -against-

P & H Painting Inc., *et al.*,

         Defendants.

Bay Park Center for Nursing & Rehabilitation, *et al.*,

         Plaintiffs,

  -against-

Bent Philipson, Avi Philipson, and

Deborah Philipson,

      Defendants;

Oriska Corporation,

    Plaintiff-in-Intervention,

    -against-

Bay Park Center for Nursing & Rehabilitation, *et al.*,

    Defendants-in-Intervention;

Donna Hodge, Annette Hall, Karen Grant Williams, and Alexi Arias,

   Class Defendants-in-Intervention;

Bent Philipson, Avi Philipson, and Deborah Philipson,

  Lead Action Defendants-in-Intervention;

Aaron Becher, *et al.*,

    Owner Operator Defendants-in-Intervention;

The Philipson Family Trust, *et al.*,

  Prohibited Transaction Defendants-in-Intervention;

Andrew Cuomo, *et al.*,

    State Officer Defendants-in-Intervention;

Oriska Insurance Company,

    Carrier Defendant-in-Intervention;

Rashbi Management, Inc.,

   Trust Defendants-in-Intervention.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned hereby appears in this matter on behalf of non-party James Kernan, Esq., for the limited purpose of representing Mr. Kernan in connection with the allegations of professional misconduct raised in the Court's May 27, 2021 Memorandum & Order, and the possible referral to this Court's Grievance Committee.

Dated:     New York, New York
           June 21, 2021

                                        LAW OFFICES OF MICHAEL S. ROSS


                                        By: /s/Michael S. Ross
                                            Michael S. Ross, Esq.
                                            One Grand Central Place
                                            60 East 42nd Street, 47th Floor
                                            New York, New York 10165
                                            Tel: (212) 505-4060
                                            Fax: (212) 505-4054
                                            michaelross@rosslaw.org

                                            *Counsel to James Kernan, Esq.*